UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF NEW YORK, et al.,

            Plaintiffs,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

            Defendants.

Case No. 20 Civ. 2340

**PLAINTIFFS' NOTICE OF MOTION**
**(Fed. R. Civ. P. 65)**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65, Plaintiffs hereby move the Court for a preliminary injunction with respect to their claim for relief under the Postal Accountability and Enhancement Act, 39 U.S.C. § 3661. *See* Compl. ¶¶ 189-193. Plaintiffs request that the Court enjoin Defendants from implementing, applying, or taking any action pursuant to Defendants' Postal Policy Changes, in order to preserve the status quo pending further proceedings, or until this case is decided on the merits and final judgment is entered.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law; the Declaration of Morenike Fajana dated September 2, 2020; the exhibits attached to that Declaration; the pleadings and papers on file in this action; and any argument and evidence that is presented on any hearing in this matter.

DATED:  September 2, 2020

                                                Respectfully submitted,

| | |
|---|---|
| LETITIA JAMES<br>*Attorney General of the State of New York* | CLARE E. CONNORS<br>*Attorney General of the State of Hawaii* |
| Matthew Colangelo<br>*Chief Counsel for Federal Initiatives* | By: */s/ Lori N. Tanigawa*<br>Lori N. Tanigawa*<br>  *Deputy Attorney General* |
| Elena Goldstein<br>*Deputy Chief, Civil Rights Bureau* | Department of the Attorney General<br>State of Hawaii<br>425 Queen Street |
| By: */s/ Morenike Fajana*<br>Morenike Fajana, *Special Counsel*<br>Daniela Nogueira,* *Assistant Attorney General*<br>Lindsay McKenzie,* *Assistant Attorney General*<br>Laura Mirman-Heslin, *Assistant Attorney General*<br>Joshua Tallent, *Assistant Attorney General*<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (212) 416-6134<br>Morenike.Fajana@ag.ny.gov | Honolulu, HI 96813<br>(808) 586-0618<br>lori.n.tanigawa@hawaii.gov<br><br>*Attorneys for the State of Hawaii* |
| *Attorneys for the State of New York* | |

| | |
|---|---|
| GURBIR S. GREWAL<br>*Attorney General of New Jersey*<br><br>MAYUR P. SAXENA<br>Assistant Attorney General<br><br><br>By: /s/ *Tim Sheehan*<br>TIM SHEEHAN<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, New Jersey 08625<br>(609) 815-2604<br>Tim.Sheehan@law.njoag.gov<br><br>*Attorneys for Plaintiff State of New Jersey* | JAMES E. JOHNSON<br>*Corporation Counsel of the City of New York*<br><br>By: /s/ *Aaron Bloom*<br>Aaron Bloom\*<br>Joseph Pepe<br>Tonya Jenerette<br>100 Church Street<br>New York, NY 10007<br>abloom@law.nyc.gov<br>Tel. (212) 356-2274<br><br>*Attorneys for Plaintiff City of New York* |

DENNIS J. HERRERA
*City Attorney for the City and County of San Francisco*

By: /s/ *Dennis J. Herrera*
Dennis J. Herrera,\* City Attorney
Jesse C. Smith, Chief Assistant City Attorney
Ronald P. Flynn, Chief Deputy City Attorney
Yvonne R. Meré, Chief of Complex and Affirmative Litigation
Sara J. Eisenberg, Deputy City Attorney
Kevin Yeh,\* Deputy City Attorney
San Francisco City Attorney's Office
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
Kevin.Yeh@sfcityatty.org
Tel. (415) 554-3856
Fax (415) 437-4644

*Attorneys for Plaintiff City and County of San Francisco*


\* *Registration or pro hac vice forthcoming*.