UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF NEW YORK, et al.,

Plaintiffs,

v.

Case No. 20 Civ. 2340

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

Defendants.

## EXHIBIT INDEX

| Exhibit No. | Exhibit |
|---|---|
| 1 | Declaration of David Adinaro, Deputy Commissioner for Public Health Services, New Jersey Department of Health (Sept. 1, 2020). |
| 2 | Declaration of Steven Banks, Commissioner, New York City Department of Social Services (Aug. 31, 2020). |
| 3 | Declaration of Catherine A. Betts, Deputy Director, Hawaii Department of Human Services (Aug. 30, 2020). |
| 4 | Declaration of Kimberly DiGiovanni-Abatto, Deputy Administrator of Agency Operations, New Jersey Motor Vehicle Commission (Aug. 31, 2020). |
| 5 | Declaration of Michael P. Hein, Commissioner, New York State Office of Temporary and Disability Assistance (Aug. 31, 2020). |
| 6 | Declaration of Jon D. Henricks, County Clerk, County of Hawaii (Aug. 31, 2020). |
| 7 | Declaration of Jennifer Langer Jacobs, Assistant Commissioner, New Jersey Department of Human Services (Aug. 31, 2020). |
| 8 | Declaration of Kathy L. Kaohu, County Clerk, County of Maui (Aug. 31, 2020). |
| 9 | Declaration of Douglas A. Kellner, Commissioner and Co-Chair, New York State Board of Elections (Aug. 28, 2020). |
| 10 | Declaration of Leighton Ku, Professor of Health Policy and Management and Director of the Center for Health Policy Research, Milken Institute School of Public Health at The George Washington University (Aug. 31, 2020). |
| 11 | Declaration of Lynette J. Lau, Administrator, Child Support Enforcement Agency, State of Hawaii (Aug. 31, 2020). |
| 12 | Declaration of John Paul Newton, Director of the Public Benefits Unit, Bronx Legal Services (Sept. 1, 2020). |
| 13 | Declaration of Sheila J. Poole, Commissioner, New York State Office of Children and Family Services (Aug. 31, 2020). |

| | |
|---|---|
| 14 | Declaration of Karen Roye, Executive Director, Department of Child Support Services, City and County of San Francisco (Aug. 29, 2020). |
| 15 | Declaration of Tajel Shah, Chief Assistant Treasurer, Office of the Treasurer and Tax Collector, City and County of San Francisco (Aug. 28, 2020). |
| 16 | Declaration of Glen I. Takahashi, City Clerk, City and County of Honolulu (Aug. 31, 2020). |
| 17 | Letter from Ricky R. Dean, Manager, Contract Administration, U.S. Postal Service, to Mark Dimondstein, President, American Postal Workers Union (June 17, 2020). |
| 18 | Memorandum from Louis DeJoy, Postmaster General and Chief Executive Officer, U.S. Postal Service (Aug. 7, 2020). |
| 19 | Email from Louis DeJoy, Postmaster General and Chief Executive Officer, U.S. Postal Service (Aug. 13, 2020). |
| 20 | Statement from Louis DeJoy, Postmaster General and Chief Executive Officer, U.S. Postal Service (Aug. 18, 2020). |
| 21 | Memorandum from U.S. Postal Service, Mandatory Stand Up Talk for All Employees: Pivoting for Our Future (July 10, 2020). |
| 22 | Memorandum from U.S. Postal Service, Stand-Up Talk Expedited to Street/Afternoon Sortation (ESAS) City Carrier (July 16, 2020). |
| 23 | Announcement from National Association of Letter Carriers, List of ESAS Test Sites (July 21, 2020). |
| 24 | Letter from David E. Williams, Chief Operating Officer and Executive Vice President, U.S. Postal Service, to The Honorable Gary C. Peters, Ranking Member, Committee on Homeland Security and Governmental Affairs, The Honorable Thomas R. Carper, Committee on Homeland Security and Governmental Affairs, The Honorable Charles E. Schumer, and The Honorable Amy Klobuchar, United States Senate (Aug. 6, 2020). |
| 25 | U.S. Postal Service, Eastern Area AIM Meeting - Service Update (Aug. 4, 2020). |
| 26 | U.S. Postal Service, Pacific Area AIM Meeting Presentation (Aug. 13, 2020). |
| 27 | U.S. Postal Service, Service Performance Measurement: PMG Briefing (Aug. 12, 2020). |
| 28 | U.S. Postal Service, Congressional Briefing: Transportation & Service Performance Updates (Aug. 31, 2020). |
| 29 | Audit Report, Office of Inspector General, U.S. Postal Service: Late and Extra Trips at the Philadelphia, PA Processing and Distribution Center (May 13, 2020). |
| 30 | Audit Report, Office of Inspector General, U.S. Postal Service: Processing Readiness of Election and Political Mail During the 2020 General Elections (Aug. 31, 2020). |
| 31 | Declaration of Peter Coradi, National Business Agent "A" for the Clerk Division, New York Region, American Postal Workers Union (Sept. 2, 2020). |