# Exhibit 25

**AIM EASTERN**

**August 4, 2020**

# SERVICE

## Dave Webster
### A/Manager Operations Support - Eastern Area

AREAS INSPIRING MAIL

1



# First-Class Letters / Flats Composite



| District | WK 43 | RK | QTD | RK | YTD | RK |
|---|---|---|---|---|---|---|
| Appalachian | 84.96 | 41 | 89.11 | 15 | 92.98 | 5 |
| Central Pennsylvania | 72.86 | 63 | 79.47 | 65 | 90.91 | 42 |
| Kentuckiana | 85.13 | 38 | 87.12 | 32 | 92.00 | 17 |
| Northern Ohio | 68.31 | 65 | 81.17 | 62 | 91.25 | 34 |
| Ohio Valley | 71.08 | 64 | 80.77 | 63 | 90.35 | 49 |
| Philadelphia Metropo | 85.68 | 33 | 86.68 | 36 | 91.23 | 36 |

| District | WK 43 | RK | QTD | RK | YTD | RK |
|---|---|---|---|---|---|---|
| South Jersey | 86.99 | 25 | 88.01 | 28 | 91.82 | 20 |
| Tennessee | 82.48 | 52 | 85.83 | 43 | 91.47 | 27 |
| Western New York | 86.00 | 31 | 88.59 | 22 | 93.15 | 4 |
| Western Pennsylvania | 90.01 | 5 | 90.50 | 6 | 93.60 | 1 |
| Eastern | 79.07 | 7 | 84.60 | 6 | 91.59 | 2 |
| National Total | 84.23 | | 86.26 | | 90.76 | |

*Eastern Area First Class Composite*  ●Current  ●SPLY  —Target

**AREAS INSPIRING MAIL**





# Marketing Mail



| District | WK 43 | RK | QTD | RK | YTD | RK |
|---|---|---|---|---|---|---|
| Appalachian | 92.62 | 5 | 92.34 | 3 | 94.79 | 3 |
| Central Pennsylvania | 72.90 | 60 | 74.74 | 63 | 90.13 | 41 |
| Kentuckiana | 84.66 | 42 | 85.26 | 39 | 93.62 | 9 |
| Northern Ohio | 63.68 | 63 | 69.63 | 65 | 92.18 | 21 |
| Ohio Valley | 69.38 | 62 | 75.67 | 61 | 90.99 | 36 |
| Philadelphia Metropo | 84.91 | 39 | 82.33 | 49 | 90.48 | 38 |

| District | WK 43 | RK | QTD | RK | YTD | RK |
|---|---|---|---|---|---|---|
| South Jersey | 88.90 | 22 | 91.33 | 7 | 93.37 | 13 |
| Tennessee | 82.06 | 48 | 82.96 | 45 | 92.35 | 19 |
| Western New York | 83.19 | 46 | 77.26 | 58 | 92.81 | 16 |
| Western Pennsylvania | 94.26 | 1 | 94.78 | 1 | 96.75 | 1 |
| Eastern | 79.51 | 6 | 81.73 | 6 | 92.47 | 2 |
| National Total | 83.10 | | 84.30 | | 90.45 | |

*Eastern Area Marketing Mail Composite*   ●Current  ●SPLY  —Target

**AREAS INSPIRING MAIL**






# Periodicals



| District | WK 43 | RK | QTD | RK | YTD | RK |
|---|---|---|---|---|---|---|
| Appalachian | 71.94 | 39 | 85.19 | 17 | 92.28 | 7 |
| Central Pennsylvania | 77.58 | 29 | 78.36 | 37 | 87.83 | 31 |
| Kentuckiana | 84.65 | 10 | 81.64 | 28 | 90.37 | 17 |
| Northern Ohio | 70.70 | 43 | 77.49 | 41 | 89.44 | 21 |
| Ohio Valley | 79.33 | 23 | 82.24 | 26 | 88.02 | 30 |
| Philadelphia Metropo | 73.71 | 36 | 69.63 | 52 | 84.08 | 41 |

| District | WK 43 | RK | QTD | RK | YTD | RK |
|---|---|---|---|---|---|---|
| South Jersey | 79.82 | 21 | 79.42 | 34 | 89.64 | 19 |
| Tennessee | 83.73 | 13 | 76.82 | 42 | 84.22 | 40 |
| Western New York | 44.28 | 65 | 54.03 | 66 | 82.51 | 43 |
| Western Pennsylvania | 88.25 | 5 | 91.44 | 4 | 94.14 | 1 |
| Eastern | 77.47 | 2 | 77.98 | 3 | 87.84 | 2 |
| National Total | 72.46 | | 76.91 | | 84.81 | |

*Eastern Area Periodicals (Destination Entry)*   ●Current  ●SPLY  —Target

**AREAS INSPIRING MAIL**

6


