UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>                Defendants. | Case No. 20 Civ. 2340 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, the Memorandum and Exhibits in support thereof, any opposition, any reply thereto, and any oral argument, it is hereby:

ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED; and

IT IS FURTHER ORDERED that a Preliminary Injunction is hereby entered against Defendants; and

IT IS FURTHER ORDERED that pursuant to the Order, Defendants are hereby enjoined from enforcing the Postal Policy Changes.

SO ORDERED.


DATED: _____, 2020                                                   _____

                                                                                                                      United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the proposed order's entry:

Donald J. Trump
1600 Pennsylvania Avenue
Washington, DC 20500

United States Postal Service
475 L'Enfant Plaza SW, Rm. 4012
Washington, DC 20260

Louis DeJoy
475 L'Enfant Plaza SW, Rm. 4012
Washington, DC 20260

William Barr
Attorney General of the United States
U.S. Department Of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Michael R. Sherwin
Acting U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
555 Fourth Street NW
Washington, DC 20530