UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**State of New York, et al.**

Plaintiffs,

v.

**Trump, et al.**

Defendants.

Case No. 20-cv-2340

### DEFENDANTS' STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE

On September 2, 2020, the Court ordered the parties to show cause why the above-captioned matter should not be consolidated with three related matters (two of which involve related preliminary injunction motions): *Richardson v. Trump*, 20-2262; *National Association for the Advancement of Colored People v. United States Postal Service*, 20-2295; and *Vote Forward v. DeJoy*, 20-2405.

Defendants do not object to consolidation of these four matters, and believe consolidation would help conserve judicial resources and allow the parties to more efficiently brief the relevant legal claims, which include overlapping statutory and constitutional claims, and which hinge on the same underlying factual issues. In the interest of conserving judicial resources, Defendants would propose that the parties across the different matters coordinate their respective preliminary injunction briefing schedules—with Defendants submitting a consolidated response—and participate in a single preliminary injunction hearing, to the extent the Court finds a hearing necessary.

Dated: September 4, 2020

1

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director, Federal Programs Branch


*/s/* Kuntal Cholera
KUNTAL V. CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
kuntal.cholera@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

                                            */s/* Kuntal Cholera

                                            Kuntal V. Cholera
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, D.C. 20005

                                            Attorney for Defendants