| Exhibit Index ||
|---|---|
| Exhibit Number | Exhibit |
| 32 | Declaration of Justin Grimmer, Professor of Political Science, Stanford University (Sept. 7, 2020). |
| 33 | Declaration of Eitan D. Hersh, Associate Professor of Political Science, Tufts University (Sept. 7, 2020). |
| 34 | Declaration of Ruth Y. Goldway, former Chairwoman of the Postal Regulatory Commission (Sept. 15, 2020). |
| 35 | Audit Report, Office of Inspector General, U.S. Postal Service's Processing Network Optimization and Service Impacts (June 16, 2020). |
| 36 | Email from Robert Cintron, Vice President of Logistics, U.S. Postal Service, to Area Vice Presidents, U.S. Postal Service (July 14, 2020). |
| 37 | Chart of National On-Time Service Performance, U.S. Postal Service (through Aug. 22, 2020). |
| 38 | Minority Staff Report, Failure to Deliver: Harm Caused by U.S. Postmaster General DeJoy's Changes to Postal Service Mail Delivery, U.S. Senate Committee on Homeland Security and Governmental Affairs (Sept. 16, 2020). |