Exhibit 32

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VOTE FORWARD, AARON CARREL,
VOCES UNIDAS DE LAS MONTAÑAS,
COLORADO ORGANIZATION FOR
LATINA OPPORTUNITY AND
REPRODUCTIVE RIGHTS, and PADRES
UNIDOS,

Civil Case No. 1:20-cv-02405

*Plaintiffs*,

v.

LOUIS DEJOY, in his official
capacity as the Postmaster General; and the
UNITED STATES POSTAL SERVICE,

*Defendants*.

## DECLARATION OF JUSTIN GRIMMER

### I.    Statement of Inquiry

1.      On July 10, 2020 the USPS announced a policy change that limits the number of *Extra* and *Late trips*.  I have been asked to provide a preliminary assessment of how the policy change will affect the arrival time of ballots mailed in the upcoming election.

### II.    Qualification

2.      I am a Professor of Political Science at Stanford University in Stanford California. I also hold the titles of Senior Fellow at the Hoover Institution and Co-Director of the Democracy and Polarization Lab.  I first joined the Stanford Faculty in 2010 as an Assistant Professor. I was promoted to Associate Professor in 2014 and I held a courtesy appointment in the department of Computer Science from 2016-2017.  From 2017-2018 I was an Associate Professor in the Department of Political Science and the College at the University of Chicago.  I received my Ph.D. in Political Science from Harvard University in 2010.

3.      In my scholarly research I develop and apply new statistical methods to study US elections, political communication, the US Congress, and social media.  I have taught courses for graduate students on fundamentals for statistical analysis, "Math Camp", along with graduate courses on applying machine learning methods to social science problems "Model Based Inference" and the quantitative analysis of text data in "Text as Data".  At the undergraduate level I have taught "Introduction to Machine Learning".  My research and writing on quantitative methods have been published in *Political Analysis,* the *Journal of the American Statistical Association, Proceedings of the National Academy of Science,* and *the Proceedings of the Annual Meeting of the Association for Computational Linguistics.*  My CV is attached as Exhibit 1 to this Declaration.

### III.    Preliminary Estimate of the Probability a Letter is Delayed

4.      I have used the USPS provided PowerPoint dated August 31, 2020, attached as Exhibit 2 (the "August 31 PowerPoint") to make a preliminary assessment of the effect of the USPS policy change limiting the number of *Extra and Late Trips*.  A formal and conclusive analysis of the causal effect of the policy change on the probability that a ballot is delayed is not possible here, in part because I have not been provided with the underlying data set that provides the relevant data about how the intervention affected the number of *Extra and Late Trips*, the number of *On-Time Trips*, and the likely distribution of ballots across these types of trips with and without the policy change.  This analysis is limited to the data provided by the USPS in the August 31 PowerPoint.

5.      While the August 31 PowerPoint provides only plots and not the underlying data points, I was able to extract the relevant numbers from the charts through a close analysis of Slides 4, 5, and 6.  I extracted the numbers first on Slide 4, which provides the total number of *On-Time Trips*, *Late Trips*, and *Extra Trips*.  To extract the numbers, I took a screenshot of the

plot on Slide 4 and imported that screenshot into Preview. The photo editing tools in Preview provide a tool that acts as a ruler, which I used to align with the appropriate axis and then provide an approximation of the numerical value for *On-Time, Late,* and *Extra Trips* on each day. Determining the number of *On-Time Trips* was more straightforward. This is because the left-hand axis on Slide 4 and the corresponding grey-lines make obtaining the numerical values relatively easy. Unfortunately, the right-hand axis (corresponding to *Extra* and *Late Trips*) does not correspond to the light-grey lines, which creates a chart that can be misleading unless assessed carefully. I overcame this using the editing tools in Preview. Using the screenshot of the plot, I oriented each point to the right-hand axis using the Preview tools and determined the approximate numerical value by using the Preview tools to measure the vertical distance of each point from the closest axis label. This yielded an approximate number of *Extra* and *Late Trips*.

6.     I validated the numbers extracted from this procedure using the USPS provided information on Slides 5 and 6 of the August 31 PowerPoint. On Slide 5 the USPS provides the average number of daily *Late Trips* before and after the new policy and on Slide 6 the USPS provides the average number of daily *Extra Trips* made before and after the new policy. (I refer to the period before the date when the new policy on *Late and Extra Trips* was instituted, *i.e.,* on July 10, 2020, as the "pre-policy period" and the period after the policy was instituted as the "post-policy period.")

7.     Using my procedure to extract numbers of *Late Trips* from Slide 4, I estimated the USPS averaged 44,900 *Late and Extra Trips* in the pre-policy period and averaged 13,514 *Late and Extra Trips* in the post-policy period. Using the daily average numbers provided on Slides 5 and Slides 6, the USPS estimated 45,171 *Late and Extra Trips* in the pre-policy period and

12,271 *Late and Extra Trips* in the post-policy period.  This is a small difference (2%), indicating that the procedure for extracting information from Slide 4 was valid.

8.      I performed the same process on Slide 5 and Slide 6 to obtain the total daily number of *Late and Extra Trips*.  Specifically, I took a screenshot of Slide 5 and Slide 6 and then used the Preview photo editing tools to orient the points along the axis and then obtain the numerical values.  My daily estimates using this procedure correspond to the estimates reported on the USPS slides.  My extracted numbers indicate an average of 4,317 daily *Late Trips*, while the USPS reports an average of 4,193 daily *Late Trips* in the pre-policy period, a difference of 124 trips or 3%.  In the post-policy period, my extracted numbers indicate a daily average of 1,090 *Late Trips,* while the USPS reports a daily average of 1,147 *Late Trips*, a difference of 57 trips per day (5% difference).  Similarly, for *Extra Trips* my extracted numbers provide an average of 2,305 daily *Extra Trips* in the pre-policy period, and the USPS reports a daily average of 2,260 *Extra Trips* in the pre-policy period: a difference of 45 trips or a 2% difference.  In the post-policy period, my extracted numbers indicate a daily average of 577 *Extra Trips,* and the USPS reports a daily average of 606 *Extra Trips:* a difference of 29 daily trips or a 5% difference.

9.      Based on the numbers provided on Slide 5 of the August 31 PowerPoint, the USPS averaged 4,193 daily *Late Trips* in the pre-policy period, and in the post-policy period it averaged 1,147 *Late Trips*: a decline of 3,046 fewer daily *Late Trips*.  Similarly, in the pre-policy period, the USPS averaged 2,260 daily *Extra Trips*, but in the post-policy period, the postal service averaged 606 daily extra trips, a decline of 1,654 daily *Extra Trips*.  Based on my analysis of the pre-policy period, the average number of *Extra Trips* or *Late Trips* was stable over this time period.  Similarly, in the post-policy period, the average number of *Extra Trips* or

*Late Trips* was also stable.  Altogether, this implies an average weekly decline of 32,900 *Extra* or *Late Trips* in the post-policy period.

10.     Using the numbers extracted from Slide 4, I determined that the number of *On-Time Trips* increased.  The additional *On-Time Trips*, however, do not ameliorate the shift away from *Extra* or *Late Trips,* because any letter that would have been transported with an *Extra* or *Late Trip* will necessarily experience an at least one-day delay waiting for an *On-Time Trip* the next day.  In the pre-policy period, the average weekly number of *On-Time Trips* was approximately 244,600, and in the post-policy period, the average number of weekly *On-Time Trips* was approximately 273,600.  This implies an increase of approximately 29,000 *On-Time Trips* per week.  While this corresponds closely to the weekly decrease in the number of *Extra and Late Trips*: 32,900, the additional *On-Time Trips* does not, and cannot, ameliorate the delay from the letters not being transported with an *Extra* or *Late Trip*.

11.     To maintain the USPS on-time rates in the pre-policy period, approximately 15.5% of all weekly trips in the pre-policy period were *Extra* and *Late Trips*.  In the post-policy period, after the reduction of the 32,900 *Extra or Late Trips* per week, *Extra* and *Late Trips* comprised only approximately 4.7% of all weekly trips.

## IV.     Complexities and Limitations

12.     My estimates are based on aggregate level data extracted from the August 31 PowerPoint and rely upon assumptions that the information in these slides are informative about how ballots will be processed through the mail.  I might reach a different conclusion if I was provided data on how *On-Time, Late,* or *Extra Trips* were used to serve particular kinds of mail—in particular first class mail.

**V.      Conclusion**

13.      In this preliminary assessment of the USPS policy change limiting *Extra or Late Trips* I have demonstrated that the USPS has made a major reduction in their *Extra* and *Late Trips.* In particular, the USPS policy has caused an average weekly decline of 32,900 *Extra* or *Late Trips* in the post-policy period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th of September, 2020:

_____

Justin Grimmer

# EXHIBIT 1

# Justin Grimmer

| | | |
|---|---|---|
| Contact Information | Department of Political Science | Voice: (617) 710-6803 |
| | Stanford University | email: jgrimmer@stanford.edu |
| | Encina Hall West | |
| | 616 Jane Stanford Way | |
| | Stanford, CA 94305 | |
| | Office: 212 | |

Employment

**Stanford University**
Assistant Professor, Department of Political Science. 2010-2014.
Associate Professor, Department of Political Science. 2014 - 2017. 2018.
Associate Professor (by courtesy), Department of Computer Science. 2016-2017.
Professor, Department of Political Science. 2018 - Present

**Hoover Institution**
Senior Fellow. 2018-present

**University of Chicago**
Associate Professor, Department of Political Science and the College. 2017-2018.

Education

**Harvard University** *Department of Government*
Ph.D Political Science, 2010
A.M. Political Science, 2009

**Wabash College**,
A.B. Mathematics and Political Science 2005
*Summa cum laude*, Distinction in Mathematics and Political Science Comprehensive Exams

Books

Representational Style in Congress: What Legislators Say and Why It Matters. *Cambridge University Press*, 2013.

The Impression of Influence: Legislator Communication, Representation, and Democratic Accountability. With Sean Westwood and Solomon Messing. *Princeton University Press*. 2014.

Text as Data: How to Make Social Science Inferences Using Language. With Margaret E Roberts and Brandon Stewart. (Under Contract, Princeton University Press)

Publications

"The Durable Differential Deterrent Effect of Strict Photo Identification Laws" with Jesse Yoder. *Political Science Research and Methods*. 2020.

"Political Cultures". with Lisa Blaydes. *Political Science Research and Methods*. 2020.

"Obstacles to Estimating Voter ID Laws' Effect on Turnout". with Eitan Hersh, Marc Meredith, Jonathan Mummolo, and Clayton Nall. *Journal of Politics*. 2018. 80 (3).

"Mirrors for Princes and Sultans: Advice on the Art of Governance in the Medieval Christian and Islamic Worlds" with Lisa Blaydes and Alison McQueen. *Journal of Politics*. 2018. 80 (4).

"Estimating Heterogeneous Treatment Effects and the Effects of Heterogeneous Treatments with Ensemble Methods" with Solomon Messing and Sean J. Westwood. *Political Analysis* 2017. 25(4). 413-434.

"Discovery of Treatments from Text Corpora" with Christian Fong. *In Proceedings of the Annual Meeting of the Association for Computational Linguistics* (ACL 2016) Berlin, Germany

"Money in Exile: Campaign Contributions and Committee Access" with Eleanor Neff Powell. *Journal of Politics*. 2016. 78(4). 974-988.

"Measuring Representational Style in the House: The Tea Party, Obama, and Legislators' Changing Expressed Priorities" in *Data Analytics in Social Science, Government, and Industry* Edited Volume from *Cambridge University Press*. 2016.

"TopicCheck: Interactive Alignment for Assessing Topic Model Stability" *North America Chapter of the Association for Computational Linguistics: Human Language Technologies (NAACL HLT)*. Jason Chuang, Molly Roberts, Brandon Stewart, Rebecca Weiss, Dustin Tingley, Justin Grimmer, and Jeffrey Heer. 2015.

"We're All Social Scientists Now: How Big Data, Machine Learning, and Causal Inference Work Together" Part of Symposium on "Formal Theory, Causal Inference, and Big Data" *PS: Political Science & Politics* , 2015. 48(1), 80-83

"Computer-Assisted Content Analysis: Topic Models for Exploring Multiple Subjective Interpretations." *Advances in Neural Information Processing Systems Workshop on Human-Propelled Machine Learning*. Jason Chuang, John D. Wilkerson, Rebecca Weiss, Dustin Tingley, Brandon M. Stewart, Margaret E. Roberts, Forough Poursabzi-Sagdeh, Justin Grimmer, Leah Findlater, Jordan Boyd-Graber, and Jeffrey Heer. 2014.

"Congressmen in Exile: The Politics and Consequences of Involuntary Committee Removal" with Eleanor Neff Powell. *The Journal of Politics*, 2013. 75 (4), 907–920

"Appropriators not Position Takers: The Distorting Effects of Electoral Incentives on Congressional Representation". *American Journal of Political Science*, 2013. 57 (3), 624–642.

"Text as Data: The Promise and Pitfalls of Automatic Content Analysis Methods for Political Documents" with Brandon Stewart. *Political Analysis*, 2013. 21 (3), 267–297.

"Evaluating Model Performance in Fictitious Prediction Problems". Discussion of "Multinomial Inverse Regression for Text Analysis" by Matthew Taddy. *Journal of the American Statistical Association* 2013.108 (503) 770-771

"Elevated Threat-Levels and Decreased Expectations: How Democracy Handles Terrorist Threats" with Tabitha Bonilla. *Poetics*, 2013. 41, 650-669.
  - Special issue on topic models in the social sciences

"How Words and Money Cultivate a Personal Vote: The Effect of Legislator Credit Claiming on Constituent Credit Allocation" with Solomon Messing and Sean Westwood. *American Political Science Review*, 2012. 106 (4), 703–719.

"General Purpose Computer-Assisted Clustering and Conceptualization" with Gary King. *Proceedings of the National Academy of Sciences*, 2011. 108 (7), 2643-2650.

"An Introduction to Bayesian Inference Via Variational Approximations" *Political Analysis*, 2011. 19(1), 32–47.
  - Included in *Political Analysis* virtual issue on Big Data in Political Science

"Approval Regulation and Endogenous Provision of Confidence: Theory and Analogies to Licens-

ing, Safety, and Financial Regulation" with Daniel Carpenter and Eric Lomazoff. *Regulation and Governance*. 2010. 4(4) 383-407.

"A Bayesian Hierarchical Topic Model for Political Texts: Measuring Expressed Agendas in Senate Press Releases" *Political Analysis*, 2010. 18(1), 1–35.
- Included in *Political Analysis* virtual issue on Bayesian methods in Political Science

WORKING PAPERS    "Causal Inference with Latent Variables" with Christian Fong (Revise and Resubmit)

"How to Make Causal Inferences Using Texts" with Naoki Egami, Christian Fong, Margeret E. Roberts, and Brandon Stewart (Under Review)

"A Women's Voice in the House: Gender Composition and Its Consequences in Committee Hearings". with Pamela Ban, Jaclyn Kaslovsky, and Emily West (Under Review)

"Partisan Enclaves and Information Bazaars: Mapping Selective Exposure to Online News" with Matt Tyler and Shanto Iyengar. (Revise and Resubmit).

"Who Put Trump in the White House? Explaining the Contribution of Voting Blocs to Trump's Victory" with Will Marble. (Under Review)

"The Effect of Identifying Constituents on Representative-Constituent Communication" with Monica Lee.

"The Limited Effect of Presidential Public Appeals" with Annie Franco and Chloe Lim (Under Review).

"Changing the Subject to Build An Audience: How Elected Officials Affect Constituent Communciation" with Annie Franco and Monica Lee (Under Review)

"The Unreliability of Measures of Intercoder Reliability, and What to do About it". with Gary King and Chiara Superti.

REVIEWS AND          Review of *Cyberwar: How Russian Hackers and Trolls Helped Elect a President* Public Opinion
OTHER WRITING       Quarterly. 2019. 83, 1.

HONORS AND           2018. Wabash College Jeremy R. Wright Young Alumnus Distinguished Service Award
AWARDS

2015. Political Methodology section emerging scholar award. Awarded to a young researcher, within ten years of their degree, who is making notable contributions to the field of political methodology.

2015. School of Humanities and Sciences Dean's award for achievement in teaching.

2014. The Richard F. Fenno, Jr. Prize. Awarded to the best book in legislative studies published in 2013.

2013. *Political Analysis* Editor's Choice Award for an article providing an especially significant contribution to political methodology.

2012. School of Humanities and Sciences Dean's award for achievement in the first years of teaching at Stanford.

2011. Warren Miller Prize. Awarded for the best paper published in *Political Analysis* in 2010.

2010. Senator Charles Sumner Prize. Awarded by the Harvard Government faculty for the best dissertation from the legal, political, historical, economic, social, or ethnic approach, dealing with any means or measures tending toward the prevention of war and the establishment of universal peace.

2010. Robert H. Durr award, for the best paper presented at the 2009 Midwest Political Science Association meeting applying quantitative methods to a substantive problem.

2010. Certificate of Distinction in Teaching, Gov 2010: Qualitative and Quantitative Research Design.

2008. John T. Williams Prize. Awarded by the Society for Political Methodology for best dissertation proposal.

2005. Phi Beta Kappa, Wabash College.

2005. John Maurice Butler Prize. Awarded to the senior who, by vote of the Wabash College faculty, has highest achievements in scholarship and character.

2005. N. Ryan Shaw II Political Science Award. Awarded to the outstanding senior political science major.

2005. George E. Cascallen Prize in Mathematics. Awarded to the outstanding senior Mathematics major.

FELLOWSHIPS AND GRANTS

2013-2016. Stanford University Victoria Schuck Faculty Scholar in the School of Humanities and Sciences.

2013-2014. Stanford University, United Parcel Service Endowment Fund Grant, "Infrastructure Spending in American Cities".

2013-2014. National Fellow, Hoover Institute.

2012-2013. Faculty Fellow, Institute for Research in the Social Sciences.

2011-2013. Visiting Fellow, Hoover Institute.

2010. Dirksen Center Congressional research award, for "It's the Flow Not the Stock: Congressional Staff and Their Influence on Policy Outcomes" (with Matt Blackwell).

2009-2010. Center for American Political Studies (CAPS) dissertation completion fellowship.

2009. Eliot Dissertation Completion Grant. A competitive, merit-based Graduate School of Arts and Sciences fellowship for the Social Sciences (declined).

2008-2009. CAPS dissertation research fellowship.

2005-2006. National Science Foundation Graduate Research Fellowship, Honorable Mention.

SOFTWARE AND PATENTS

**Patent Number: US 8,438,162 B2** Method and Apparatus for Selecting Clusterings to Classify a Predetermined Data Set (with Gary King)

**Patent Number: US 9,519,705 B2** Method and Apparatus for Selecting Clusterings to Classify

a Data Set. (with Gary King)

**Consilience: Software for Understanding Large Volumes of Unstructure Text** (with Merce Crosas, Gary King and Brandon Stewart) (consilience.com).
  Implements a general purpose methodology to facilitate discovery in large collections of texts

**textEffect (CRAN)**
  Implements text as intervention method introduced in Fong and Grimmer (2016).

**"arima:  ARIMA time series models"** in Kosuke Imai, Gary King, and Olivia Lau "Zelig: Everyone's Statistical Software". 2006.

INVITED
PRESENTATIONS
AND WORKSHOPS
(LAST 3 YEARS)

Department of Political Science and Economics. ITAM, Mexico City. 2016
Department of Political Science. University of California, San Diego. 2016
Digital and Computational Knowledge Initiative. Wesleyan University. 2016
New Directions in Computational Social Science and Data Science. University of California, Berkeley. 2016
Atlantic Causal Inference Conference. New York University. 2016.
Interdisciplinary Seminar in Quantitative Methods. University of Michigan. 2016.
Department of Political Science. Columbia University. 2016
Department of Political Science. University of California-Berkeley. 2017
Department of Political Science. Duke University. 2017
Department of Sociology. University of California-Berkeley. 2017
Center for Statistics and Social Science. University of Washington. 2017
Big Data and Human Behavior Speaker Seriers. University of Southern California. 2017
Text as Data Workshop. University of California, Merced. 2017.
International Conference for Computational Social Science. Keynote. Cologne, Germany. 2017
Text as Data Workshop. Washington University, St. Louis. 2017.
Amazon. Seattle. 2017.
Facebook Artificial Intelligence. New York. 2017.
Text as Data Workshop. University of Copenhagen. 2017.
American Politics Workshop. University of Notre Dame. 2017.
Department of Political Science. Northwestern University. 2018.
Methods Workshop. Northwestern University. 2018.
Methods Workshop. Department of Political Science. Yale University. 2018.
Methods Workshop. Department of Political Science. Texas A&M University. 2018.
MIDAS Interdisciplinary Seminar Series. University of Michigan. 2019.
American Politics Workshop. Department of Political Science. UC Berkeley. 2019.
American Politics Workshop. Department of Political Science. New York University. 2019.
Summer Institute in Computational Social Science. Princeton University. 2019.
Empirical Implementations of Theoretical Models. Emory University. 2019.
Southern California Methods Workshop. UC Riverside. 2019.
Data Science Institute. Columbia University. 2019.
Department of Politics and CSDP. Princeton University. 2019.
Text as Data Workshop. US Census Bureau. 2019.
TextXD Keynote Address. UC Berkeley. 2019.
Department of Political Science. University of North Carolina. 2020.
Institute for Advanced Study. Princeton University. 2020

PROFESSIONAL AND
DEPARTMENTAL
SERVICE

Reviewer for *American Political Science Review, American Journal of Political Science, Journal of Politics, Journal of the American Statistical Association, Proceedings of the National Academy of Sciences, British Journal of Political Science, Political Analysis, State Politics and Policy Quarterly,*

*Public Opinion Quarterly, Journal of Public Economics, Legislative Studies Quarterly, Congress and the Presidency, Journal of Political Communication, Political Science Research and Methods, Research and Politics, American Politics Research, Political Behavior, Journal of Information Technology & Politics, Journal of Information Science, Journal of Artificial Intelligence Research, Evaluation and Program Planning, National Science Foundation, Journal of Social Structure, Sociological Methodology, Cambridge University Press, Oxford University Press, Social Forces, Chapman & Hall (CRC Press), North American Chapter of the Association for Computational Linguistics: Human Language Technologies (NAACL HLT), Association for Computational Linguistics Annual Conference (ACL), Social Science Computer Review, Swiss National Science Foundation*

Co-Director, Democracy and Polarization Lab. 2018-Present
Chair, Omnibus Faculty Search Committee. 2018
Organizer Text as Data. 2019. (TADA2019)
Editorial Board Member, *Political Analysis* (2014-2015)
Co-Editor, *Political Analysis Letters* (2014-2018)
Editorial Board Member, *Journal of Politics* (2015-Present)
Graduate Admissions Committee, 2010-2011
Omnibus Faculty Search Committee, 2011-2012
Award Committee, Warren Miller Prize, 2012-2013
Award Committee, Fenno Prize, 2014-2015
Methods Curriculum Committee, 2013-2014
Undergraduate Curriculum Committee, 2013-2014, 2014-2015
Policy and Planning Committee, 2014-2016, 2018-Present
Director of Undergraduate Studies, 2015-2016.
Co-organizer: Stanford Conference on Computational Social Science. June 1st, 2012.
Section Chair for Legislative Campaigns and Elections. MPSA, 2013. Program Committee: Neural Information Processing Systems (NIPS), Computational Social Science Workshop, 2011, Topic Modeling Workshop 2013

# EXHIBIT 2





# Transportation Performance

Data Through 8/29/20

2



# Transportation Analysis Overview

**Service Impacts:** USPS transportation and logistics professionals manage an average flow of over 390 million mail pieces daily throughout the Postal Service network, which includes 285 processing facilities and about 35,000 retail locations.

Postal Service facilities are linked by a complex transportation network that depends on the nation's highway, air, rail, and maritime infrastructures. The success of each system affects the success of others. If surface transportation departs late or unscheduled trips are added, the connection between processing facilities, post offices, airlines, and others become misaligned, impacting downstream operations and hindering efforts to meet service performance.

**Financial Impacts:** In FY 2019, the Postal Service spent over $550 million extra in transportation to mitigate delays that occurred in the network:

- $266 million in extra trips;
- $130 million in overtime;
- $14 million in late trips; and
- $140 million in air freight mitigation

**Effectively aligning operational plans and a timely, consistent transportation network will improve service and reduce cost.**

For more information, please reference the Office of Inspector General Audit Report Number 20-144-R20

3



**Transportation Summary**



Trips on time references left axis. Late and extra trips references right axis

Source: SV - Surface Visibility

4



# Late Trips Analysis





# Extra Trips Analysis



Source: SV - Surface Visibility

6



# Service Performance

Data Through 8/26/20



UNITED STATES POSTAL SERVICE®

# Official Scores 52 Week Trend

All scores for current week-to-date (week of 8/22) are through 8/26. USPS Marketing Mail score for current week-to-date does not include Saturation Mail as that data is available after the end of the week i.e. on 9/1



# Presort First-Class Mail
## Score Breakdown – Processing vs Last Mile



Last Mile Impact represents the score decrease caused by time spent in the last mile (from last processing scan to delivery); Processing score represents service performance from USPS possession to last processing scan measured against the service expectation; Overall score represents service performance from USPS possession to delivery (i.e. includes the last mile) measured against the service expectation; 1 Extra Day represents the overall score if the mailpiece had 1 extra day to meet service expectations; Scores are NOT weighted and may NOT match the official scores in slide 1 which are based

9

# Single-Piece First Class Mail Score Breakdown – Processing vs First & Last Mile





- Baseline Period: 3/14 - 7/3
- Current week-to-date: 8/22 - 8/26

**OVERALL**
**4.37%** HIGHER THAN 8/1 – 8/7

**OVERALL**
**4.26%** LOWER THAN BASELINE

**PROCESSING**
**3.28%** LOWER THAN BASELINE

**LAST MILE**
**0.42%** LOWER THAN BASELINE

**FIRST MILE**
**0.56%** LOWER THAN BASELINE

Legend: Overall Score, Processing Score, 1 Extra Day, First Mile Impact, Last Mile Impact

First Mile Impact represents the score decrease caused by time spent in collection; Last Mile Impact represents the score decrease caused by time spent in the last mile (from last processing scan to delivery);  Processing score represents service performance from USPS possession to last processing scan measured against the service expectation; Overall score represents service performance from USPS possession to delivery measured against the service expectation; 1 Extra Day represents the overall score if the mailpiece had 1 extra day to meet service expectations; Scores are NOT weighted and may NOT match the scores on slide 1 which are weighted.

10



# USPS Marketing Mail
## Score Breakdown – Processing vs Last Mile

- Baseline Period: 3/14 - 7/3
- Current week-to-date: 8/22 - 8/26



Last Mile Impact represents the score decrease caused by time spent in the last mile (from last processing scan to delivery); Processing score represents service performance from USPS possession to last processing scan at the destination plant measured against the service expectation; Overall score represents service performance from USPS possession to delivery (i.e. it includes the last mile) measured against the service expectation; 1 Extra Day represents the overall score if the mailpiece had 1 extra day to meet service expectations; Scores are NOT weighted and may NOT match the official scores in slide 1 which are weighted.

11



# Score Breakdown – Processing vs Last Mile

- Baseline Period: 3/14 - 7/3
- Current week-to-date: 8/22 - 8/26

**OVERALL**
**7.83%** HIGHER THAN 8/1 – 8/7

**OVERALL**
**2.88%** LOWER THAN BASELINE

**PROCESSING**
**0.60%** LOWER THAN BASELINE

**LAST MILE**
**2.29%** LOWER THAN BASELINE



Last Mile Impact represents the score decrease caused by time spent in the last mile (from last processing scan to delivery); Processing score represents service performance from USPS possession to last processing scan at the destination plant measured against the service expectation; Overall score represents service performance from USPS possession to delivery (i.e. it includes the last mile) measured against the service expectation; 1 Extra Day represents the overall score if the mailpiece had 1 extra day to meet service expectations; Scores are NOT weighted and may NOT match the official scores in slide 1 which are weighted.

12