UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 20 Civ. 2340 (EGS) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully advise the Court of the Order entered today in *Jones v. United States Postal Service*, 20-CV-6516-VM (S.D.N.Y. Sept. 21, 2020) (appended as Ex. 1), which granted the plaintiffs' motion for a preliminary injunction regarding several postal service changes, and which addresses a number of issues raised in Plaintiffs' motion for a preliminary injunction (ECF Nos. 12, 40).

As pertinent to this litigation, the district court found that the United States Postal Service implemented "a handful of recent 'dramatic and profound' policy changes," slip op. 13; and that plaintiffs "made a strong showing of irreparable harm and demonstrated a clear and substantial likelihood of success on the merits" based on allegations that the recent policy changes unduly burden plaintiffs' right to vote under the First and Fifth Amendments, slip op. 79.

DATED:  September 21, 2020

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Morenike Fajana*
Morenike Fajana, *Special Counsel*

Matthew Colangelo,
*Chief Counsel for Federal Initiatives*
Elena Goldstein, *Deputy Chief, Civil Rights Bureau*
Lindsay McKenzie, *Assistant Attorney General*
Laura Mirman-Heslin, *Assistant Attorney General*
Daniela L. Nogueira, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

Joshua Tallent, *Assistant Attorney General*
Office of the New York State Attorney General
The Capitol
Albany, NY 12224

*Attorneys for the Plaintiffs*