IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

## NOTICE OF SUPPLEMENTAL MATERIALS

Defendants hereby provide notice to the Court and the parties that on September 21, 2020, the United States Postal Service issued the attached Operational Instructions to clarify existing policies and to implement a preliminary injunction issued by the U.S. District Court for the Eastern District of Washington in related litigation. [Attached hereto as Ex. A.] These instructions make clear, *inter alia*, that: (1) "Postal Service Headquarters has not imposed, and will not impose, any nationwide changes that ban or restrict overtime prior to Election Day," (2) "[t]he Postal Service will not be adjusting retail hours prior to the November 2020 elections," (3) "the Postal Service has suspended the removal of any additional collection boxes until after the 2020 elections," unless such removal is necessary for public safety or to prevent damage, (4) late and extra trips are not banned, but rather "when operationally required, late or extra trips are permitted," i.e., such "late or extra trips that are reasonably necessary to complete timely mail delivery, [are] not to be unreasonably restricted or prohibited," (5) "no mail processing facilities will be closed or consolidated until after the November 2020 elections," (6) "the Postal Service has suspended all

1

removal of letter and flat sorting machines until after the November 2020 elections," and (7) the Postal Service "will continue to prioritize Election Mail that is entered as Marketing Mail regardless of the paid class . . . so that it is generally delivered in line with First-Class Mail delivery standards."  On September 24, 2020, the Postal Service deployed the attached Mandatory Stand-Up Talk, which summarizes these Instructions, to all employees. [Attached hereto as Ex. B.]

Furthermore, on September 25, 2020, USPS issued the attached Instructions detailing additional resources that would be made available to support the expeditious handling of Election Mail beginning on October 1, 2020.  [Attached hereto as Ex. C.]  These include: (1) dedicating additional processing resources to Election Mail; (2) using extra transportation resources; (3) authorizing extra delivery and collection trips; (4) authorizing and instructing that overtime is to be used to support these additional resources.  The Postal Service also made clear that "the use of extraordinary measures beyond [the Postal Service's] normal course of operations is authorized and expected to be executed by local management between October 26 and November 24, to accelerate the delivery of ballots."

Because these Instructions represent current Postal Service policy governing the issues presented in this litigation, they are relevant to Plaintiffs' request for preliminary injunctive relief including, *inter alia*, Plaintiffs' claim of irreparable harm.

Dated:  September 27, 2020  	Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)

KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN J. ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*