UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,

    Defendants.

No. 20-cv-2340(EGS)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** the Plaintiffs' Motion for Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that a Preliminary Injunction is hereby entered against Defendants; and it is further

**ORDERED** that pursuant to the Order, Defendants are **HEREBY ENJOINED** from enforcing the Postal Policy Changes; and it is further

**ORDERED** that any request to stay this Order pending appeal will be denied for the reasons stated in the accompanying Memorandum Opinion.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            September 27, 2020**