## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>　　　　　　Defendants. | Case No. 20 Civ. 2340 (EGS) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, the Memorandum and Exhibits in support thereof, any opposition, any reply thereto, and any oral argument, it is hereby:

ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED; and

IT IS FURTHER ORDERED that the Postal Policy Changes are declared unlawful under the Postal Accountability and Enhancement Act, the Postal Reorganization Act, and the Elections Clause of the U.S. Constitution; and

IT IS FURTHER ORDERED that a Permanent Injunction is hereby entered against Defendants; and

IT IS FURTHER ORDERED that pursuant to the Order, Defendants are hereby enjoined from enforcing the Postal Policy Changes.

SO ORDERED.

DATED: _____　　_____
　　　　　　　　　　　　　　　　　　　　　Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the proposed order's entry:

Donald J. Trump
1600 Pennsylvania Avenue
Washington, DC 20500

United States Postal Service
475 L'Enfant Plaza SW, Rm. 4012
Washington, DC 20260

Louis DeJoy
475 L'Enfant Plaza SW, Rm. 4012
Washington, DC 20260

William Barr
Attorney General of the United States
U.S. Department Of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Michael R. Sherwin
Acting U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
555 Fourth Street NW
Washington, DC 20530