UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>       Defendants. | Case No. 20 Civ. 2340 (EGS)<br><br>DECLARATION OF DANIELA L. NOGUEIRA |

Daniela L. Nogueira, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney in the Office of the New York State Attorney General and counsel to Plaintiffs in this action. I submit this Declaration and index of exhibits pursuant to Rule 12(c) of the Standing Order Governing Civil Cases before Judge Emmet G. Sullivan (ECF No. 9) in support of Plaintiffs' motion for summary judgment. Attached to this Declaration are true and correct copies of the following numbered exhibits:

1.   Declaration of David Adinaro, Deputy Commissioner for Public Health Services, New Jersey Department of Health (Sept. 1, 2020).

2.   Declaration of Steven Banks, Commissioner, New York City Department of Social Services (Aug. 31, 2020).

3.   Declaration of Catherine A. Betts, Director, Hawaii Department of Human Services (Aug. 30, 2020).

4.   Declaration of Peter Coradi, National Business Agent "A" for the Clerk Division, New York Region, American Postal Workers Union (Sept. 2, 2020).

1

5. Declaration of Kimberly DiGiovanni-Abatto, Deputy Administrator of Agency Operations, New Jersey Motor Vehicle Commission (Aug. 31, 2020).

6. Declaration of Ruth Y. Goldway, former Chairwoman of the Postal Regulatory Commission (Sept. 15, 2020).*

7. Declaration of Justin Grimmer, Professor of Political Science, Stanford University (Sept. 7, 2020).*

8. Declaration of Michael P. Hein, Commissioner, New York State Office of Temporary and Disability Assistance (Aug. 31, 2020).

9. Declaration of Jon D. Henricks, County Clerk, County of Hawaii (Aug. 31, 2020).

10. Declaration of Eitan D. Hersh, Associate Professor of Political Science, Tufts University (Sept. 7, 2020).*

11. Declaration of Jennifer Langer Jacobs, Assistant Commissioner, New Jersey Department of Human Services (Aug. 31, 2020).

12. Declaration of Kathy L. Kaohu, County Clerk, County of Maui (Aug. 31, 2020).

13. Declaration of Douglas A. Kellner, Commissioner and Co-Chair, New York State Board of Elections (Aug. 28, 2020).

14. Declaration of Leighton Ku, Professor of Health Policy and Management and Director of the Center for Health Policy Research, Milken Institute School of Public Health at The George Washington University (Aug. 31, 2020).

15. Declaration of Lynette J. Lau, Administrator, Child Support Enforcement Agency, State of Hawaii (Aug. 31, 2020).

---

* These declarations were filed in other litigation challenging recent changes to Postal Service operations. They are being filed here with the permission of the declarants and plaintiffs' counsel in those actions.

16. Declaration of John Paul Newton, Director of the Public Benefits Unit, Bronx Legal Services (Sept. 1, 2020).

17. Declaration of Sheila J. Poole, Commissioner, New York State Office of Children and Family Services (Aug. 31, 2020).

18. Declaration of Karen Roye, Executive Director, Department of Child Support Services, City and County of San Francisco (Aug. 29, 2020).

19. Declaration of Tajel Shah, Chief Assistant Treasurer, Office of the Treasurer and Tax Collector, City and County of San Francisco (Aug. 28, 2020).

20. Declaration of Glen I. Takahashi, City Clerk, City and County of Honolulu (Aug. 31, 2020).

21. Supplemental Declaration of David Adinaro, Deputy Commissioner for Public Health Services, New Jersey Department of Health (Oct. 19, 2020).

22. Supplemental Declaration of Peter Coradi, National Business Agent "A" for the Clerk Division, New York Region, American Postal Workers Union (Oct. 19, 2020).

23. Supplemental Declaration of Justin Grimmer, Professor of Political Science, Stanford University (Oct. 18, 2020).

24. Supplemental Declaration of Karen Roye, Executive Director, Department of Child Support Services, City and County of San Francisco (Oct. 15, 2020).

25. Supplemental Declaration of Tajel Shah, Chief Assistant Treasurer, Office of the Treasurer and Tax Collector, City and County of San Francisco (Oct. 15, 2020).

26. Deposition of Angela Curtis, Vice President of Retail and Post Office Operations, U.S. Postal Service (Oct. 14, 2020) (excerpts).

27. First Deposition of Robert Cintron, Vice President for Logistics, U.S. Postal Service (Sept. 22, 2020) (excerpts).

28. Second Deposition of Robert Cintron, Vice President for Logistics, U.S. Postal Service (Oct. 15, 2020) (excerpts).

29. First Deposition of Robert Justin Glass, Manager of Operations Industrial Engineering, U.S. Postal Service (Sept. 22, 2020) (excerpts).

30. Second Deposition of Robert Justin Glass, Manager of Operations Industrial Engineering, U.S. Postal Service (Oct. 16, 2020) (excerpts).

31. Chart of National On-Time Service Performance, U.S. Postal Service (through Oct. 3, 2020).

32. Chart of Late Trips by Day, U.S. Postal Service (through Oct. 11, 2020).

33. Chart of Extra Trips by Day, U.S. Postal Service (through Oct. 11, 2020).

34. Eastern Area AIM Meeting - Service Update, U.S. Postal Service (Aug. 4, 2020).

35. Pacific Area AIM Meeting, Presentation, U.S. Postal Service (Aug. 13, 2020).

36. Postal Service's Response In Lieu of 30(b)(6) Deposition Regarding Service Standards and Performance, U.S. Postal Service.

37. Letter from Ricky R. Dean, Manager, Contract Administration, U.S. Postal Service, to Mark Dimondstein, President, American Postal Workers Union (June 17, 2020).

38. Email from Thomas J. Marshall, General Counsel, U.S. Postal Service, to Dr. Julia Nesheiwat, Deputy Assistant to the President Senior Director for Homeland Security & Resilience (June 26, 2020).

39. AVP Telepresence, U.S. Postal Service (June 26, 2020) (slides).

40. AVP Telepresence, U.S. Postal Service (July 7, 2020) (slides).

4

41. AVP Telepresence, U.S. Postal Service (July 10, 2020) (slides).

42. Email from Brad Horn, title, U.S. Postal Service, to local postal managers (July 10, 2020).

43. Memorandum from U.S. Postal Service, Mandatory Stand Up Talk for All Employees: Pivoting for Our Future (July 10, 2020).

44. Email from Robert Cintron, Vice President of Logistics, U.S. Postal Service, to Jeff Mitchell, Director, Sales Operational Solutions, U.S. Postal Service (July 13, 2020).

45. Email from Robert Cintron, Vice President of Logistics, U.S. Postal Service, to Area Vice Presidents, U.S. Postal Service (July 14, 2020).

46. "Keys to Success for the Elimination of Lates and Extras," U.S. Postal Service (July 14, 2020) (the "Cintron Guidelines").

47. Memorandum from U.S. Postal Service, Stand-Up Talk Expedited to Street/Afternoon Sortation (ESAS) City Carrier (July 16, 2020).

48. Announcement from National Association of Letter Carriers, List of ESAS Test Sites (July 21, 2020).

49. Letters from Thomas J. Marshall, General Counsel, U.S. Postal Service, to the Secretaries of State of California, Hawaii, New Jersey, and New York (July 29, 2020).

50. Memorandum from Louis DeJoy, Postmaster General and Chief Executive Officer, U.S. Postal Service (Aug. 7, 2020).

51. Service Performance Measurement: PMG Briefing, U.S. Postal Service (Aug. 12, 2020).

52. Email from Louis DeJoy, Postmaster General and Chief Executive Officer, U.S. Postal Service (Aug. 13, 2020).

53. Statement from Louis DeJoy, Postmaster General and Chief Executive Officer, U.S. Postal Service (Aug. 18, 2020).

54. *FY2019 Annual Report to Congress*, U.S. Postal Service (Dec. 2019).

55. Audit Report, Office of Inspector General, *U.S. Postal Service's Processing Network Optimization and Service Impacts*, U.S. Postal Service (June 16, 2020).

56. Audit Report, Office of Inspector General, *U.S. Postal Service: Processing Readiness of Election and Political Mail During the 2020 General Elections*, U.S. Postal Service (Aug. 31, 2020).

57. Minority Staff Report, *Failure to Deliver: Harm Caused by U.S. Postmaster General DeJoy's Changes to Postal Service Mail Delivery*, U.S. Senate Comm. on Homeland Security and Governmental Affairs (Sept. 16, 2020).

58. Defendants' Responses and Objections to Plaintiffs' Requests for Admission (Oct. 13, 2020).

59. Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories (Oct. 13, 2020).

60. Declaration of Joshua Colin, Vice President of Delivery Operations, U.S. Postal Service (Oct. 16, 2020).

61. Processing Operations Management Order, U.S. Postal Service.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 19, 2020                */s/Daniela L. Nogueira*
                                       Daniela L. Nogueira
                                       Office of the New York State Attorney General
                                       28 Liberty Street

New York, NY 10005  
Phone: (212) 416-6134  
daniela.nogueira@ag.ny.gov