# Exhibit 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States* et al., <br><br> Defendants. | Case No.: 20 Civ. 2340 <br><br> DECLARATION OF <br> DAVID ADINARO |

Pursuant to 28 U.S.C. § 1746(2), I, David Adinaro, hereby declare as follows:

1. I am the Deputy Commissioner for Public Health Services for the New Jersey Department of Health (NJDOH).

2. I am over the age of eighteen and have compiled the information in the statements below through personal knowledge, through Department of Health staff who have assisted me in gathering this information, and on the basis of documents that have been provided to and/or reviewed by me.

3. My educational background includes an M.D. from Rutgers-New Jersey Medical School in Newark, a residency in Emergency Medicine at Morristown Medical Center, and a Master of Arts in Education from Seton Hall University. I am also a graduate of Lehigh University's Healthcare Systems Engineering professional master's program.

4. Before assuming this role in June 2020, I served in DOH as Chief Medical Officer for two field stations for recovering COVID-19 patients: first for the 250-bed Secaucus Field Medical Station, and when care was shifted to the East Orange Alternate Care Site, I served as

1

Chief Medical Officer for that facility. Previously, during my 17 years at St. Joseph's Medical Center in Paterson, I held a variety of positions, including Chief of Emergency Medicine, Patient Safety Officer, Chief Medical Information Officer, and Vice President/Chief Medical Officer.

5. In my role as Deputy Commissioner, I oversee the Divisions of Epidemiology, Environmental and Occupational Health; Family Health Services; HIV, STD and TB Services; Medical Marijuana; Public Health Infrastructure, Laboratories and Emergency Preparedness; and the Offices of Local Public Health and Women's Health.

6. NJDOH's priority is to strengthen New Jersey's health system by investing in population health, promoting equity, and achieving better health outcomes for all residents. NJDOH is committed to providing access to high quality, affordable, culturally competent, and trauma-informed care, as well as reducing and eliminating disparities in health outcomes across all health care services. NJDOH's priorities align with evidence-based, national best practices, including the Institute of Medicine's six dimensions of quality health care: safety, timeliness, patient-centeredness, effectiveness, efficiency, and equitability.

7. The Department of Health has been central to New Jersey's COVID-19 response. The Commissioner of Health serves as the chair of the interagency Coronavirus Task Force.[1] Since the COVID-19 public health emergency was declared through Executive Order 103 on March 9, 2020,[2] NJDOH has provided information, guidance, directives, and assistance to local and county health departments, licensed healthcare facilities, grantees, and target populations as well as mass communications to the general public.

8. DOH has issued guidance to assist the public in assessing the risk and minimizing the spread of COVID-19. This includes an "infographic" noting that there is an increased risk of

---

[1] *See* https://nj.gov/infobank/eo/056murphy/pdf/EO-102.pdf.
[2] *see* https://nj.gov/infobank/eo/056murphy/pdf/EO-103.pdf.

2

spreading COVID-19 in indoor locations. That risk increases as more people share the same space, with less space between them; the risk also increases as they share the space for longer periods of time.[3]

9. A4475, enacted August 28, 2020, requires that the November 2020 Election be conducted primarily by vote-by-mail ballots because, among other things, requiring voters to vote in-person during the COVID-19 pandemic would pose health risks for voters and poll workers and would risk discouraging voting by certain voters, including elderly and immuno-compromised voters.[4] Voters who do not submit mail-in ballots may appear at polling places to vote by provisional ballot.[5]

10. NJDOH has become aware of recent mail delays in New Jersey, for example, through public reports as about removals of sorting equipment, reductions in overtime, and short staffing.[6] Congressional officials in New Jersey have reported constituent complaints about mail delivery delays.[7]

11. If New Jersey voters decide to vote in-person by provisional ballot because of concerns that the U.S. Postal Service ("USPS") will not process mailed ballots in a timely fashion, there will be in an increase in the number of individuals inside New Jersey polling places. This may lead to an increase in the community spread of COVID-19, and may pose an additional risk for individuals who are more vulnerable to the disease due to other health conditions or other factors. The CDC indicates that the risk of COVID-19 spreading is higher at

---

[3] *See* https://www.state.nj.us/health/cd/documents/topics/NCOV/COVID_Minimize_Risk.pdf.
[4] *See* A. 4475/S. 2580 (2020); Press Release, Governor Murphy Signs Legislative Package on Elections to Support This Year's General Election (Aug. 28, 2020), https://covid19.nj.gov/faqs/announcements/all-announcements/governor-murphy-signs-legislative-package-on-elections-to-support-this-years-general-election.
[5] A. 4475 § 2(g) (2020).
[6] https://www.nj.com/news/2020/08/yes-your-mail-is-being-delayed-heres-whats-happening-inside-us-post-offices-in-nj.html
[7] https://www.nj.com/news/2020/07/nj-residents-go-days-without-mail-congressman-wants-answers-from-us-postal-service.html

3

"in-person gatherings in which individuals from different household remain spaced at least 6 feet apart, wear masks, do not share objects, and come from the same local area" than virtual-only activities.[8]

12.   Operationally, NJDOH relies upon timely mail delivery in services for the people of New Jersey.  For example, the Office of Vital Statistics and Registry relies on mail to process and issue vital records, such as birth, marriage, domestic partnership, civil union, and death records.  To prevent the spread of COVID-19, NJDOH's Vital Records Walk-in Center is currently closed to the public, so customers are unable to request and pick up copies of vital records on site.  Customers must instead place orders for vital records by sending requests by mail or online.  Likewise, the Office of Policy and Legislative Services receives constituent inquiries through USPS mail delivery. Any delays in mail delivery could disrupt these critical NJDOH operations.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 1st day of September 2020

David Adinaro, M.D., M. Eng., FACEP

---

[8] https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/considerations-for-events-gatherings.html

4