# Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> Defendants. | CIVIL ACTION NO. 1:20-cv-02340 <br><br> DECLARATION OF CATHERINE A. BETTS |

Pursuant to 28 U.S.C. § 1746(2), I, Catherine A. Betts, hereby declare as follows:

1.      I am over the age of eighteen, competent to testify as to the matters in this declaration, and have personal knowledge, or have been informed and have the good faith belief, of the facts stated in it.

2.      I am the Deputy Director for the Hawaii Department of Human Services (DHS). I have been serving as the Deputy Director from October 2017 to the present. The current Director, Pankaj Bhanot, has announced that he is stepping down and I have been appointed to serve as the next Director starting on September 1, 2020.

3.      DHS is the primary social service agency for the State of Hawaii. DHS is responsible for administering public assistance programs, adult and child welfare services, and medical insurance programs, among other things. *See* Haw. Rev. Stat. § 346-14. DHS is comprised of four major divisions (Benefit, Employment and Support Services Division, Division of Vocational Rehabilitation, Med-QUEST Division, and Social Services Division), two attached agencies (Office of Youth Services and Hawaii Public Housing Authority), two attached Commissions (Commission on the Status of Women and the Commission on Fatherhood), six staff offices, and the Director's office. DHS provides benefits and services to

1

one in four Hawaii residents, or about 350,000 individuals. The state's Medicaid program provides medical insurance coverage for nearly one half of Hawaii's children. DHS has more than 2300 employees deployed in 84 offices statewide, and we manage an annual budget of nearly $3.6 billion, of which 64.5% are federal funds. DHS distributes approximately $2.9 billion in benefits to the state's children, disabled, elderly, individuals, and families who are without sufficient means of support to maintain basic necessities for themselves. In state fiscal year 2018, DHS provided $477 million in SNAP benefits to 164,788 individuals across the state. Research shows that every $5 in new SNAP benefits generates as much as $9 of economic activity. The SNAP program is 100% federally funded.

4. As the Deputy Director, I work directly with our Med-Quest Division, which administers Medicaid for eligible residents; the Benefit, Employment and Support Services Division, which administers Supplemental Nutrition Assistance Program (SNAP), Temporary Assistance for Needy Families (TANF), Child Care Subsidies, and General Assistance Payments; and the Hawaii Public Housing Authority (HPHA), which is the state's largest provider of public housing. Additionally, I consult on high-level policy and strategic issues. DHS oversees a broad portfolio of services and works extensively with state, local, and community partners to improve the health, safety, and economic self-sufficiency of all Hawaii's residents. The biennial budget for DHS is 3.6 billion dollars, 64.5% of which is federal dollars.

5. I am aware of the recent media reports regarding changes in the practices and procedures of the United States Postal Service (USPS). I understand that the new USPS practices and procedures, such as reductions in overtime, refusal to allow extra or late mail delivery trips, delays built into procedures, removal of mail sorting machines, and removal of mailboxes, threaten to delay mail delivery.

6. DHS depends on the timely delivery of mail in conducting its operations.

7. Many DHS notices, statements, decisions, and other legal documents are sent by U.S. mail.  If mail is delayed, it increases the risk that parties will miss important deadlines, and thereby lose legal rights.  *See, e.g.,* Haw. Admin. R. § 17-649-3.

8. Because of the COVID-19 crisis, DHS offices are largely closed to the public and operations are increasingly reliant on alternatives to in-person services.  For example, SNAP processing centers remain open to process applications, but do not accept clients face to face in our lobbies during the pandemic.  We rely on phone, mail, and web-based applications.  Our customers are increasingly reliant on the mail to conduct their activities with us.  Even with a web application for SNAP and TANF, 55% of our applications are in paper form, the vast majority arriving via USPS.  This makes timely delivery of the mail even more important.

9. Adult and child welfare cases are adversely affected by delays in mail delivery. DHS provides supportive service payment to Resource Care Givers (aka foster parents) and adoptive parents to assist them with the necessary costs of providing care to children in foster custody who are placed in those homes.  Delay of the payments will burden the foster and adoptive families making it more difficult for them to provide care.  Knowing that payments are delayed could also affect the DHS's ability to recruit families to serve as foster and adoptive parents.

10. Payment of public assistance to recipients will also be affected by delays in the mail.  While our assistance payments are paid electronically through Electronic Balance Transfer (EBT) cards, the EBT card itself still needs to be mailed to our clients in order to access their benefits.  For SNAP and TANF benefits, EBT cards are processed through our vendor, FIS, based in Florida. These cards must be delivered to the recipients by mail before the recipients

3

can use the cards in local stores.  Delays or issues with mail delivery services would equate to delays for our eligible recipients from being able to access their benefits, further exacerbating the hardship they and their families are already experiencing.  Replacement EBT cards are also mailed and delay in delivery prevents eligible families from accessing their on-going assistance that is needed to support families and children maintain financial stability, self-sufficiency, and stable child care arrangements to promote children's development, growth, and well-being.

11. Delays in the delivery of EBT cards deprives people of the public assistance that they need to satisfy basic needs, such as food, housing, medical care, utilities, and so on.  Deprivation of basic needs can harm people's health, and health issues can make people more vulnerable to COVID-19.

12. The DHS Administrative Appeals Office (AAO) is required to mail hearing notices to claimants challenging adverse actions by certified mail at least fifteen days before an administrative hearing date.  *See* Haw. Rev. Stat. § 91-14.  Delays in mailing may violate DHS claimants' due process rights to have an administrative review hearing.  Even if alternative methods of serving notice are authorized, many DHS clients do not have access to those alternative methods, such as e-mail due to insufficient resources for a family to pay for internet service, or lack of infrastructure in rural areas to even allow for internet service.

13. Medicaid eligibility communications between the program and the beneficiary/applicant relies on timely delivery of mail by the USPS.  The mail is especially critical during the Health and Human Services COVID related Public Health Emergency (PHE).  Due to the PHE, our Medicaid program has requested that our clients avoid in-person interactions and, instead, provide requested responses online, where possible, or through the mail if online access is not an option.  Our program has regular eligibility-related mail that we are

required to send via USPS. These communications are time-sensitive and require an applicant or beneficiary response within a federally required timeframe from the date on the letter. *See* 42 C.F.R. §§431.221, 431.230, 431.231. Any delay in the mail service will disadvantage applicants/beneficiaries and could result in closure of the application or eventual termination of their coverage once the PHE ends. Additionally, any slowdown of the critically important USPS service will disproportionately disadvantage our most vulnerable populations and those in rural communities who are less likely to have access to technology solutions and are more reliant on the USPS for government interactions again, as stated above, due to insufficient resources for a family to pay for internet service, or lack of infrastructure in rural areas to even allow for internet service.

      14.    In the child care licensing programs, there are several situations in which delays in mailing could result in adverse consequences:

      a.    Written requests to exclude an individual whose background check results need further assessment from child care operations are mailed through the USPS. Untimely delivery of mail could result in a person who needs to complete a suitability assessment by DHS to be allowed to continue working at a child care facility or live in a child care home longer than they should be, posing a risk to children in care, therefore undermining DHS's mission to promote the health and welfare of all Hawaii residents.

      b.    Written notices to individuals applying to be child care providers who need to complete suitability assessments by DHS are mailed with prescheduled interviews. Untimely delivery of mail could result in individuals missing those prescheduled appointments and further delaying the department's ability to

receive the additional information needed to make a suitability determination for an individual interested in working in regulated child care facilities or homes or exempt child care facilities that care for children receiving subsidy children. This delay could result in a shortage of approved child care providers.

c.    Written notices of denial, revocation, or suspension of licenses or registrations are sent through certified mail. Short timeframes for the right to request an administrative appeal hearing to contest the adverse action is based on the date of the written notice. Some child care facilities and homes are in remote areas, scattered across several islands, and alternative methods of delivery such as hand-delivery by a DHS employee may not be feasible even though there is regular postal service in an area. This is so because the DHS child care program offices are not embedded in every community across the islands. A delay in the notification of revocation or suspension may mean an unsuitable provider continues to provide care when they should not, and their due process rights to contest the decision may be affected.

d.    Timely notices required by federal law when the DHS takes adverse action that would reduce or terminate child care subsidy payments are sent through mail. Timely notice provides the families time to either make necessary adjustments to their family budgeting, or to timely respond to the Department and request an appeal of the decision.

e.    Specifically in this time of a pandemic, our practices are encouraging transactions that do not require face-to-face encounters with our clients. The mail

service is essentially our lifeline in communicating with our clients because many do not have the capability to use alternative communications such as e-mail.

15. DHS contracts for a number of support services to assist our clients. Though we are able to execute and process payment for some contracts electronically, there are still some contracted service provider that do not have the ability to use technology solutions, and we must rely on the USPS for delivery of hard copies of original documents for execution and payment of contracts. Delays with mail delivery services would adversely affect our ability to execute contracts and pay for contracted services timely due to delays in receiving the documentation, which in turn will lead to delays in providing critical support services to DHS clients.

16. I believe that the new practices and procedures adopted by USPS that result in delays in delivery of mail threaten to undermine the performance of important government functions, such as those performed by DHS.

I declare under penalty of law that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 30th day of August, 2020.

/s/ Catherine A. Betts  
Catherine A. Betts  
Deputy Director  
Department of Human Services, State of Hawaii