# Exhibit 5

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK et al., | |
| Plaintiffs, | |
| v. | Case No.: 20 Civ. 2340 |
| DONALD J. TRUMP, *in his official capacity as President of the United States* et al., | DECLARATION OF KIMBERLY DIGIOVANNI-ABATTO |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746(2), I, Kimberly DiGiovanni-Abatto, hereby declare as follows:

1.      I am over the age of eighteen and have personal knowledge of all the facts stated herein.

2.      I am the Deputy Administrator of Agency Operations for the New Jersey Motor Vehicle Commission ("NJMVC"). In that capacity, I oversee the vast majority of agency transactions, including the issuance and renewal of driver licenses and vehicle registrations. I have been employed by NJMVC since 2005.

3.      NJMVC is the New Jersey state agency responsible for titling, registering, and inspecting automobiles, as well as licensing drivers in the State of New Jersey. NJMVC serves over 6 million New Jersey-licensed drivers, who interact with NJMVC at its more than 60 locations throughout the state.

4.      NJMVC relies on the U.S. mail to conduct many transactions with the public. In particular, NJMVC allows drivers to "Skip the Trip" to an agency location by renewing their driver's license at the 48-month expiration date (i.e., the end of the 4-year period when a license

must be renewed) via U.S. mail and having their new, renewed license delivered to them by U.S. mail. This allows drivers to renew their licenses without the need to visit an agency location in-person. NJMVC mails all drivers a renewal notice to their address of record and allows them a specific period of time to renew their license by returning the completed renewal application with payment prior to the expiration date for their old license. Any delay in U.S. Postal Service delivery of either the renewal notice or the drivers' licenses themselves could lead to licenses expiring before they complete the renewal process and receive the renewed licenses, thus leaving those drivers without a valid license for a period of time. This would negatively impact NJMVC's license renewal process and undermine the agency's ability to carry out its mission of serving New Jersey motorists.

5.    NJMVC also delivers driver's license duplicates, vehicle registration duplicates, scheduled notices of license suspensions (which advise the recipient of the opportunity for a hearing), and orders of license suspensions taking effect on a certain date via U.S. mail. When NJMVC mails a document to a customer, in addition to the NJMVC document(s), NJMVC often provides important inserts such as voter registration forms, organ donor applications, and U.S. Census forms. Delays in the mailing of these NJMVC documents and inserts would negatively impact these aspects of NJMVC's operations, and could result in customers losing the ability to timely submit voter registration forms or learning of a license suspension too late to avail themselves of the opportunity for a hearing.

6.    Since the onset of the COVID-19 pandemic, NJMVC has expanded the types of vehicles that are eligible to complete registration renewals through the mail (as opposed to the vehicle owner completing registration in-person at an agency location). Up until March 2020, only 12 types of vehicles were eligible for such remote registration, whereby the customer submits the

application and payment online and the registration document is delivered to the customer's address via U.S. mail. Since March 2020, NJMVC has made 20 additional types of vehicles eligible for this remote registration, and NJMVC is working to add the remaining 21 types of vehicles to this list.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 31st day of August, 2020

Kimberly DiGiovanni-Abatto