Exhibit 9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

STATE OF NEW YORK, et al.,

                  Plaintiffs,

      v.

DONALD J. TRUMP, et al.,

                 Defendants.

CIVIL ACTION NO. 1:20-cv-02340

DECLARATION OF JON D. HENRICKS

Pursuant to 28 U.S.C. § 1746(2), I, Jon D. Henricks, hereby declare as follows:

1.      I am over the age of eighteen and have personal knowledge of, or state upon information and belief, the facts stated herein.

2.      I am the County Clerk for the County of Hawaii.  I have been serving as the County Clerk from December 3, 2018, to the present.  As the County Clerk, my responsibilities include conducting all elections held within the County of Hawaii.

3.      On July 1, 2019, Act 136 went into effect for the State of Hawaii.  *See* 2019 Haw. Sess. Laws Act 136, §§ 2 & 63 at 475-79, 499 (codified at Haw. Rev. Stat. Chapter 11, Part VIIA).  Act 136 adopted a system of virtually universal voting by mail for Hawaii, starting with the 2020 Primary Election.  Haw. Rev. Stat. § 11-101.  Pursuant to Act 136, county clerks are directed, to the extent possible, to mail ballot packages to all registered voters so that they will receive the ballot package approximately 18 days before an election.  *Id.* § 11-102.  Voters are then allowed to return a completed ballot in one of three ways:  (1) by mail so that it is received by the clerk by closing time on the date of the election; (2) by personal delivery at a designated place of deposit no later than 7:00 pm on the date of the election; and (3) by personal delivery to a voter service center no later than closing time on the date of the election.  *Id.* § 11-102.  Voters,

1

particularly disabled voters, may also register and vote in person at voter service centers, which are open 10 business days before and through the date of the election.  *Id.* §§ 11-1, 11-15.2, 11-109.

4.      In the County of Hawaii, for the 2020 Primary Election, returning ballots by mail was the most popular method, with about 91% of ballots returned by mail.

5.      Because Hawaii's election system is now almost entirely a vote by mail system (with a few exceptions), any actions by the United States Postal Service ("USPS") that reduce the efficiency of or delay mail delivery are likely to have a detrimental effect on Hawaii's election system.

6.      Changes in USPS practices and procedures, such as reductions in overtime, refusal to allow extra or late mail delivery trips, delays built into procedures, removal of mail sorting machines, and removal of mailboxes, threaten to delay mail delivery.

7.      The State Office of Elections previously recommended that voters mail in their ballots three to five days before the November 2020 general election.[1]  However, upon information and belief, in letters sent to 46 states, the U.S. Postal Service is now telling states to have their voters mail in their ballots a week before the election.  *See* Compl. ¶ 80.

8.      Furthermore, under Hawaii law, if someone does not receive a mail ballot five days before the election (or otherwise needs a replacement ballot within five days of the election), Act 136 authorizes voters to request that a replacement ballot be sent to them electronically.  Haw. Rev. Stat. § 11-107.  However, Hawaii law also expressly provides that those ballots, when completed, may be returned by mail (in addition to three other methods).  *Id.*

---

[1] *See* State of Hawaii – Office of Elections, *Hawaii Votes by Mail*, https://elections.hawaii.gov/hawaii-votes-by-mail/ (last visited Aug. 18, 2020).

§ 11-107(b)(2).  Consequently, the new USPS recommendations, which are based on the new practices and procedures, are inconsistent with express provisions of Act 136, which allow voters to mail replacement ballots less than a week before the election.

9.       Under Hawaii law, the chief election officer of the State Office of Elections supervises all state elections.  Haw. Rev. Stat. § 11-2.  However, for elections by mail involving both state and county offices, or involving both federal and county offices, the counties are responsible for the mailing and receipt of ballots.  *Id.* § 11-110(b)(1)(A).  Therefore, for the upcoming election, the county clerks are responsible for actually sending the mail ballots to the registered voters in their respective counties and for receiving them when they are returned.

10.      As the County Clerk of the County of Hawaii, I am concerned that a reduction of USPS services and resources threaten to delay mail delivery and harm Hawaii's election system.

11.      The County of Hawaii is one of Hawaii's four counties.

12.      The County of Hawaii is more rural than Honolulu, and as such, postal workers have greater distances to cover.

13.      The County of Hawaii anticipates that it will have to expend time and resources informing the public that they need to mail in their ballots earlier than previously expected (a week before the election rather than 3-5 days) as a consequence of USPS's new policies and practices.  The County of Hawaii is currently planning to use print and radio media campaigns to notify voters that they should return their ballots at least one week before the date of the General Election.  The County of Hawaii estimates that it will cost an additional thirteen thousand dollars ($13,000.00) for these efforts.  The County of Hawaii plans to seek reimbursement for these funds from the State.

14.     Because of the mail delays, the County of Hawaii anticipates that it will have to obtain and install more places of deposit (i.e., drop boxes) to help ensure that people have additional means of returning their ballots that do not rely on the delivery of USPS mail.  The County of Hawaii is currently planning to implement two additional drop boxes and open all drop boxes to receive ballots at approximately the same time that ballots are delivered to voters. The County of Hawaii estimates that it will cost an additional nine thousand dollars ($9,000.00) for these efforts.  The County of Hawaii plans to seek reimbursement for these funds from the State.  The cost estimate includes not only the drop boxes themselves but also additional security cameras and additional driver work to pick up the ballots for those drop boxes.  The drop boxes have already been ordered and it is estimated that Hawaii County will receive them in approximately six weeks.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on this 31st day of August, 2020.


/s/ Jon D. Henricks
Jon D. Henricks