# Exhibit 11

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al, ]<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States* et al.,,<br><br>Defendants. | CIVIL ACTION NO. 20 Civ. 2340<br><br>DECLARATION OF<br>JENNIFER LANGER JACOBS |

Pursuant to 28 U.S.C. § 1746(2), I, Jennifer Langer Jacobs, hereby declare as follows:

1. I am Assistant Commissioner of the New Jersey Department of Human Services, and I oversee the Division of Medical Assistance and Health Services ("DMAHS"). In this capacity, I lead the NJ FamilyCare program, which is comprised of New Jersey's Medicaid program, the Children's Health Insurance Program, and other programs. I joined the Department of Human Services in 2019.

2. I am over the age of eighteen, and have compiled the information in the statements set forth below through personal knowledge, through DMAHS staff who have assisted me in gathering this information, and on the basis of documents that have been provided to and/or reviewed by me.

3. I graduated summa cum laude from Penn State University and hold a master's degree in city planning from Massachusetts Institute of Technology. Before joining the Department of Human Services, I spent 2.5 years leading the largest long-term care plan in Florida; spent eleven years in leadership at Amerigroup New Jersey; held a position in the New Jersey

Senate Majority Office working on a range of legislative issues; and taught fifth grade in Jersey City.

4. DMAHS provides healthcare benefits to New Jersey residents with low-to-moderate incomes. Through NJ FamilyCare, DMAHS provides health coverage to children, pregnant women, adults, and people with disabilities.

5. NJ FamilyCare members may receive prescription medications or medical supplies like gloves, wound dressings, and wheelchair parts through the mail.

6. If mail deliveries are delayed, members who are currently receiving needed prescriptions and supplies by mail may not receive them when they are needed, and any resulting gap in access to prescriptions may burden vulnerable patients and negatively impact public health. DMAHS has backup procedures in place to ensure that members can obtain an emergency two-week supply of their prescriptions from a retail pharmacy; however, implementing this procedure repeatedly as a result of mail delays would put an unnecessary strain on DMAHS resources, and would impose unnecessary stress on patients.

7. USPS mail delivery is also integral to NJ FamilyCare applications and eligibility determinations. Applicants may submit applications by mail, documentation is requested and submitted by mail, and eligibility determination decisions are sent to the applicant by mail. Delays in mail service may delay healthcare coverage.

8. For applicants who have been determined eligible, DMAHS sends NJ FamilyCare identification cards by mail, and any delay in receiving these cards may complicate or delay the process of obtaining health care.

9. As required by federal and state law, DMAHS is charged with recovering paid benefits in certain circumstances. This may include securing reimbursement from NJ FamilyCare

recipients and other responsible parties, and from recipient trusts and estates, as well as securing reimbursement from legally liable third parties for benefits provided to NJ FamilyCare recipients. *See* N.J. Stat. Ann. § 30:4D-7(i),(j),(k); N.J. Stat. Ann. § 30:4D-7.1; N.J. Stat. Ann. § 30:4D-7.2; 42 U.S.C. §1396p(d)(4)(A), (B), and (C).  In order to fulfill those responsibilities, DMAHS both receives and sends documents through the mail.  Delayed delivery of the mail affects DMAHS's ability to fulfill the statutory responsibilities described above.  For example, if DMAHS does not respond to a court order in a timely fashion because of USPS delays in delivering the order to DMAHS, a court may deny the DMAHS recovery claim.  In these cases, mail delays will impair DMAHS's ability to collect funds that are needed to support vital governmental functions.

10. In sum, the USPS mail delivery system is integral to DMAHS operations, and delays in mail service will have a negative impact on the agency's ability to serve the public and carry out its mission.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 31st day of August, 2020

                                                                          Jennifer Langer Jacobs,
                                                                          Assistant Commissioner