# Exhibit 12

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

STATE OF NEW YORK, et al.,

                        Plaintiffs,

      v.

DONALD J. TRUMP, et al.,

                      Defendants.

CIVIL ACTION NO. 1:20-cv-02340

DECLARATION OF KATHY L. KAOHU

Pursuant to 28 U.S.C. § 1746(2), I, Kathy L. Kaohu, hereby declare as follows:

1.      I am over the age of eighteen and have personal knowledge of, or state upon information and belief, the facts stated herein.

2.      I am the County Clerk for the County of Maui.  I have been serving as the County Clerk from February 10, 2020 to the present.  As the County Clerk, my responsibilities include conducting the elections in the County of Maui and the County of Kalawao, and assisting the State Office of Elections in meeting all Federal, State and County election requirements, including the implementation of programs to increase voter registration and participation.

3.      On July 1, 2019, Act 136 went into effect for the State of Hawaii.  *See* 2019 Haw. Sess. Laws Act 136, §§ 2 & 63 at 475-79, 499 (codified at Haw. Rev. Stat. Chapter 11, Part VIIA).  Act 136 adopted a system of virtually universal voting by mail for Hawaii, starting with the 2020 Primary Election.  Haw. Rev. Stat. § 11-101.  Pursuant to Act 136, county clerks are directed, to the extent possible, to mail ballot packages to all registered voters so that they will receive the ballot package approximately 18 days before an election.  *Id.* § 11-102.  Voters are then allowed to return a completed ballot in one of three ways:  (1) by mail so that it is received by the clerk by closing time on the date of the election; (2) by personal delivery at a designated

1

place of deposit no later than 7:00 pm on the date of the election; and (3) by personal delivery to a voter service center no later than closing time on the date of the election. *Id.* § 11-102.

4.      Voting by mail is extremely popular in Hawaii.  Upon information and belief, in the 2020 Primary Election, 99% of the votes cast were delivered by mail ballot rather than in person.[1]

5.      Because Hawaii's election system is now almost entirely a vote by mail system (with a few exceptions), any actions by the United States Postal Service ("USPS") that reduce the efficiency of or delay mail delivery will have a detrimental effect on Hawaii's election system.

6.      Changes in USPS practices and procedures, such as reductions in overtime, refusal to allow extra or late mail delivery trips, removal of mail sorting machines, and removal of mailboxes, threaten to delay mail delivery.

7.      Under Hawaii law, the chief election officer of the State Office of Elections supervises all state elections.  Haw. Rev. Stat. § 11-2.  However, for elections by mail involving both state and county offices, or involving both federal and county offices, the counties are responsible for the mailing and receipt of ballots. *Id.* § 11-110(b)(1)(A).  Therefore, for the upcoming election, the county clerks are responsible for actually sending the mail ballots to the registered voters in their respective counties and for receiving them when they are returned.

8.      The County of Maui is one of Hawaii's four counties.

9.      As the County Clerk of the County of Maui, I am concerned that changes to USPS

---

[1] Dan Nakaso, *Record primary election sees 99% of votes cast by mail-in ballots*, Honolulu Star-Advertiser, Aug. 11, 2020, https://www.staradvertiser.com/2020/08/11/hawaii-news/record-primary-election-sees-99-of-votes-cast-by-mail-in-ballots/?HSA=82d1c031c503128f38f06cadd46fbca425c92d81.

practices and procedures threaten to delay mail delivery and harm Hawaii's election system, particularly in the County of Maui.

10.     The County of Maui's Office of the County Clerk anticipates that it will have to expend time and resources informing the public that they need to mail in their ballots earlier than previously expected.  The County of Maui's Office of the County Clerk also anticipates that it will have to obtain and install more places of deposit (i.e., drop boxes) to help ensure that people have additional means of returning their ballots that do not rely on the mail.  Expenses relating to voting by mail are generally divided in half between the State and the counties.  Haw. Rev. Stat. § 11-110(a)(1).

11.     I believe that the new practices and procedures adopted by USPS threaten to undermine Hawaii's elections laws on voting by mail and harm Hawaii's sovereign, proprietary, and quasi-sovereign interests.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 31st day of August, 2020.


/s/ Kathy L. Kaohu
Kathy L. Kaohu