# Exhibit 15

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 1:20-cv-02340 |
| v. | |
| DONALD J. TRUMP, et al., | DECLARATION OF LYNETTE J. LAU |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746(2), I, Lynette J. Lau, hereby declare as follows:

1.      I am over the age of eighteen and have personal knowledge of, or state upon information and belief, the facts stated herein.

2.      I am the Administrator of the Child Support Enforcement Agency ("CSEA") for the State of Hawaii. I have been serving as the Administrator from 2016 to the present. As the Administrator, I have overall responsibility for supervising the operations of CSEA and its personnel.

3.      CSEA is a division within the Hawaii Department of the Attorney General. The primary goal of CSEA is to ensure that our children ("keiki" in the Hawaiian language) have the ongoing financial support of both parents, by providing a system for payments and disbursements of court-ordered child support.

4.      I am aware of the recent media reports regarding changes in the practices and procedures of the United States Postal Service ("USPS").

5.      CSEA is dependent on the timely delivery of mail in conducting its operations. Postage charges for CSEA generally amount to more than $100,000.00 per year.

1

6. Many CSEA notices, statements, decisions, and other legal documents regarding child support are sent by U.S. mail. *See* Haw. Rev. Stat. §§ 576E-4, 576E-5, 576E-6, 576E-11, 576E-12, 576E-13.

7. Although some parents pay their child support obligations via orders for income withholding, many of them still pay by sending a check in the mail. Many employers also pay child support withheld from employee paychecks by check. Delays in the mail can delay delivery of child support payments to CSEA, which can then result in delayed payments to custodial parents.

8. Hawaii law requires custodial parents to receive child support payments either by debit card or direct deposit. Delays in mail can delay the setting up of either the debit card or direct deposit. This delay would require CSEA to send the child support payment via check. On average, CSEA sends out checks to approximately 350 custodial parents per month.

9. Delays in the delivery of checks or debit cards affect custodial parents, and therefore the subject children, by delaying the receipt of funds needed to satisfy basic needs, such as food, housing, medical care, utilities, and so on. Deprivation of basic needs can harm people's health, and health issues make people more vulnerable to COVID-19.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 31st day of August, 2020.

/s/ Lynette J. Lau
Lynette J. Lau