# Exhibit 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>                Defendants. | Case No. 20 Civ. 2340<br><br>DECLARATION OF JOHN PAUL NEWTON |

I, John Paul "Jack" Newton, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

      1.      I am over the age of eighteen. I am an attorney licensed to practice law before the State of New York. I am also admitted to appear before the District Court for the Southern District of New York.

      2.      I am the Director of the Public Benefits Unit ("PBU") at Bronx Legal Services ("BxLS"). BxLS is a constituent corporation of Legal Services NYC ("LSNYC"), which is the largest provider of free civil legal services in the nation.

      3.      The clients and communities we serve include people who have been disproportionately affected by the COVID-19 pandemic: low-income individuals, people of color, essential non-white-collar workers, noncitizens, and seniors. The U.S. Postal Service's delays have demonstrably hurt the communities we serve, which is especially pernicious given how vulnerable our clients already are due to the pandemic.

1

**I.       The Public Benefits Unit at Bronx Legal Services.**

4.      The PBU of BxLS is the largest single team of public benefits advocates in the State of New York with 22 advocates, including attorneys, paralegals, and Masters-level social workers. Our PBU works to obtain, retain, or increase a wide spectrum of vital public benefits administered by the New York City Department of Social Services ("DSS"), including the New York City Human Resources Administration ("HRA"), as well as the New York State Office of Temporary and Disability Assistance ("OTDA"), and other related city and state agencies.

5.      We have experienced an unprecedented demand for our assistance since the pandemic. From January 1, 2020, through August 30, 2020, our PBU opened 1,885 individual public benefits cases, helping over 4,500 Bronx residents. In just June, July, and August, we opened approximately 40% of the cases year-to-date. The average age of our clients is 46.7-years-old overall, while the average age of clients receiving assistance on health-related benefits issues is slightly over 60-years-old. Across our benefits cases, the average household income of our clients at intake is 97% of the federal poverty levels, and 94% of our clients identify themselves as something other than White (non-Latinx). While our demographics remain fairly consistent, our case numbers have skyrocketed due to COVID-19 and the thousands of people finding themselves in poverty.

6.      Our PBU provides representation, advocacy, advice, and assistance on a number of different public benefits, including Supplemental Nutrition Assistance Program ("SNAP") benefits,[1] formerly known as Food Stamps. SNAP is one of the primary nutrition assistance public benefits programs available to low-income residents of the Bronx. SNAP is a monthly

---

[1] *See* 7 U.S.C. § 2011 *et seq.*

2

benefit that is designed to cover a percentage of an eligible household's basic food budget. Many working families are eligible for SNAP benefits.

7. Our PBU also provides its services to support access to cash public assistance benefits, including those funded by federal TANF monies[2] and those funded by New York.[3] New York State operates two main cash assistance programs: Family Assistance, which is largely funded by federal TANF dollars, and Safety Net Assistance, which is funded by a combination of NYC and NYS revenue. Generally, TANF households must include a minor dependent child, but these two cash assistance programs are otherwise similar in program requirements, amounts of assistance, and kinds of help provided. In addition to a monthly welfare grant, "cash assistance" programs include a variety of different services: work programs, education activities, assessment/assistance with barriers to employment such as disabilities or illness, child care for working families, family and adult-only homeless shelters, and certain rent subsidies for NYC only that are designed to prevent eviction.

8. Recipients of cash assistance benefits and SNAP must use a card called an Electronic Benefits Transfer card, or "EBT" card,[4] to access the benefits. Recipients must obtain a PIN and a physical EBT card to use the cash benefits, whether at a grocery store or at an ATM to withdraw cash for school supplies, rent, and other necessities. Medicaid recipients usually must also have an EBT card to use their insurance at health providers, hospitals, and pharmacies, although they do not need a PIN to use the card. EBT card production is triggered when HRA or OTDA approve a household for a new benefit or approves the household for an emergency benefit, such as an immediate needs grant for a household pre-approval who have less than

---

[2] *See, e.g.,* N.Y. Soc. Serv. L. § 349.
[3] *See, e.g.,* N.Y. Soc. Serv. L. § 159.
[4] EBT cards are also known as "Common Benefits Identification Cards." Since late March due to COVID, OTDA and HRA no longer include photographs for new recipients.

$150/month in income. Typically, an OTDA vendor produces an EBT card within 48 hours of the approval. The vendor then sends the EBT card via first-class U.S. mail to the household. In some circumstances, HRA produces the EBT card and then mails it via first-class U.S. mail to the household.

9. During the COVID-19 pandemic, PBU has also assisted families in obtaining what are known as P-EBT benefits along with EBT benefits. In March 2020, the Families First Coronavirus Response Act authorized the payment of P-EBT food benefits to households with children who would have received free school lunches under the National School Lunch Act, if not for a school closure. Many families must have a new, special EBT card created and sent to them via U.S. mail to access the P-EBT benefits.

10. In addition to our direct legal services, which is the heart of our practice, we also maintain deep roots in the communities we serve by having clinics, conducting outreach, community trainings, town halls, and other events. In just these first 8 months of 2020, our PBU has conducted over 35 trainings, reaching over 1,400 people.

**II.   The U.S. Postal Service delays' harm to Public Benefits Unit clients.**

11. Our PBU and our clients rely on the U.S. Postal Service to ensure community members' access to benefits that secure food, shelter, and other basic necessities. Starting in July 2020, however, we have seen a spike in the number of PBU clients who have not been receiving mail on the date anticipated, if at all. Despite knowing that our own PBU, as well as HRA and OTDA, have mailed certain documents,[5] notices about benefit application determinations, fair

---

[5] As a law office and particularly as a civil legal services provider with limited revenue, BxLS and PBU rely heavily on the U.S. mail when communicating with clients. Many, if not most, of our clients do not have reliable access to e-mail or other electronic means of communication. Among other things, the documents PBU sends to our clients via U.S. mail include retainer agreements, certain compliance documents mandated by our funders that require signature, and

hearing rights, and EBT cards to our clients, our clients continue to report that they have not received these mailings.

12.     Most frequently, we have seen families fail to receive their EBT cards after qualifying for SNAP or TANF. In the past 45 days or so, OTDA has also begun to send out new EBT cards for many families who need them to access P-EBT benefits.

13.     Our clients have largely come to PBU through a public benefits clinic hotline launched in April 2020 to help families in need during the COVID-19 pandemic apply for SNAP and TANF for the first time. Since April, LSNYC's public benefits applications clinic has assisted approximately 1,200 households and our PBU has provided help to around 850 of these hotline callers, not including our other benefits intake and referrals that occur outside of the applications clinic. Of these households, we estimate that approximately 10 percent have not received their EBT cards over the past few months. In recent weeks, we have seen calls to our general intake line double due to clients' failures to receive EBT cards to access their P-EBT benefits. In fact, the demand has been so severe that we have just launched a specific P-EBT initiative to help clients obtain access to their benefits, and we created a "Know Your Rights" flyer in English and Spanish that largely centers around issues people have had in accessing their P-EBT benefits due to non-receipt of the EBT card.

14.     Without EBT cards, families and individuals have no access to public benefits. They risk severe food deprivation, overwhelming economic hardship, and adverse health

---

resource materials we have created that explain all the different evidence clients must gather to prove the elements necessary to have their benefits cases approved by HRA/OTDA. Around 25% of the clients to whom we have mailed compliance and retainer documents since April have reported that they never received documents in the U.S. mail.

outcomes. Clients can risk their health to physically go to one of the few open welfare centers[6] in NYC to get a temporary card, called a "VAULT card," to access benefits while they wait for a permanent card. Our clients who are desperate for assistance and unable to wait for delivery of an EBT card travel from the Bronx to the HRA office at 227 Schermerhorn Street, Brooklyn, NY 11201[7], to obtain an EBT card printed at this special center—a two-hour ride by public transit, one way—to access the only location in NYC that can print a full EBT card.

15. For weeks, the lines outside 227 Schermerhorn Street have been long, crowded, and slow. This has created a public health risk for PBU clients, especially those who are considered higher-risk for COVID-19 infection under the Centers for Disease Control guidelines. We have had clients over the age of 60 who are raising their grandchildren risk their lives to travel to 227 Schermerhorn so that their grandchildren can have enough food to eat. One of our clients who is living with HIV and has Type 2 diabetes told us that he went to 227 Schermerhorn because he hadn't received his EBT card in the mail and hadn't eaten in two days. He told us that he waited in line for over four hours, primarily in a non-socially distanced huddle of strangers waiting outside the center.

16. In efforts to ensure that PBU clients do not have to choose between food insecurity and their health, we have requested that EBT cards be re-issued to families. Due to continuing mail service disruptions, however, these efforts have not always been successful. Families and community members continue to risk their exposure to COVID-19 to obtain temporary EBT cards.

---

[6] Since late March 2020, HRA has closed 35 welfare and SNAP center locations in NYC. As a result, many people's usual welfare center is closed, causing widespread confusion and misinformation about where or how to receive assistance.

[7] This location is called a Common Benefit Identification Card ("CBIC") office, which is the only one of its kind in all of NYC.

17. PBU clients depend upon the reliable, safe delivery of U.S. mail. Our clients and our communities rely on the U.S. mail not only to receive their benefit cards, but also to receive vital notices about their public benefits applications as well as reductions or discontinuance of benefits. These notices include their Fair Hearing rights, allowing them an opportunity to file an appeal to challenge these denials, reductions, and cessation of benefits. When people do not file their Fair Hearing appeal within days of the *date* on the notice, they will not receive "aid to continue," which is when OTDA/HRA must continue any benefits already received until the appeal is decided.

18. Each day that someone fails to receive an EBT card in the mail is another day that grandparents, parents, children, and other individuals must go without SNAP, cash assistance, and P-EBT benefits. During August and September, OTDA will be sending out the final round of P-EBT cards to a group of people who do not already have EBT cards that they can use and must receive new EBT cards. These families have been waiting for months to receive this special, one-time benefit to replace the cost of school lunches from March through June, even as the new school year is now set to begin.

19. I urge you to protect the integrity of our U.S. Postal Service so that we can restore dignity to the countless low-income people who need reliable delivery of their mail as a matter of accessing subsistence benefits.

I declare under penalty of perjury the foregoing is true and correct.

Dated: September 1, 2020         Signed: _____
                                 John Paul "Jack" Newton (JP 1976)
                                 Director, Public Benefits Unit
                                 Bronx Legal Services
                                 349 E. 149th Street, 10th Floor
                                 Bronx, NY 10451
                                 jnewton@lsnyc.org
                                 (718) 928-3691