# Exhibit 19

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　　Defendants. | Case No.: 20 Civ. 2340<br><br>DECLARATION OF<br>TAJEL SHAH |

Pursuant to 28 U.S.C. § 1746(2), I, Tajel Shah, hereby declare as follows:

　　1.　　I am over the age of eighteen and have personal knowledge of all the facts stated herein.

　　2.　　I am Chief Assistant Treasurer of the Office of the Treasurer and Tax Collector ("the Treasurer's Office" or "the Office") for the City and County of San Francisco ("San Francisco" or "the City"). I have been employed by the Treasurer's Office since 2008 and have held my current position since July 2017. Previously, I was the Office's Finance and Information Officer. I have been in government service for most of my career.

　　3.　　The Treasurer serves as the banker, tax collector, collection agent, and investment officer for San Francisco. The Treasurer's Office is the primary entity that receives payments on behalf of San Francisco. These payments comprise the vast majority of San Francisco's budget and come in forms as varied as taxes, water bills, business fees, and parking citations. In addition to collecting money owed to the City, the Treasurer's Office is also charged with ensuring that it is invested for the benefit of San Francisco. The Treasurer's Office collects approximately $5.4

billion per year in revenue, manages approximately $12 billion in investments, and serves approximately 83,000 customers per year.

4. As the Chief Assistant Treasurer, I serve as the deputy to the elected Treasurer. I manage all of the Office's investments, banking, cashiering, budgeting, solutions management, information technology, and human resources. Given my responsibilities, I am familiar with all areas of the Office's operations.

5. The Treasurer's Office is heavily dependent on the United States Postal Service ("USPS") to support its operations. The reliability and timeliness of USPS's processing of mail both received and sent by the Treasurer's Office are critical for its mission.

6. The Treasurer's Office informs taxpayers of certain tax obligations by mail. Because the consequences for failing to pay taxes on time include significant penalties and interest, it is extremely important that bills sent by the Office are delivered in a timely fashion to taxpayers so that they are on notice regarding what they owe and have sufficient opportunity to pay on time. If tax notices are not timely received due to mail delays, that could lead to confusion or disagreement with the taxpayer about the amount owed, which would require time and resources from the Office to resolve. Furthermore, delayed notices lead to delayed payments, which deprive the City of funds needed for its operations, as well as money that could have grown by being invested.

7. Before the COVID-19 pandemic occurred, the Treasurer's Office already relied on USPS to send out approximately 1.7 million tax obligation notices last year. Since the pandemic, the Treasurer's Office has become even more reliant on USPS because the Office has had to increase its mailings leading up to significant tax deadlines to taxpayers with outstanding obligations to encourage them to make payments via mail or online because the Office is closed

for in-person operations. For example, a county tax that will soon be due will require that notices be sent to approximately 20,000 taxpayers that collectively owe approximately $200 million. The Treasurer's Office therefore depends on USPS to collect that amount to fund San Francisco's budget. Delayed receipt of notices of obligation may lead to late payments and associated penalties and fees which then requires collection action. Late receipt of this revenue and the need to spend or divert resources for collections undermine our mission to safeguard San Francisco's funds and to serve the City's residents.

8. Similarly, the Treasurer's Office depends on USPS to expeditiously transmit mail addressed to it, most of which are tax payments. By one measure, about one-third of tax payments made to the Office were sent via mail. And depending on the type of tax (e.g., business taxes vs. property taxes), mailed payments may comprise as much as half of those payments. The Treasurer's Office is obligated to immediately deposit payments remitted to it: nearly 99 percent of payments are deposited on the same day they are received. This is so that San Francisco can accrue interest on the overnight funds, which generates a significant amount of income for the City. In the 2019-2020 fiscal year, the City earned approximately $250 million in such interest. Even assuming a very conservative interest rate, San Francisco can realize a gain of $26 over 10 days for every $100,000 deposited. Thus, every day that a payment to our office is delayed by mail equates to money lost.

9. Notably, many of our business tax obligations total in the hundreds of thousands of dollars each, sometimes more. Delay in the receipt through mail of even a single business tax payment could therefore translate to huge investment losses for the Office and San Francisco.

10. I have been informed by employees in the Office about increasing instances of mail delays and problems at USPS. For example, the Office tracks mail that we sent and has been

returned to us, which are often due to incorrect addresses.  This is because we need to quickly determine the right addresses for taxpayers so that they know of their outstanding obligations.  In tracking such mail, the Office examines the postmarks on the mailings.  We have noticed that more mail returned to us is increasingly delayed, frequently by more than five days, thus hindering us from timely notifying taxpayers about what they owe and resulting in delayed payments.  We have had to divert more resources from other critical operations in the Office to examine postmarks to accurately determine return dates.

11. In addition, delayed notices to taxpayers could result in late tax payments, which incur penalties and interest, which in turn lead those taxpayers to protest the penalties and interest, which requires our office to devote additional staff hours and resources to process and adjudicate in the first instance.  If a taxpayer disagrees with the Office's resolution of the protest, the taxpayer can challenge the Office's determination in court, which would require further resources to defend the Office's decision.

12. I am aware of the proposed changes to USPS operations that will lead, or have led, to delays in the mail.  Such changes and the resulting delays are significantly concerning for me and the Treasurer's Office due to negative effects on the Office's operations, including the need to divert or expend additional resources to counteract the consequences of the delays.  For example, the Office has been sending out guidance to encourage taxpayers to submit their payments early to avoid incurring penalties and interest.  The Office is also planning to invest in enhancing means for payments to be made online, including informational and educational campaigns (such as instructional videos) to promote online payment.  Again, late mail will also require more staff hours to address taxpayer concerns, adjudicate waiver claims for late fees, and audit postmarks.

13. The additional or redirected expenditures to address mail delays could lead to even greater losses in another manner: because more time and money will be spent on auditing postmarks and adjudicating disputed late fees, that will lead to less resources being used to collect debt that is outstanding for non-mail-related reasons, resulting in even less tax revenue for San Francisco.

14. I am particularly concerned about an upcoming property tax collection period which begins in October 2020 and ends December 2020, a period which overlaps with the 2020 November election. For comparison, the amount collected last year during the same period amounted to approximately 15 percent of San Francisco's $12 billion budget; by one measure, over half of those payments were sent via mail. If the mail we receive is delayed due to USPS's changes, which may be further exacerbated by the election, the Office and San Francisco will incur significant losses due to the unrealized interest the Office could have otherwise obtained. Furthermore, staffing may have to increase to examine postmarks, address customer complaints, and evaluate tax waivers.

15. Mail remains the primary method by which the Treasurer's Office and taxpayers communicate with each other due to the stark divide between those who have digital access and those who do not. A significant proportion of people who rely on mail to receive information from the Office and pay their tax bills are people of color, low income, and/or elderly. These are people who especially cannot afford to have penalties and interest imposed on them following delays in the mail.

16. The Treasurer's Office has always prided itself on being extremely efficient, even relative to its private-sector analogs. Thus, it is unfortunate that disruptions in mail service will impede the Office's ability to serve its customers and San Francisco's residents.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 28th day of August, 2020.

                                                        /s/ Tajel Shah
                                                        Tajel Shah