# Exhibit 20

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>          Defendants. | CIVIL ACTION NO. 1:20-cv-02340<br><br>DECLARATION OF GLEN I. TAKAHASHI |

Pursuant to 28 U.S.C. § 1746(2), I, Glen I. Takahashi, hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of, or state upon information and belief, the facts stated herein.

2. I am the City Clerk for the City and County of Honolulu. I served as the Acting City Clerk from January 1, 2015 to June 3, 2015. I have since been serving as the City Clerk from June 4, 2015 to the present. The powers, duties, and functions of the City Clerk are described in Section 3-301.2 of the Revised Charter of the City and County of Honolulu 1973 (2017 Edition) as follows: (1) be the Clerk of the Council; (2) take charge of, safely keep and dispose of all books, papers and records which may properly be filed and keep in separate files all ordinances, resolutions and regulations and cumulative indices of the same, or exact copies thereof, enacted or adopted by the Council; (3) have custody of the City seal, which shall be used to authenticate all official papers and instruments requiring execution or certification by the City Clerk in the exercise of the office; (4) conduct all elections held within the City; and (5) perform such other functions as required by the Charter or law.

3. On July 1, 2019, Act 136 went into effect for the State of Hawaii. *See* 2019 Haw. Sess. Laws Act 136, §§ 2 & 63 at 475-79, 499 (codified at Haw. Rev. Stat. Chapter 11, Part

1

VIIA).  Act 136 adopted a system of virtually universal voting by mail for Hawaii, starting with the 2020 Primary Election.  Haw. Rev. Stat. § 11-101.  Pursuant to Act 136, county clerks are directed, to the extent possible, to mail ballot packages to all registered voters so that they will receive the ballot package approximately 18 days before an election.  *Id.* § 11-102.  Voters are then allowed to return a completed ballot in one of three ways:  (1) by mail so that it is received by the clerk by closing time on the date of the election; (2) by personal delivery at a designated place of deposit no later than 7:00 pm on the date of the election; and (3) by personal delivery to a voter service center no later than closing time on the date of the election.  *Id.* § 11-102.  Voters, particularly disabled voters, may also register and vote in person at voter service centers, which are open business 10 days before and through the date of the election.  *Id.* §§ 11-1, 11-15.2, 11-109.

      4.      Returning a ballot via the U.S. mail is by far the most popular method in the City and County of Honolulu, amounting to approximately 82% of the returns in the 2020 Primary Election for Honolulu.  Other methods include: 17% of ballots returned at City-sponsored places of deposit, and 1% cast in person.

      5.      Because Hawaii's election system is now almost entirely a vote by mail system (with a few exceptions), it is my belief as the City Clerk that any actions by the United States Postal Service ("USPS") that reduce the efficiency of or delay mail delivery will have a detrimental effect on Hawaii's election system.

      6.      The State Office of Elections previously recommended that voters mail in their ballots three to five days before the November 2020 general election.[1]  However, upon

---

[1] *See* State of Hawaii – Office of Elections, *Hawaii Votes by Mail*, https://elections.hawaii.gov/hawaii-votes-by-mail/ (last visited Aug. 18, 2020).

information and belief, in letters sent to 46 states, the U.S. Postal Service is now telling states to either have their voters mail in their ballots a week before the election, or pay First Class postage rates to ensure the delivery of ballots. *See* Compl. ¶ 80.

7. Furthermore, under Hawaii law, if someone does not receive a mail ballot five days before the election (or otherwise needs a replacement ballot within five days of the election), Act 136 authorizes voters to request that a replacement ballot be sent to them electronically. Haw. Rev. Stat. § 11-107. However, Hawaii law also expressly provides that those ballots, when completed, may be returned by mail (in addition to three other methods). *Id.* § 11-107(b)(2). Consequently, the new USPS recommendations, which are based on the new practices and procedures, are inconsistent with express provisions of Act 136, which allow voters to mail replacement ballots less than a week before the election.

8. Under Hawaii law, the chief election officer of the State Office of Elections supervises all state elections. Haw. Rev. Stat. § 11-2. However, for elections by mail involving both state and county offices, or involving both federal and county offices, the counties are responsible for the mailing and receipt of ballots. *Id.* § 11-110(b)(1)(A). Therefore, for the November 2020 general election, the county clerks are responsible for actually sending the mail ballots to the registered voters in their respective counties and for receiving them when they are returned.

9. As the City Clerk of Honolulu, I am concerned that changes to USPS practices and procedures threaten to delay mail delivery and harm Hawaii's election system, particularly in Honolulu.

10. The City and County of Honolulu is one of Hawaii's four counties.

11. The City and County of Honolulu has the largest population of Hawaii's four counties and therefore generates the largest volume of election mail.[2]

12. In the 2020 elections, the City and County of Honolulu has and will mail ballot packets at the Marketing Mail rate, but USPS's past practice had been to handle official election mail within the same time frame as First-Class Mail. If USPS changes this practice, as described above, delivery of mail ballot packets for Honolulu voters will likely be delayed, occur on a less predictable timetable, and occur over a greater range of days.

13. Because of the mail delays, Honolulu anticipates that it will have to reallocate more time and resources so as to inform the public of the need to mail in their ballots earlier than previously expected (a week before the election rather than 3-5 days). Although Honolulu had previously expected to conduct a media campaign, the focus was to be on generic voting matters. The delays in USPS mail delivery have forced Honolulu to re-evaluate and significantly alter its public information and messaging efforts to inform voters to mail in their ballots at least a week before the election. Therefore, approximately 75% ($30,000.00) out of the estimated $40,000.00 total media campaign budget will now have to be devoted to these efforts. I believe that these funds will come from an appropriation by the State. The Office of the City Clerk is already working on the publicity effort and anticipates that the actual paid advertising will occur during the thirty (30) days prior to the election.

14. Because of the increase in mail delays, Honolulu anticipates that it will obtain and install more places of deposit (i.e., drop boxes) to help ensure that residents of the City and

---

[2] *See* Department of Business, Economic Development & Tourism, *Census -- Annual Estimates of the Resident Population for Counties in Hawaii: April 1, 2010 to July 1, 2019*, https://census.hawaii.gov/wp-content/uploads/2020/03/co-est2019-annres-15.pdf (last visited Aug. 18, 2020).

County of Honolulu will have additional alternatives for returning their ballots that do not rely on the U.S. mail.  Honolulu is currently planning to deploy four (4) additional drop boxes.  Honolulu estimates that it will cost an additional $25,000.00 for these efforts.  I believe that these funds will be reimbursed by the State.  The Office of the City Clerk is already working on procuring the additional drop boxes and will have them installed close to when ballots are received by voters, approximately twenty (20) days prior to the election.

15. I believe that the recent changes to mail handling practices adopted by USPS have had and will have an adverse effect upon some voters who are not aware that delivery times have been recently impacted.

16. I believe that the new practices and procedures adopted by USPS threaten to undermine Hawaii's elections laws on voting by mail and harm Hawaii's sovereign, proprietary, and quasi-sovereign interests.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on this 31st day of August, 2020.

/s/ Glen I. Takahashi
Glen I. Takahashi