# Exhibit 21

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States* et al., <br><br> Defendants. | Case No.: 20 Civ. 2340 <br><br> SUPPLEMENTAL DECLARATION OF DAVID ADINARO |

Pursuant to 28 U.S.C. § 1746(2), I, David Adinaro, hereby declare as follows:

1.  I am the Deputy Commissioner for Public Health Services for the New Jersey Department of Health (DOH).

2.  I am over the age of eighteen and have compiled the information in the statements below through personal knowledge, through DOH staff who have assisted me in gathering this information, and on the basis of documents that have been provided to and/or reviewed by me.

3.  My educational background includes an M.D. from Rutgers-New Jersey Medical School in Newark, a residency in Emergency Medicine at Morristown Medical Center, and a Master of Arts in Education from Seton Hall University. I am also a graduate of Lehigh University's Healthcare Systems Engineering professional master's program.

4.  Before assuming my current role in June 2020, I served in DOH as Chief Medical Officer for two field stations for recovering COVID-19 patients: first for the 250-bed Secaucus Field Medical Station, and when care was shifted to the East Orange Alternate Care Site, I served as Chief Medical Officer for that facility. Previously, during my 17 years at St. Joseph's Medical

Center in Paterson, I held a variety of positions, including Chief of Emergency Medicine, Patient Safety Officer, Chief Medical Information Officer, and Vice President/Chief Medical Officer.

5. In my role as Deputy Commissioner, I oversee the Divisions of Epidemiology, Environmental and Occupational Health; Family Health Services; HIV, STD and TB Services; Medical Marijuana; Public Health Infrastructure, Laboratories and Emergency Preparedness; and the Offices of Local Public Health and Women's Health.

6. This declaration is intended to supplement my September 1, 2020 declaration, which, among other things, addressed the impact of mail delays on voting and on the community spread of COVID-19.

7. In my September 1, 2020 declaration, I stated that if New Jersey voters decide to vote in-person by provisional ballot because of concerns that the U.S. Postal Service will not process mailed ballots in a timely fashion, there will be in an increase in the number of individuals inside New Jersey polling places, which may lead to an increase in the community spread of COVID-19. Since the date of my declaration, New Jersey has experienced an increasing number of positive cases of COVID-19. For example, on September 1, 2020, there were 365 new cases of COVID-19 reported statewide. The most recent numbers available show 958 new cases reported on October 17, 2020, and 1,282 new cases on October 18, 2020. *See* New Jersey COVID-19 Information Hub, *available at* https://covid19.nj.gov/. As a result of this increase in the number of positive cases, community spread from in-person voting would be even more likely now, and would pose an increased risk for individuals who are more vulnerable to the disease due to other health conditions or other factors.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 19th day of October, 2020

David Adinaro, M.D., M. Eng., FACEP