# Exhibit 29

Robert Justin Glass
September 22, 2020

```
    IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - -
COMMONWEALTH OF PENNSYLVANIA,:
STATE OF CALIFORNIA, STATE   :
OF DELAWARE, DISTRICT OF     :
COLUMBIA, STATE OF MAINE,    : Docket No.:
COMMONWEALTH OF              : 2:20-cv-4096
MASSACHUSETTS, and STATE     :
OF NORTH CAROLINA,           :
               Plaintiffs,:
                             :
       -V-                   :
                             :
LOUIS DeJOY, in his official :
capacity as United States    :
Postmaster General; ROBERT M.:
DUNCAN, in his official      :
capacity as Chairman of the  :
Postal Service Board of      :
Governors; and the UNITED    :
STATES POSTAL SERVICE,       :
               Defendants.:
- - - - - - - - - - - - - - - - -
```

Tuesday, September 22, 2020

- - -

ORAL DEPOSITION of ROBERT JUSTIN GLASS, taken pursuant to Notice, held via videoconference from his home in Columbia, Maryland, commencing at 8:22 a.m., before ANITA B. KERRIGAN, Court Reporter - Notary Public.

STREHLOW & ASSOCIATES, INC.
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA  18940
(215) 504-4622
SERVING NJ, PA, NY & DE

```
 1    A P P E A R A N C E S:

 2    PLAINTIFF COUNSEL:

 3    OFFICE OF THE ATTORNEY GENERAL

 4    BY:   STEPHEN KOVATIS, Deputy Attorney General
            RYAN B. SMITH, Deputy Attorney General
 5          1600 Arch Street
            Suite 300
 6          Philadelphia, PA 19103
            (267) 374-2787
 7          skovatis@attorneygeneral.gov
            rbsmith@attorneygeneral.gov
 8

 9    DEFENSE COUNSEL:

10

11    UNITED STATES POSTAL SERVICE

12    BY:   MICHAEL D. WEAVER, ESQUIRE
            STEPHAN J. BOARDMAN, ESQUIRE
13          475 L'Enfant Plaza, NW
            Washington, D.C. 20260
14          (202) 640-8798
            michael.d.weaver@usps.gov
15          stephan.j.boardman@usps.gov

16

17    UNITED STATES DEPARTMENT OF JUSTICE

18    BY:   ALEXIS J. ECHOLS, ESQUIRE
            1100 L Street, NW
19          Room 11304
            Washington, D.C. 20005
20          (202) 305-8613
            Alexis.j.echols@usdoj.gov
21

22

23

24
```

Robert Justin Glass
September 22, 2020

Page 3

1              I N D E X

2

3  WITNESS                                         PAGE

4  ROBERT JUSTIN GLASS

5  (Witness sworn.)                                  5

6

7  EXAMINATION BY

8    Mr. Kovatis                                     6

9    Ms. Echols                                    136

10                  - - -

11

12            E X H I B I T S

13

14  NUMBER         DESCRIPTION                     PAGE

15

16  Glass-1   Notice of 30(b)(6) deposition         13

17  Glass-2   Declaration of Justin Glass           34

18  Glass-3   Letter dated 8/14/2020                96

19

20                  - - -

21

22

23

24

Robert Justin Glass
September 22, 2020

Page 107

1    Q      That paragraph begins, "All mail,
2    including ballots, is processed according to
3    the class of mail for which postage is paid.
4    Election Mail sent at the Marketing Mail rate
5    is not, and was never intended to be,
6    automatically upgraded to First-Class Mail
7    service."
8           Do you see that?
9    A      Yes.
10   Q      Is that true?
11   A      Yes.
12   Q      So Election Mail sent at Marketing
13   Mail rate is not, and was not intended to be,
14   automatically upgraded to First-Class Mail
15   service.
16   A      Yes.
17   Q      Is it true that all mail coming from a
18   voter is treated as First-Class Mail whether
19   it is mailed as First-Class Mail or not?
20   A      That question would be invalid
21   question -- an invalid question, in my
22   opinion.
23   Q      Why is that?
24   A      Because as we stated earlier, anything

Robert Justin Glass
September 22, 2020

Page 141

1    have.  Thank you, Mr. Glass.
2              THE WITNESS:  Thank you.
3              MR. KOVATIS:  Nothing further
4    for me.
5              MS. ECHOLS:  We'd ask that he
6    be able to read and sign.
7                   - - -
8              (Deposition concluded at 12:44
9    p.m.)
10                  - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 142

1

2        C E R T I F I C A T I O N

3

4        I hereby certify that the

5   proceedings and evidence noted are contained

6   fully and accurately in the stenographic

7   notes taken by me in the foregoing matter,

8   and that this is a correct transcript of the

9   same.

10

11

12

13        _____

14          Court Reporter - Notary Public

15

16

17

18

19

20        (The foregoing certification of

21   this transcript does not apply to any

22   reproduction of the same by any means, unless

23   under the direct control and/or supervision

24   of the certifying reporter.)

Robert Justin Glass
September 22, 2020

Page 143

```
 1
 2              WITNESS SIGNATURE PAGE
 3
 4      I, ROBERT JUSTIN GLASS, have read the
 5   foregoing transcript of my deposition given
 6   on Tuesday, September 22, 2020, and find it
 7   to be true, correct and complete to the best
 8   of my knowledge, recollection and belief,
 9   except for any corrections noted hereon
10   and/or list of corrections, if any, attached
11   on a separate sheet herewith.
12
13
14
15   DATED:            _____
16                     ROBERT JUSTIN GLASS
17
18
19
20
21
22
23
24
```