# Exhibit 30

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE DISTRICT OF COLUMBIA
 4    ------------------------------------------- x
      STATE OF NEW YORK, et. al.,
 5
                        Plaintiffs,
 6
              -against-
 7
      DONALD J. TRUMP, in his official capacity as
 8    President of the United States, et al.,
 9                      Defendants.
10    ------------------------------------------- x
11
12
13               October 16, 2020
                 9:02 a.m.
14
15
16
17
18        VIRTUAL ZOOM DEPOSITION of ROBERT
19    JUSTIN GLASS, taken pursuant to Notice, held
20    via Zoom before Fran Insley, a Notary Public of
21    the States of New York and New Jersey.
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3         BURGESS, BERG & ANDROPHY
 4              Attorneys for Plaintiffs in
                Richardson v Trump Case
 5
                120 West 45th Street, 38th Floor
 6              New York, New York 10036
 7         BY:  EMILY BURGESS, ESQ.
                Phone:  (646) 766-0080
 8              eburgess@bafirm.com
 9
10         NJ OFFICE OF THE ATTORNEY GENERAL
11              Attorneys for Defendants
12              P.O. BOX 112
                Trenton, New Jersey 08625-0112
13
           BY:  ESTELLE A. BRONSTEIN, ESQ.
14                   -and-
                MELISSA MEDOWAY, ESQ.
15              Phone:  (609) 292-4925
                estelle.bronstein@law.njoag.gov
16
17         STATE OF NEW YORK, OFFICE OF THE
           ATTORNEY GENERAL
18
19              28 Liberty Street
                New York, New York 10028
20
           BY:  ELENA GOLDSTEIN, ESQ.
21                   -and-
                MORENIKE FAJANA, ESQ.
22              Phone:  (212) 453-0786
                morenike.fajana@ag.ny.gov
23
24
25
```

```
 1
 2    APPEARANCES CONT'D:
 3         ATTORNEY COMMERCIAL AND APPELLATE
           LITIGATION
 4
                  Attorneys for United States
 5                Postal Service
 6                475 L'Enfant Plaza, SW
                  Washington, DC 20260
 7
          BY:     STEPHAN J. BOARDSMAN, ESQ.
 8                       -and-
                  MICHAEL WEAVER, ESQ.
 9                Phone:  (202) 268-8515
                  stephan.j.boardsman@usps.gov
10
11         COVINGTON & BURLING, LLP
12                Attorneys for Plaintiffs Vote
                  Forward v. DeJoy
13
                  The New York Times Building
14                620 Eighth Avenue
                  New York, New York 10018-1405
15
          BY:     SARAH SUWANDA, ESQ.
16                Phone:  (212) 841-1247
                  SSuwanda@cov.com
17
18         U.S. DEPARTMENT OF JUSTICE, CIVIL
           DIVISION
19
                  Attorneys for Defendants
20
                  1100 L Street NW
21                Washington, D.C. 20005
22        BY:     JOSEPH BORSON, ESQ.
                  Phone:  (202) 514-5108
23                joseph.borson@usdoj.gov
24
25
```

```
 1

 2                      I N D E X

 3   WITNESS            EXAMINATION BY           PAGE

 4   ROBERT JUSTIN GLASS    MS. MEDOWAY            5

 5                          MS. SUWANDA          164

 6

 7   -------------E X H I B I T S----------------

 8                   DESCRIPTION                 PAGE

 9   Exhibit 1   Letter dated 7/30/20             61

10   Exhibit 2   Letter dated 9/21/20             75

11   Exhibit 3   Memo dated 9/25/20               98

12   Exhibit 4   Supplemental Declaration        118

13   Exhibit 5   10/2020 memo                    126

14   Exhibit 6   Excel spreadsheet               152

15

16        (EXHIBITS RETAINED BY MS. MEDOWAY)
```

```
                                                      Page 5
 1                            Glass
 2      R O B E R T    J U S T I N    G L A S S, the
 3      Witness herein, having first been duly sworn by
 4      the Notary Public, was examined and testified
 5      as follows:
 6      EXAMINATION BY MS. MEDOWAY:
 7            Q.    Good morning, Mr. Glass.  We are now
 8      on the record in New York versus Trump
 9      1:20-cv-02340 in the District Court for the
10      District of Columbia.  The date is October 16
11      and it is now 9:02 a.m.
12                  Mr. Glass, could you begin by
13      stating your full name and your work address,
14      please?
15            A.    Yes, Robert Justin Glass.  I go by
16      Justin.  My work address is 475 L'Enfant Plaza
17      Southwest, Room 6913, Washington, D.C.
18            Q.    Great.  Well, good morning,
19      Mr. Glass.  My name is Melissa Medoway and I am
20      a Deputy Attorney General at the New Jersey
21      office of the Attorney General.  We also have
22      counsel -- there is another counsel from my
23      office on the line as well if she could
24      introduce herself?
25                  MS. BRONSTEIN:  Good morning.
```

Page 57

1                       Glass
2     ballots, the all clear certifications, are
3     there any other policies or practices that the
4     US Postal Service has taken to ensure that
5     election mail is moved quickly?
6          A.   I'm sorry, could you repeat that?
7     There was a couple of times where it kind of
8     glitched out a little bit.
9          Q.   Oh, no, sorry.  So you just
10    described a number of policies that United
11    States Postal Service has in place to move
12    election mail.  So the logging of the election
13    mail, the all clear certifications, the
14    postmarking or canceling of ballots, are there
15    other policies or practices that the United
16    States Postal Service had in place prior to
17    July 2020 to help move the election mail?
18         A.   The only thing I would add is one
19    more practice to that would be for any of our,
20    I'm trying to think of the best, long distance
21    surface transportation that we would have that
22    would be required to haul any election volume
23    or particularly ballots.
24              We identified ballots through the
25    use of green tag 191.  I guess when I say we,

Page 58

1                    Glass
2     election officials should utilize that.  We
3     recommend that they put that green tag 191 with
4     any ballots that they are entering.  We have
5     our practice in place that if we are going to
6     be bulking out, which means there is no more
7     space and I'm going to be leaving mail behind
8     for one of these long distance surface
9     transportation routes, that we put all, make
10    sure all green tag mail, any of those ballots
11    are placed onto those trucks.
12              So regardless of if I have to pull
13    something off at a higher class, we will not
14    leave ballots behind.  That is another practice
15    that was in place prior to July and one that we
16    still follow for any of that long distance
17    mail.
18         Q.   Thank you.  Does the United States
19    Postal Service expect an increase in election
20    mail for the November 3rd general election?
21         A.   Yes.
22         Q.   Why?
23         A.   Due to the Covid outbreak that we
24    have seen as a nation.  We have seen a dramatic
25    increase in the amount of election volume

1                       Glass
2    based on?
3          A.    To clarify, I had no -- I did not --
4    I was not involved in the drafting of this type
5    of letter which went to each state and the
6    District of Columbia, but the reference letter
7    of May 29th, I was involved in the drafting of
8    that letter.
9          Q.    The letter that is referenced in the
10   July 30th letter, is that what you are
11   referring to?
12         A.    Yes.
13         Q.    Did you review this letter prior to
14   it going out?
15         A.    I did not.
16         Q.    Do you know why this letter was
17   issued?
18         A.    Yes.
19         Q.    Why was it issued?
20         A.    This letter -- this letter and the
21   letters that accompany it, the additional
22   states that received it, it went through all 50
23   states and the District of Columbia because the
24   Postal Service was reviewing each state's
25   election related laws and that there were some

```
                                              Page 65
 1                        Glass
 2      incongruities as mentioned in the letter that
 3      did not really comport with our existing
 4      delivery standards and our experience through
 5      the primary season up until this point was that
 6      there was a significant amount of volume that
 7      was mailed extremely late going to voters that
 8      put their ability to participate in elections
 9      by mail at risk.
10           Q.    When you just described the existing
11      delivery schedules which may have impacted
12      their ability to participate in the election,
13      are you referring to the lower, the dip in
14      service scores in July 2020?
15           A.    No.
16           Q.    What are you referring to?
17           A.    That is the reference in this letter
18      to our delivery standards of first class mail,
19      two to five day delivery standard and marketing
20      mail delivered within three to ten days.
21           Q.    Now, based on your election mail
22      experience which dates back before this
23      election season, do you know whether similar
24      letters were issued to all 50 states and the
25      District of Columbia in the 2020 primary
```

Page 169

1                      Glass
2      Q.    Understood.  Thank you.
3            MS. SUWANDA:  That's all the
4      questions I have.
5            MS. MEDOWAY:  We don't have any
6      other questions.  Does counsel for
7      Mr. Glass have any questions?
8            MR. BORSON:  No.  Assuming there are
9      no further questions from the Plaintiffs,
10     there is no redirect from the Defendants.
11           MS. MEDOWAY:  We have nothing
12     further.
13           MR. BORSON:  We reserve the right to
14     read and sign.
15           MS. MEDOWAY:  Thank you, Mr. Glass
16     for all of your time today.  We appreciate
17     it.
18           THE WITNESS:  Thank you.
19           (Time noted:  3:28 p.m.)
20
21
22
23
24
25

Page 170

C E R T I F I C A T E

I, FRAN INSLEY, hereby certify that the Deposition of ROBERT JUSTIN GLASS was held before me on the 16th day of October, 2020; that said witness was duly sworn before the commencement of testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Deposition of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of October, 2020.

*[signature]*

FRAN INSLEY