# Exhibit 31

USPS FY20 Q2 - FY21 Q1 To-Date Service Performance For Market-Dominant Products

Nation - By Week

| Week | First-Class Mail | USPS Marketing Mail | Periodicals |
|---|---|---|---|
| 1/4/2020 | 91.76% | 91.21% | 85.70% |
| 1/11/2020 | 91.36% | 88.61% | 85.87% |
| 1/18/2020 | 93.01% | 89.86% | 87.71% |
| 1/25/2020 | 91.15% | 91.45% | 87.49% |
| 2/1/2020 | 90.71% | 90.57% | 87.54% |
| 2/8/2020 | 91.98% | 91.80% | 88.57% |
| 2/15/2020 | 93.88% | 92.24% | 89.40% |
| 2/22/2020 | 92.84% | 93.29% | 87.38% |
| 2/29/2020 | 93.16% | 92.41% | 86.54% |
| 3/7/2020 | 92.40% | 92.21% | 86.77% |
| 3/14/2020 | 92.11% | 91.32% | 86.08% |
| 3/21/2020 | 92.84% | 92.48% | 85.57% |
| 3/28/2020 | 92.54% | 93.69% | 85.09% |
| 4/1/2020 | 92.82% | 90.08% | 85.68% |
| 4/4/2020 | 91.55% | 90.54% | 83.16% |
| 4/11/2020 | 89.62% | 89.39% | 77.21% |
| 4/18/2020 | 91.24% | 89.10% | 78.86% |
| 4/25/2020 | 90.28% | 87.83% | 74.97% |
| 5/2/2020 | 89.99% | 86.81% | 73.76% |
| 5/9/2020 | 89.52% | 87.39% | 68.94% |
| 5/16/2020 | 91.19% | 89.52% | 71.72% |
| 5/23/2020 | 92.30% | 89.52% | 76.49% |
| 5/30/2020 | 90.39% | 91.07% | 78.77% |
| 6/6/2020 | 90.69% | 89.70% | 76.53% |
| 6/13/2020 | 91.74% | 90.84% | 78.71% |
| 6/20/2020 | 90.86% | 90.69% | 79.10% |
| 6/27/2020 | 90.70% | 92.34% | 81.00% |
| 7/1/2020 | 91.82% | 89.87% | 81.04% |
| 7/4/2020 | 90.56% | 87.55% | 77.13% |
| 7/11/2020 | 85.26% | 82.94% | 73.16% |
| 7/18/2020 | 82.22% | 79.76% | 71.62% |
| 7/25/2020 | 83.64% | 82.19% | 69.47% |
| 8/1/2020 | 82.82% | 81.58% | 68.95% |
| 8/8/2020 | 81.47% | 82.27% | 69.04% |
| 8/15/2020 | 85.19% | 86.28% | 73.15% |
| 8/22/2020 | 87.76% | 89.54% | 75.57% |
| 8/29/2020 | 88.04% | 89.56% | 78.24% |
| 9/5/2020 | 88.74% | 87.90% | 80.32% |
| 9/12/2020 | 86.75% | 86.90% | 77.04% |
| 9/19/2020 | 84.23% | 88.68% | 79.72% |
| 9/26/2020 | 85.97% | 89.82% | 78.30% |
| 10/3/2020 | 86.15% | 89.17% | 78.54% |

Please note that scores provided for each week in a quarter may not exactly match the official scores filed with the Postal Regulatory Commission (PRC) at the end of the quarter.

1