# Exhibit 32

## Number of Postal Late Trips: 3/1/2020 to 10/11/2020

| Date | No. of Late Trips | Average %Load |
|---|---|---|
| 3/1/2020 | 1541 | 56% |
| 3/2/2020 | 2972 | 40% |
| 3/3/2020 | 3665 | 49% |
| 3/4/2020 | 3538 | 50% |
| 3/5/2020 | 3284 | 44% |
| 3/6/2020 | 3862 | 50% |
| 3/7/2020 | 2929 | 43% |
| 3/8/2020 | 1750 | 56% |
| 3/9/2020 | 3045 | 45% |
| 3/10/2020 | 3800 | 44% |
| 3/11/2020 | 3450 | 48% |
| 3/12/2020 | 3360 | 38% |
| 3/13/2020 | 4245 | 47% |
| 3/14/2020 | 2224 | 35% |
| 3/15/2020 | 1737 | 44% |
| 3/16/2020 | 3174 | 41% |
| 3/17/2020 | 3586 | 49% |
| 3/18/2020 | 3527 | 46% |
| 3/19/2020 | 3140 | 35% |
| 3/20/2020 | 3786 | 46% |
| 3/21/2020 | 2038 | 41% |
| 3/22/2020 | 1632 | 55% |
| 3/23/2020 | 2883 | 44% |
| 3/24/2020 | 3468 | 44% |
| 3/25/2020 | 3201 | 47% |
| 3/26/2020 | 3050 | 48% |
| 3/27/2020 | 3527 | 49% |
| 3/28/2020 | 1953 | 39% |
| 3/29/2020 | 1463 | 53% |
| 3/30/2020 | 3203 | 41% |
| 3/31/2020 | 4617 | 41% |
| 4/1/2020 | 4003 | 47% |
| 4/2/2020 | 3773 | 51% |
| 4/3/2020 | 4176 | 53% |
| 4/4/2020 | 2206 | 44% |
| 4/5/2020 | 1883 | 53% |
| 4/6/2020 | 3943 | 46% |
| 4/7/2020 | 4582 | 45% |
| 4/8/2020 | 4785 | 50% |
| 4/9/2020 | 4517 | 44% |
| 4/10/2020 | 4947 | 47% |
| 4/11/2020 | 2489 | 40% |
| 4/12/2020 | 2267 | 59% |
| 4/13/2020 | 3684 | 44% |
| 4/14/2020 | 4336 | 50% |

| Date | No. of Late Trips | Average %Load |
|---|---:|---:|
| 4/15/2020 | 4507 | 50% |
| 4/16/2020 | 4348 | 51% |
| 4/17/2020 | 4904 | 41% |
| 4/18/2020 | 2773 | 39% |
| 4/19/2020 | 2498 | 63% |
| 4/20/2020 | 4447 | 45% |
| 4/21/2020 | 5305 | 50% |
| 4/22/2020 | 5256 | 52% |
| 4/23/2020 | 5208 | 52% |
| 4/24/2020 | 5646 | 49% |
| 4/25/2020 | 3092 | 42% |
| 4/26/2020 | 3081 | 58% |
| 4/27/2020 | 4678 | 48% |
| 4/28/2020 | 5583 | 50% |
| 4/29/2020 | 5874 | 52% |
| 4/30/2020 | 5490 | 54% |
| 5/1/2020 | 6099 | 51% |
| 5/2/2020 | 3225 | 46% |
| 5/3/2020 | 3308 | 63% |
| 5/4/2020 | 4982 | 43% |
| 5/5/2020 | 5882 | 49% |
| 5/6/2020 | 6344 | 53% |
| 5/7/2020 | 6307 | 48% |
| 5/8/2020 | 6413 | 51% |
| 5/9/2020 | 3694 | 47% |
| 5/10/2020 | 3505 | 58% |
| 5/11/2020 | 4785 | 44% |
| 5/12/2020 | 5362 | 49% |
| 5/13/2020 | 5433 | 52% |
| 5/14/2020 | 5471 | 53% |
| 5/15/2020 | 5634 | 43% |
| 5/16/2020 | 3226 | 42% |
| 5/17/2020 | 2918 | 61% |
| 5/18/2020 | 4265 | 49% |
| 5/19/2020 | 5146 | 49% |
| 5/20/2020 | 5133 | 50% |
| 5/21/2020 | 5147 | 48% |
| 5/22/2020 | 5688 | 48% |
| 5/23/2020 | 3144 | 42% |
| 5/24/2020 | 1325 | 54% |
| 5/25/2020 | 1852 | 61% |
| 5/26/2020 | 4627 | 41% |
| 5/27/2020 | 5775 | 50% |
| 5/28/2020 | 5952 | 53% |
| 5/29/2020 | 6060 | 33% |
| 5/30/2020 | 3472 | 37% |

| Date | No. of Late Trips | Average %Load |
|---|---:|---:|
| 5/31/2020 | 3613 | 57% |
| 6/1/2020 | 4981 | 49% |
| 6/2/2020 | 5422 | 51% |
| 6/3/2020 | 5156 | 52% |
| 6/4/2020 | 5030 | 52% |
| 6/5/2020 | 5639 | 48% |
| 6/6/2020 | 3210 | 42% |
| 6/7/2020 | 2920 | 61% |
| 6/8/2020 | 4365 | 49% |
| 6/9/2020 | 5293 | 49% |
| 6/10/2020 | 4862 | 49% |
| 6/11/2020 | 4587 | 49% |
| 6/12/2020 | 5160 | 52% |
| 6/13/2020 | 2976 | 46% |
| 6/14/2020 | 2667 | 62% |
| 6/15/2020 | 4087 | 49% |
| 6/16/2020 | 4690 | 46% |
| 6/17/2020 | 4816 | 48% |
| 6/18/2020 | 4719 | 48% |
| 6/19/2020 | 5313 | 52% |
| 6/20/2020 | 3180 | 44% |
| 6/21/2020 | 2762 | 58% |
| 6/22/2020 | 4285 | 48% |
| 6/23/2020 | 4599 | 50% |
| 6/24/2020 | 4615 | 33% |
| 6/25/2020 | 4603 | 46% |
| 6/26/2020 | 5126 | 52% |
| 6/27/2020 | 3029 | 44% |
| 6/28/2020 | 2642 | 60% |
| 6/29/2020 | 3931 | 42% |
| 6/30/2020 | 4791 | 46% |
| 7/1/2020 | 4889 | 49% |
| 7/2/2020 | 5002 | 47% |
| 7/3/2020 | 3527 | 43% |
| 7/4/2020 | 1111 | 46% |
| 7/5/2020 | 3011 | 56% |
| 7/6/2020 | 4940 | 47% |
| 7/7/2020 | 5363 | 47% |
| 7/8/2020 | 5166 | 48% |
| 7/9/2020 | 4858 | 48% |
| 7/10/2020 | 4824 | 48% |
| 7/11/2020 | 2553 | 42% |
| 7/12/2020 | 1403 | 49% |
| 7/13/2020 | 2348 | 35% |
| 7/14/2020 | 2240 | 41% |
| 7/15/2020 | 2020 | 43% |

| Date | No. of Late Trips | Average %Load |
|---|---:|---:|
| 7/16/2020 | 1746 | 40% |
| 7/17/2020 | 1847 | 39% |
| 7/18/2020 | 1259 | 37% |
| 7/19/2020 | 851 | 55% |
| 7/20/2020 | 1485 | 42% |
| 7/21/2020 | 1594 | 39% |
| 7/22/2020 | 1429 | 39% |
| 7/23/2020 | 1350 | 40% |
| 7/24/2020 | 1393 | 36% |
| 7/25/2020 | 1070 | 38% |
| 7/26/2020 | 761 | 58% |
| 7/27/2020 | 1235 | 42% |
| 7/28/2020 | 1217 | 39% |
| 7/29/2020 | 1248 | 43% |
| 7/30/2020 | 1131 | 42% |
| 7/31/2020 | 1269 | 36% |
| 8/1/2020 | 977 | 38% |
| 8/2/2020 | 661 | 51% |
| 8/3/2020 | 1043 | 46% |
| 8/4/2020 | 1203 | 40% |
| 8/5/2020 | 1181 | 38% |
| 8/6/2020 | 1061 | 45% |
| 8/7/2020 | 1047 | 45% |
| 8/8/2020 | 786 | 44% |
| 8/9/2020 | 627 | 47% |
| 8/10/2020 | 937 | 42% |
| 8/11/2020 | 1061 | 44% |
| 8/12/2020 | 914 | 46% |
| 8/13/2020 | 959 | 44% |
| 8/14/2020 | 1097 | 44% |
| 8/15/2020 | 802 | 43% |
| 8/16/2020 | 599 | 52% |
| 8/17/2020 | 974 | 44% |
| 8/18/2020 | 1017 | 45% |
| 8/19/2020 | 1059 | 45% |
| 8/20/2020 | 1069 | 48% |
| 8/21/2020 | 1122 | 42% |
| 8/22/2020 | 829 | 40% |
| 8/23/2020 | 634 | 53% |
| 8/24/2020 | 1003 | 41% |
| 8/25/2020 | 973 | 41% |
| 8/26/2020 | 1013 | 43% |
| 8/27/2020 | 968 | 46% |
| 8/28/2020 | 1187 | 42% |
| 8/29/2020 | 794 | 39% |
| 8/30/2020 | 636 | 49% |

| Date | No. of Late Trips | Average %Load |
|---|---:|---:|
| 8/31/2020 | 899 | 44% |
| 9/1/2020 | 1031 | 45% |
| 9/2/2020 | 1039 | 48% |
| 9/3/2020 | 978 | 48% |
| 9/4/2020 | 1170 | 43% |
| 9/5/2020 | 807 | 43% |
| 9/6/2020 | 475 | 54% |
| 9/7/2020 | 569 | 47% |
| 9/8/2020 | 1037 | 44% |
| 9/9/2020 | 1184 | 51% |
| 9/10/2020 | 1459 | 50% |
| 9/11/2020 | 1511 | 56% |
| 9/12/2020 | 879 | 49% |
| 9/13/2020 | 958 | 60% |
| 9/14/2020 | 1374 | 50% |
| 9/15/2020 | 1593 | 50% |
| 9/16/2020 | 1543 | 52% |
| 9/17/2020 | 1419 | 51% |
| 9/18/2020 | 1718 | 51% |
| 9/19/2020 | 1099 | 46% |
| 9/20/2020 | 951 | 59% |
| 9/21/2020 | 1232 | 50% |
| 9/22/2020 | 1340 | 50% |
| 9/23/2020 | 1321 | 54% |
| 9/24/2020 | 1457 | 52% |
| 9/25/2020 | 1634 | 50% |
| 9/26/2020 | 975 | 49% |
| 9/27/2020 | 969 | 57% |
| 9/28/2020 | 1303 | 47% |
| 9/29/2020 | 1361 | 51% |
| 9/30/2020 | 1501 | 54% |
| 10/1/2020 | 1456 | 55% |
| 10/2/2020 | 1659 | 53% |
| 10/3/2020 | 987 | 48% |
| 10/4/2020 | 1029 | 60% |
| 10/5/2020 | 1556 | 49% |
| 10/6/2020 | 1764 | 53% |
| 10/7/2020 | 1701 | 55% |
| 10/8/2020 | 1720 | 53% |
| 10/9/2020 | 2455 | 55% |
| 10/10/2020 | 1319 | 47% |
| 10/11/2020 | 714 | 54% |