# Exhibit 33

## Number of Extra Trips: 3/1/2020 to 10/11/2020

| Date | No. of Extra Trips | Average %Load |
|---|---|---|
| 3/1/2020 | 1220 | 59% |
| 3/2/2020 | 1657 | 47% |
| 3/3/2020 | 1734 | 48% |
| 3/4/2020 | 1832 | 52% |
| 3/5/2020 | 1578 | 51% |
| 3/6/2020 | 1624 | 49% |
| 3/7/2020 | 1450 | 51% |
| 3/8/2020 | 1261 | 58% |
| 3/9/2020 | 1598 | 50% |
| 3/10/2020 | 1513 | 49% |
| 3/11/2020 | 1674 | 47% |
| 3/12/2020 | 1436 | 45% |
| 3/13/2020 | 1593 | 47% |
| 3/14/2020 | 1312 | 45% |
| 3/15/2020 | 1199 | 46% |
| 3/16/2020 | 1679 | 45% |
| 3/17/2020 | 1598 | 52% |
| 3/18/2020 | 1681 | 51% |
| 3/19/2020 | 1506 | 45% |
| 3/20/2020 | 1579 | 46% |
| 3/21/2020 | 1224 | 53% |
| 3/22/2020 | 1028 | 57% |
| 3/23/2020 | 1596 | 48% |
| 3/24/2020 | 1625 | 48% |
| 3/25/2020 | 1686 | 50% |
| 3/26/2020 | 1538 | 49% |
| 3/27/2020 | 1514 | 49% |
| 3/28/2020 | 1313 | 50% |
| 3/29/2020 | 1214 | 57% |
| 3/30/2020 | 1608 | 48% |
| 3/31/2020 | 1521 | 46% |
| 4/1/2020 | 1875 | 48% |
| 4/2/2020 | 1725 | 50% |
| 4/3/2020 | 1827 | 52% |
| 4/4/2020 | 1618 | 53% |
| 4/5/2020 | 1294 | 55% |
| 4/6/2020 | 1906 | 51% |
| 4/7/2020 | 1950 | 51% |
| 4/8/2020 | 2255 | 50% |
| 4/9/2020 | 2246 | 51% |
| 4/10/2020 | 2139 | 47% |
| 4/11/2020 | 1825 | 52% |
| 4/12/2020 | 1285 | 58% |
| 4/13/2020 | 1938 | 47% |
| 4/14/2020 | 1778 | 51% |

| Date | No. of Extra Trips | Average %Load |
|---|---|---|
| 4/15/2020 | 2114 | 52% |
| 4/16/2020 | 2074 | 50% |
| 4/17/2020 | 2114 | 47% |
| 4/18/2020 | 1888 | 46% |
| 4/19/2020 | 1512 | 60% |
| 4/20/2020 | 2145 | 51% |
| 4/21/2020 | 2092 | 50% |
| 4/22/2020 | 2270 | 54% |
| 4/23/2020 | 2436 | 53% |
| 4/24/2020 | 2359 | 52% |
| 4/25/2020 | 2205 | 51% |
| 4/26/2020 | 1621 | 59% |
| 4/27/2020 | 2459 | 50% |
| 4/28/2020 | 2330 | 52% |
| 4/29/2020 | 2527 | 55% |
| 4/30/2020 | 2453 | 56% |
| 5/1/2020 | 2563 | 53% |
| 5/2/2020 | 2243 | 53% |
| 5/3/2020 | 1948 | 57% |
| 5/4/2020 | 2637 | 51% |
| 5/5/2020 | 2444 | 48% |
| 5/6/2020 | 2773 | 54% |
| 5/7/2020 | 2931 | 51% |
| 5/8/2020 | 2858 | 48% |
| 5/9/2020 | 2352 | 57% |
| 5/10/2020 | 1890 | 58% |
| 5/11/2020 | 2719 | 48% |
| 5/12/2020 | 2417 | 49% |
| 5/13/2020 | 2693 | 55% |
| 5/14/2020 | 2752 | 55% |
| 5/15/2020 | 2677 | 49% |
| 5/16/2020 | 2326 | 51% |
| 5/17/2020 | 2031 | 62% |
| 5/18/2020 | 2474 | 50% |
| 5/19/2020 | 2419 | 52% |
| 5/20/2020 | 2504 | 53% |
| 5/21/2020 | 2507 | 54% |
| 5/22/2020 | 2493 | 50% |
| 5/23/2020 | 2130 | 48% |
| 5/24/2020 | 3181 | 62% |
| 5/25/2020 | 3267 | 58% |
| 5/26/2020 | 2866 | 51% |
| 5/27/2020 | 2498 | 48% |
| 5/28/2020 | 2657 | 56% |
| 5/29/2020 | 2730 | 48% |
| 5/30/2020 | 2371 | 45% |

| Date | No. of Extra Trips | Average %Load |
|---|---|---|
| 5/31/2020 | 2003 | 58% |
| 6/1/2020 | 2682 | 52% |
| 6/2/2020 | 2361 | 53% |
| 6/3/2020 | 2535 | 55% |
| 6/4/2020 | 2473 | 56% |
| 6/5/2020 | 2589 | 52% |
| 6/6/2020 | 2202 | 53% |
| 6/7/2020 | 1939 | 60% |
| 6/8/2020 | 2514 | 53% |
| 6/9/2020 | 2367 | 51% |
| 6/10/2020 | 2427 | 51% |
| 6/11/2020 | 2338 | 52% |
| 6/12/2020 | 2466 | 52% |
| 6/13/2020 | 2116 | 56% |
| 6/14/2020 | 1873 | 61% |
| 6/15/2020 | 2392 | 52% |
| 6/16/2020 | 2171 | 50% |
| 6/17/2020 | 2356 | 50% |
| 6/18/2020 | 2360 | 54% |
| 6/19/2020 | 2327 | 52% |
| 6/20/2020 | 2118 | 57% |
| 6/21/2020 | 1685 | 59% |
| 6/22/2020 | 2382 | 52% |
| 6/23/2020 | 2068 | 53% |
| 6/24/2020 | 2286 | 48% |
| 6/25/2020 | 2338 | 42% |
| 6/26/2020 | 2244 | 51% |
| 6/27/2020 | 2095 | 53% |
| 6/28/2020 | 1787 | 56% |
| 6/29/2020 | 2229 | 50% |
| 6/30/2020 | 2135 | 52% |
| 7/1/2020 | 2258 | 54% |
| 7/2/2020 | 2249 | 53% |
| 7/3/2020 | 3725 | 54% |
| 7/4/2020 | 2512 | 53% |
| 7/5/2020 | 2152 | 51% |
| 7/6/2020 | 2494 | 52% |
| 7/7/2020 | 2258 | 52% |
| 7/8/2020 | 2290 | 53% |
| 7/9/2020 | 2161 | 55% |
| 7/10/2020 | 1983 | 52% |
| 7/11/2020 | 1637 | 54% |
| 7/12/2020 | 1359 | 58% |
| 7/13/2020 | 1202 | 50% |
| 7/14/2020 | 1100 | 54% |
| 7/15/2020 | 902 | 58% |

| Date | No. of Extra Trips | Average %Load |
|---|---|---|
| 7/16/2020 | 914 | 55% |
| 7/17/2020 | 786 | 51% |
| 7/18/2020 | 659 | 52% |
| 7/19/2020 | 680 | 62% |
| 7/20/2020 | 689 | 59% |
| 7/21/2020 | 690 | 53% |
| 7/22/2020 | 592 | 58% |
| 7/23/2020 | 642 | 58% |
| 7/24/2020 | 626 | 51% |
| 7/25/2020 | 562 | 56% |
| 7/26/2020 | 529 | 63% |
| 7/27/2020 | 562 | 57% |
| 7/28/2020 | 563 | 55% |
| 7/29/2020 | 578 | 54% |
| 7/30/2020 | 560 | 56% |
| 7/31/2020 | 572 | 50% |
| 8/1/2020 | 454 | 51% |
| 8/2/2020 | 469 | 65% |
| 8/3/2020 | 586 | 62% |
| 8/4/2020 | 612 | 60% |
| 8/5/2020 | 635 | 57% |
| 8/6/2020 | 556 | 60% |
| 8/7/2020 | 606 | 59% |
| 8/8/2020 | 462 | 59% |
| 8/9/2020 | 470 | 60% |
| 8/10/2020 | 543 | 57% |
| 8/11/2020 | 562 | 62% |
| 8/12/2020 | 558 | 60% |
| 8/13/2020 | 549 | 61% |
| 8/14/2020 | 563 | 59% |
| 8/15/2020 | 459 | 56% |
| 8/16/2020 | 467 | 64% |
| 8/17/2020 | 581 | 58% |
| 8/18/2020 | 527 | 59% |
| 8/19/2020 | 535 | 57% |
| 8/20/2020 | 578 | 63% |
| 8/21/2020 | 593 | 58% |
| 8/22/2020 | 485 | 50% |
| 8/23/2020 | 534 | 62% |
| 8/24/2020 | 614 | 55% |
| 8/25/2020 | 584 | 60% |
| 8/26/2020 | 562 | 56% |
| 8/27/2020 | 564 | 59% |
| 8/28/2020 | 567 | 58% |
| 8/29/2020 | 407 | 51% |
| 8/30/2020 | 507 | 57% |

| Date | No. of Extra Trips | Average %Load |
|---|---|---|
| 8/31/2020 | 544 | 54% |
| 9/1/2020 | 544 | 59% |
| 9/2/2020 | 519 | 61% |
| 9/3/2020 | 521 | 59% |
| 9/4/2020 | 542 | 55% |
| 9/5/2020 | 512 | 54% |
| 9/6/2020 | 1372 | 71% |
| 9/7/2020 | 1258 | 58% |
| 9/8/2020 | 874 | 56% |
| 9/9/2020 | 609 | 64% |
| 9/10/2020 | 629 | 56% |
| 9/11/2020 | 586 | 55% |
| 9/12/2020 | 497 | 57% |
| 9/13/2020 | 578 | 67% |
| 9/14/2020 | 784 | 55% |
| 9/15/2020 | 687 | 57% |
| 9/16/2020 | 637 | 58% |
| 9/17/2020 | 636 | 61% |
| 9/18/2020 | 715 | 57% |
| 9/19/2020 | 605 | 61% |
| 9/20/2020 | 653 | 66% |
| 9/21/2020 | 704 | 60% |
| 9/22/2020 | 612 | 56% |
| 9/23/2020 | 579 | 61% |
| 9/24/2020 | 609 | 59% |
| 9/25/2020 | 604 | 54% |
| 9/26/2020 | 510 | 58% |
| 9/27/2020 | 522 | 66% |
| 9/28/2020 | 607 | 57% |
| 9/29/2020 | 599 | 56% |
| 9/30/2020 | 577 | 61% |
| 10/1/2020 | 565 | 56% |
| 10/2/2020 | 590 | 55% |
| 10/3/2020 | 509 | 61% |
| 10/4/2020 | 558 | 63% |
| 10/5/2020 | 734 | 57% |
| 10/6/2020 | 620 | 57% |
| 10/7/2020 | 621 | 57% |
| 10/8/2020 | 685 | 56% |
| 10/9/2020 | 694 | 55% |
| 10/10/2020 | 731 | 54% |
| 10/11/2020 | 1700 | 70% |