# Exhibit 35



August 13, 2020

# PACIFIC AREA
# VIRTUAL MEETING

AREAS INSPIRING MAIL

1

 PACIFIC

# OPENING REMARKS



**John Millet**
Industry Co-Chair



**Dave Rich**
Industry Co-Chair



**Bridgett Carroll**
Postal Co-Chair

AREAS INSPIRING MAIL

 PACIFIC

**Is this your first AIM meeting?**

**If you would like information for future AIM meetings in your Area please send an email with your contact information to** AIM@usps.gov





| | |
|---|---|
| **Welcome and Opening Remarks** | **Bridgett Carroll, Postal Co-Chair, Pacific Area Marketing Manager, USPS**<br>**John Millet, Industry Co-Chair, Vice President Sales & Client Relations, Mailing Systems, Inc.**<br>**Dave Rich, Industry Co-Chair, Vice President, Mail Services, Norco Delivery Services** |
| **Key Note Address** | **Joseph Corbett, Chief Financial Officer and Executive Vice President, USPS** |
| **Remarks** | **Larry Munoz, Vice President, Regional Processing Operations, Western Region, USPS** |
| **ZIP Talk:  Getting Back To Basics**<br>**Taking It To The Streets** | **Wing Lam, Co-Founder and Partner, Wahoo's Fish Tacos**<br>**Eric Morley, Co-Founder and Chief Operations Officer, Blue C Advertising** |
| **Mailer's Technical Advisors Committee (MTAC)**<br>**Update** | **Bob Schimek, Quad Director of Postal Affairs** |
| **Political Mail Update** | **Donald Nichols, Lead, Political and Mailing Services, USPS** |
| **Featured Industry:  Where's My Ballot?**<br>**California Ballot Tracking Project** | **Cameron Bradley, Product Manager & Steve Wolffis, Vice President, BallotTrax** |
| **Sacramento Postal Customer Council (PCC)** | **Robert Garza, Sacramento PCC Postal Co-Chair, Sacramento Plant Manager, USPS**<br>**John Millet, AIM Industry Co-Chair, Sacramento PCC Industry Co-Chair** |
| **PCC and National Postal Forum** | **Lindsey Taylor, Manager, Customer Outreach, USPS** |
| **Q &As and Closing** | **Bridgett Carroll, Postal Co-Chair, Pacific Area Marketing Manager, USPS** |
| **Virtual Tour**<br>**Anaheim Processing & Distribution Center** | |

**AREAS INSPIRING MAIL**

4





# KEYNOTE ADDRESS —

## Joseph Corbett
### Chief Financial Officer and Executive Vice President
### USPS



# Quarterly and June 30, 2020, Year-to-Date Financial Information

August 11, 2020



# Financial Results

| Quarter 3 (3 Months) (Billions) | FY 2020 | FY 2019 |
|---|---|---|
| **Total Revenue** [1] | $  17.6 | $  17.1 |
| **Controllable Expenses** [1,2] | 19.2 | 18.2 |
| **Controllable Income (Loss)** [1,2] | **(1.6)** | **(1.1)** |
| **RHB Normal Cost Actuarial Revaluation** [3] | 0.1 | 0.2 |
| **RHB Unfunded Liability Amortization** [3] | (0.1) | - |
| **Workers' Comp. Fair Value Adj. and Other Non-Cash Adj.** | 0.1 | (0.7) |
| **FERS Unfunded Liability Amortization** [3] | (0.3) | (0.2) |
| **CSRS Unfunded Liability Amortization** [3] | (0.4) | (0.4) |
| **Net Income (Loss)** [1] | $  **(2.2)** | $  **(2.2)** |

1 - Quarter 3, FY2020, has the same number of delivery and retail days as compared to Quarter 3, FY2019.
2 - Before Retiree Health Benefits (RHB), Federal Employee Retirement System (FERS), and Civil Service Retirement System (CSRS) unfunded liability amortizations, and non-cash adjustments to workers' compensation liabilities.
3 - This represents the OPM amortization expense related to the FERS, CSRS, and Postal Service RHB Fund liabilities.  These were based on OPM's latest updates.

August 11, 2020

7



**Financial Results**

| Quarter 3 (3 Months) | FY | | FY | |
|---|---|---|---|---|
| (Billions) | 2020 | | 2019 | |
| Total Revenue [1] | $ | 17.6 | $ | 17.1 |
| Controllable Expenses [1,2] | | 19.2 | | 18.2 |
| Controllable Income (Loss) [1,2] | | **(1.6)** | | **(1.1)** |
| RHB Normal Cost Actuarial Revaluation [3] | | 0.1 | | 0.2 |
| RHB Unfunded Liability Amortization [3] | | (0.1) | | - |
| Workers' Comp. Fair Value Adj. and Other Non-Cash Adj. | | 0.1 | | (0.7) |
| FERS Unfunded Liability Amortization [3] | | (0.3) | | (0.2) |
| CSRS Unfunded Liability Amortization [3] | | (0.4) | | (0.4) |
| Net Income (Loss) [1] | $ | **(2.2)** | $ | **(2.2)** |

1 - Quarter 3, FY2020, has the same number of delivery and retail days as compared to Quarter 3, FY2019.
2 - Before Retiree Health Benefits (RHB), Federal Employee Retirement System (FERS), and Civil Service Retirement System (CSRS) unfunded liability amortizations, and non-cash adjustments to workers' compensation liabilities.
3 - This represents the OPM amortization expense related to the FERS, CSRS, and Postal Service RHB Fund liabilities.  These were based on OPM's latest updates.



# Financial Results

| Quarter 3 (3 Months) (Billions) | FY 2020 | | FY 2019 | |
|---|---|---|---|---|
| Total Revenue [1] | $ | 17.6 | $ | 17.1 |
| Controllable Expenses [1,2] | | 19.2 | | 18.2 |
| **Controllable Income (Loss) [1,2]** | | **(1.6)** | | **(1.1)** |
| RHB Normal Cost Actuarial Revaluation [3] | | 0.1 | | 0.2 |
| RHB Unfunded Liability Amortization [3] | | (0.1) | | - |
| Workers' Comp. Fair Value Adj. and Other Non-Cash Adj. | | 0.1 | | (0.7) |
| FERS Unfunded Liability Amortization [3] | | (0.3) | | (0.2) |
| CSRS Unfunded Liability Amortization [3] | | (0.4) | | (0.4) |
| Net Income (Loss) [1] | $ | **(2.2)** | $ | **(2.2)** |

1 - Quarter 3, FY2020, has the same number of delivery and retail days as compared to Quarter 3, FY2019.
2 - Before Retiree Health Benefits (RHB), Federal Employee Retirement System (FERS), and Civil Service Retirement System (CSRS) unfunded liability amortizations, and non-cash adjustments to workers' compensation liabilities.
3 - This represents the OPM amortization expense related to the FERS, CSRS, and Postal Service RHB Fund liabilities.  These were based on OPM's latest updates.

August 11, 2020

9



## Financial Results

| Quarter 3 (3 Months) (Billions) | FY 2020 | FY 2019 |
|---|---|---|
| Total Revenue [1] | $ 17.6 | $ 17.1 |
| Controllable Expenses [1,2] | 19.2 | 18.2 |
| Controllable Income (Loss) [1,2] | **(1.6)** | **(1.1)** |
| RHB Normal Cost Actuarial Reavaluation [3] | 0.1 | 0.2 |
| RHB Unfunded Liability Amortization [3] | (0.1) | - |
| Workers' Comp. Fair Value Adj. and Other Non-Cash Adj. | 0.1 | (0.7) |
| FERS Unfunded Liability Amortization [3] | (0.3) | (0.2) |
| CSRS Unfunded Liability Amortization [3] | (0.4) | (0.4) |
| **Net Income (Loss) [1]** | **$ (2.2)** | **$ (2.2)** |

1 - Quarter 3, FY2020, has the same number of delivery and retail days as compared to Quarter 3, FY2019.
2 - Before Retiree Health Benefits (RHB), Federal Employee Retirement System (FERS), and Civil Service Retirement System (CSRS) unfunded liability amortizations, and non-cash adjustments to workers' compensation liabilities.
3 - This represents the OPM amortization expense related to the FERS, CSRS, and Postal Service RHB Fund liabilities.  These were based on OPM's latest updates.

August 11, 2020

10



**Financial Results**

| June YTD (9 Months) | FY 2020 | FY 2019 |
|---|---|---|
| (Billions) | | |
| **Total Revenue** [1] | $ 54.9 | $ 54.4 |
| **Controllable Expenses** [1,2] | 57.6 | 56.4 |
| **Controllable Income (Loss)** [1,2] | **(2.7)** | **(2.0)** |
| **RHB Normal Cost Actuarial Revaluation** [3] | 0.1 | 0.2 |
| **RHB Unfunded Liability Amortization** [3] | (0.6) | (0.6) |
| **Workers' Comp. Fair Value Adj. and Other Non-Cash Adj.** | (1.9) | (1.7) |
| **FERS Unfunded Liability Amortization** [3] | (1.0) | (0.7) |
| **CSRS Unfunded Liability Amortization** [3] | (1.4) | (1.1) |
| **Net Income (Loss)** [1] | **$ (7.5)** | **$ (5.9)** |

1 - June YTD FY2020 has two more delivery days and two more retail days as compared to June YTD FY2019.
2 - Before Retiree Health Benefits (RHB),  Federal Employee Retirement System (FERS), and Civil Service Retirement System (CSRS) unfunded liability amortizations, and non-cash adjustments to workers' compensation liabilities.
3 - This represents the OPM amortization expense related to the FERS, CSRS, and Postal Service RHB Fund liabilities. These were based on OPM's latest updates.



# Financial Results

| June YTD (9 Months) (Billions) | FY 2020 | FY 2019 |
|---|---|---|
| Total Revenue [1] | $    54.9 | $    54.4 |
| Controllable Expenses [1,2] | 57.6 | 56.4 |
| Controllable Income (Loss) [1,2] | (2.7) | (2.0) |
| RHB Normal Cost Actuarial Revaluation [3] | 0.1 | 0.2 |
| RHB Unfunded Liability Amortization [3] | (0.6) | (0.6) |
| Workers' Comp. Fair Value Adj. and Other Non-Cash Adj. | (1.9) | (1.7) |
| FERS Unfunded Liability Amortization [3] | (1.0) | (0.7) |
| CSRS Unfunded Liability Amortization [3] | (1.4) | (1.1) |
| Net Income (Loss) [1] | $    (7.5) | $    (5.9) |

1 - June YTD FY2020 has two more delivery days and two more retail days as compared to June YTD FY2019.
2 - Before Retiree Health Benefits (RHB), Federal Employee Retirement System (FERS), and Civil Service Retirement System (CSRS) unfunded liability amortizations, and non-cash adjustments to workers' compensation liabilities.
3 - This represents the OPM amortization expense related to the FERS, CSRS, and Postal Service RHB Fund liabilities. These were based on OPM's latest updates.



# Financial Results

| June YTD (9 Months) (Billions) | FY 2020 | FY 2019 |
|---|---|---|
| Total Revenue [1] | $ 54.9 | $ 54.4 |
| Controllable Expenses [1,2] | 57.6 | 56.4 |
| **Controllable Income (Loss) [1,2]** | **(2.7)** | **(2.0)** |
| RHB Normal Cost Actuarial Revaluation [3] | 0.1 | 0.2 |
| RHB Unfunded Liability Amortization [3] | (0.6) | (0.6) |
| Workers' Comp. Fair Value Adj. and Other Non-Cash Adj. | (1.9) | (1.7) |
| FERS Unfunded Liability Amortization [3] | (1.0) | (0.7) |
| CSRS Unfunded Liability Amortization [3] | (1.4) | (1.1) |
| **Net Income (Loss) [1]** | **$ (7.5)** | **$ (5.9)** |

1 - June YTD FY2020 has two more delivery days and two more retail days as compared to June YTD FY2019.
2 - Before Retiree Health Benefits (RHB),  Federal Employee Retirement System (FERS), and Civil Service Retirement System (CSRS) unfunded liability amortizations, and non-cash adjustments to workers' compensation liabilities.
3 - This represents the OPM amortization expense related to the FERS, CSRS, and Postal Service RHB Fund liabilities. These were based on OPM's latest updates.

 **UNITED STATES POSTAL SERVICE** ® **Financial Results**

| June YTD (9 Months) | FY 2020 | FY 2019 |
|---|---|---|
| (Billions) | | |
| Total Revenue [1] | $   54.9 | $   54.4 |
| Controllable Expenses [1,2] | 57.6 | 56.4 |
| Controllable Income (Loss) [1,2] | **(2.7)** | **(2.0)** |
| RHB Normal Cost Actuarial Revaluation [3] | 0.1 | 0.2 |
| RHB Unfunded Liability Amortization [3] | (0.6) | (0.6) |
| Workers' Comp. Fair Value Adj. and Other Non-Cash Adj. | (1.9) | (1.7) |
| FERS Unfunded Liability Amortization [3] | (1.0) | (0.7) |
| CSRS Unfunded Liability Amortization [3] | (1.4) | (1.1) |
| **Net Income (Loss) [1]** | **$   (7.5)** | **$   (5.9)** |

1 - June YTD FY2020 has two more delivery days and two more retail days as compared to June YTD FY2019.
2 - Before Retiree Health Benefits (RHB),  Federal Employee Retirement System (FERS), and Civil Service Retirement System (CSRS) unfunded liability amortizations, and non-cash adjustments to workers' compensation liabilities.
3 - This represents the OPM amortization expense related to the FERS, CSRS, and Postal Service RHB Fund liabilities. These were based on OPM's latest updates.

**August 11, 2020**

14



## Importance of USPS to the Economy

- **First-Class Mail**

- **Market Mail**

- **Package Business**
  - **Volumes surging**
  - **Likely new "norms" of volume to be established**

- **Critical Part of the Economy**

- **$10B Treasury Loan**

- **Political Considerations**

 **PACIFIC**

**August 13, 2020**



## Larry Munoz
### Vice President, Regional Processing Operations
### Western Region
### USPS

**AREAS INSPIRING MAIL**

16



*Leadership Transition*



**August 13, 2020**



# Greg Graves
### Vice President, Western-Pacific Area
### Retail and Delivery Operations

AREAS INSPIRING MAIL

18





 PACIFIC



**Planning For the Future**

- *"The United States Postal Service is developing a business plan to ensure that we will be financially stable and able to continue to provide dependable, affordable, safe and secure delivery of mail and packages to all Americans as a vital part of the nation's critical infrastructure.*

- *The plan, includes new and creative ways to help us fulfill our mission, and will focus on the Postal Service's strengths to maximize our prospects for long-term success.*

- *In addition to developing a broader business plan, the Postal Service is taking immediate steps to increase operational efficiency by re-emphasizing existing plans that have been designed to provide prompt and reliable service within current service standards.*

- *By running operations on time and on schedule, we will enhance our ability to be sustainable so that we can continue to provide high-quality, reasonably-priced service to all people and businesses in the country."*

**AREAS INSPIRING MAIL**

21







 PACIFIC

# Service Review





PACIFIC

# First-Class Letters / Flats Composite





**First-Class Letters / Flats Composite**





AIM PACIFIC

# Marketing Mail





**Periodicals**



AREAS INSPIRING MAIL

 PACIFIC



## Wing Lam   &   Eric Morley

**Co-Founder and Partner**
**Wahoo's Fish Tacos**

**Co-Founder and Chief Operations Officer**
**Blue C Advertising**



**August 13, 2020**



# MAILER'S TECHNICAL ADVISORS COMMITTEE

## Bob Schimek

**Quad Director of Postal Affairs**

AREAS INSPIRING MAIL

31



**Welcome**

Pacific AIM
MTAC Update

**Thursday
August 13, 2020**





# Customers Value Connection Now More Than Ever

**37%** Shoppers are **more excited** to receive their mail each day than before the pandemic.[1]

**46%** Shoppers are now **more interested** in deals, coupons or promotions.[1]

**30%** Spending **more time reading** marketing or promotions that arrive in their home mailbox.[1]



**Consumer Behaviors in a COVID-19 World**

1. Retail Touchpoints: Based on Valassis survey of 1,000 consumers during week of April 27, 2020.

3



# Census Update

*A Complete and Accurate Count of the Population and Housing*





# Election Mail Update

*How is the USPS preparing stakeholders?*

## Outreach

- Outreach meetings with Secretaries of State, Election Officials

- Mass mailings – Kit 600, Guidance Letter, MSPs/printers

- Meetings with printers, mail service providers

- Outreach with political parties

- Engagement with media partners

- Planned redesign of Election Mail website on usps.com

35



# Operations Update

### Flats Process Map



36

 **MTAC Ops and Enterprise Analytics Focus Group Session Highlights**



1.   Delivery: Prep for Peak

2.   CASS Cycle O

3.   Tobacco and Vaping

37

 **MTAC Mail Entry & Payment Technology Focus Group Session Highlights**



1.  Enterprise Payment System

2.  Seamless

3.  Business Customer Gateway

4.  Hold Mail Policy

38

 

**MTAC Customer Experience, Product Innovation & Marketing Focus Group Session Highlights**



1. Mailpiece Indicia Design Updates

2. Postcard Dimensions 6 x 9

3. Promotions

39



## MTAC Task Team Closeouts





Mission Accomplished!

**Task Team #28:** *Business Mailer Security & Privacy Priorities*
- Heather Dyer, Bill Jones and Paula Stoskopf

**Task Team #29:** *CASS Cycle O*
- Starlene Blackwood, Adam Collinson, Liz Flake and Sharon Harrison

**Task Team #30:** *Seamless Flats Process*
- Mark Kolb and Randy Workman

**Task Team #31:** *Incident Communications Hot Wash*
- Tom Glassman and Dale Kennedy

40



**Growing Membership**



### Get Involved!

❖ MTAC is growing
- *mtac@usps.gov*
- *https://postalpro.usps.com/mtac*

❖ PCC's need you
- *pcc@usps.gov*
- *https://postalpro.usps.gov/pcc*

❖ NPF 2021 is May 2 – May 5

41



**For More Information**

# https://postalpro.usps.com/mtac

 PACIFIC

**August 13, 2020**



# POLITICAL MAIL

## Donald Nichols

**USPS Headquarters National Lead**

**Political and Mailing Services**



## DONALD R. NICHOLS
*National Lead, Political & Mailing Services*

- Donald Nichols is the National Lead for U.S. Postal Service Political and Mailing Services. Donald mobilizes a national team of specialists who consult and support political campaigns, campaign strategists and political alliance mailing partners. He manages USPS strategic sponsorships with political associations, including the development of leading edge thought leadership. He also coordinates marketing and sales efforts to support the use of all mailing products.

# THE
# LANDSCAPE

# HAWAII VOTERS

## Party Affiliation

| Party | Number of People |
|---|---|
| Democrat | 275,692 |
| Republican | 104,434 |
| Independent | 299,011 |



## Age Range Based on Birth Year

| Age Range | Number of People | Percentage |
|---|---|---|
| 50 - 69 | 213,898 | 31.50% |
| 30 - 39 | 35,226 | 5.19% |
| 18 - 29 | 21,320 | 3.14% |
| 70 and over | 137,843 | 20.30% |
| 40 - 49 | 65,745 | 9.68% |
| Unknown | 205,105 | 30.20% |



## Gender

| Gender | Number of People |
|---|---|
| Female | 350,355 |
| Male | 321,875 |
| Unknown | 6,907 |



## Broad Ethnic Groupings

| Ethnic Grouping | Number of People | Percentage |
|---|---|---|
| European | 247,271 | 36.41% |
| Likely African-American | 1,329 | 0.20% |
| Unknown | 91,953 | 13.54% |
| Hispanic and Portuguese | 91,658 | 13.50% |
| Other | 54,659 | 8.05% |
| East and South Asian | 192,277 | 28.31% |

Data Source: 



# CALIFORNIA VOTERS

## Party Affiliation

| | Party | Number of People | Percentage |
|---|---|---|---|
| ■ | Democrat | 8,623,556 | 44.03% |
| ■ | Republican | 4,631,242 | 23.65% |
| ■ | Non-Partisan | 5,243,380 | 26.77% |
| ■ | Libertarian | 163,633 | 0.84% |
| ■ | Green | 86,794 | 0.44% |



## Age Range Based on Birth Year

| | Age Range | Number of People | Percentage |
|---|---|---|---|
| ■ | 50 - 69 | 6,373,550 | 32.54% |
| ■ | 30 - 39 | 3,337,062 | 17.04% |
| ■ | 18 - 29 | 3,873,167 | 19.78% |
| ■ | 70 and over | 3,037,184 | 15.51% |
| ■ | 40 - 49 | 2,949,090 | 15.06% |
| ■ | Unknown | 14,412 | 0.07% |



## Gender

| | Gender | Number of People |
|---|---|---|
| ■ | Female | 10,240,896 |
| ■ | Male | 9,088,416 |



## Broad Ethnic Groupings

| | Ethnic Grouping | Number of People | Percentage |
|---|---|---|---|
| ■ | European | 9,102,114 | 46.48% |
| ■ | Likely African-American | 724,249 | 3.70% |
| ■ | Unknown | 1,610,796 | 8.22% |
| ■ | Hispanic and Portuguese | 5,536,901 | 28.27% |
| ■ | Other | 819,896 | 4.19% |
| ■ | East and South Asian | 1,790,509 | 9.14% |



Data Source: 

# OVERALL VOTER TURNOUT

## Gender

| Gender | 2018 | Percent Increase from 2014 |
|--------|------|----------------------------|
| Men | 51.8 | 10.9+ |
| Women | 55 | 12+ |

## Broad Ethnic Groupings

| Broad Ethnic Groupings | 2018 | Percent Increase from 2014 |
|------------------------|------|----------------------------|
| African American | 51.4 | 10.8+ |
| White | 57.5 | 11.7+ |
| Hispanic | 40.4 | 13.4+ |
| Asian | 40.2 | 13.3+ |

## Age-Range Based on Birth Year

| Age | 2018 | Percent Increase from 2014 |
|-----|------|----------------------------|
| 18-29 | 35.6 | 15.7+ |
| 30-44 | 48.8 | 13.2+ |
| 45-64 | 59.5 | 9.9+ |
| 65+ | 66.1 | 6.7+ |





 Election Mail Delivery Standards 

✓ First-Class Mail for all Outgoing Election Mail Ballots
  ❖ USPS Marketing Mail is subject to existing delivery standards outlined below
  ❖ Election Mail sent as Marketing Mail is not upgraded to First Class service

✓ Provide advance notification of Election Mailings over 25,000 pieces

| Class of Mail | Speed of Service* | Free Forwarding and Return | Secure Destruction | Extra Services | Presort Discounts | Single Piece | IMb |
|---|---|---|---|---|---|---|---|
| First-Class Mail | 2–5 days | Yes | Yes | Yes | Yes | Yes | Yes |
| USPS Marketing Mail | 3–10 days | No | No | Only for Parcels | Yes | No | Yes |
| Nonprofit USPS Marketing Mail | 3–10 days | No | No | Only for Parcels | Yes | No | Yes |

8

 Election Mail – USPS Recommendations 

## USPS Recommendations for Election Mail Ballots

✓ **Utilize** Intelligent Mail Barcode (IMb)

✓ **Submit** Outgoing and Return Election Mail Ballot Envelope Samples to Mailpiece Design Analysts for Review

✓ **Identify** Election Mail in Electronic Documentation (eDOC)

✓ **Apply Tag 191** On Official Election Mail

9

 **Mailing & Shipping Solutions Center (MSSC)** 



**Our Mailing & Shipping Solutions Center is available.**

**We leverage** modern technology **to** automate permit creation, redesign the Business Customer Gateway (BCG), **and** create a comprehensive knowledge base **on PostalPro.**

**We want to make your life easier and save you time.**

**We're looking at ways to help you around the clock 24/7.**

We want to hear from you, be sure to leave your feedback when you call us!

Our Contact Information
Phone: 1-877-672-0007 | Email: MSSC@usps.gov

Our Hours:
**7:00AM – 7:00PM Central Time**

 Keys To Success 

✓ **Consult** with the Mailing & Shipping Solutions Center
  - ❖ Mailing Requirements – Account Creation
  - ❖ Mailpiece Design Analyst – Design/Artwork Review
  - ❖ Leverage Electronic Documentation (eDOC) and Intelligent Mail Barcodes (IMb)on Outgoing & Return Election Ballots

✓ **Collaborate** with USPS Local Operations on all Election Mail
  - ❖ Advance Notification of large Election Mailings

✓ Voter **Awareness & Education** on recommended timelines to **request and return mail-in ballots**

✓ Board of Election **Awareness & Education of USPS recommended timelines** based on USPS Delivery Standards

1
1



## POLITICAL & ELECTION MAIL GROWTH

JANUARY-JUNE
- 2014VS 2 0 2 0 .

**2014VOLUME**
**455M**

**2016VOLUME**
**567M**

**2018 VOLU   E**
**642M**

**2020 VOLUME**
**842M**

**85°/o**
I  CREASE
from 2014-2020



USPS Interna  Data

# VOTER
# INSIGHTS

# THOUGHT LEADERSHIP



**2019 VOTER SURVEY**



**2020 ELECTION GUIDE**



**YOUNGER
VOTER
SURVEY**



 **What's New In 2020**



# CAMPAIGN ORCHESTRATION

## Success in 2020



# 1 Introduce the Candidate to the Voter at Home







## AAPC Tips



### USE MAIL EARLY

Direct mail can grab a voter's attention and offer deep and memorable information, which makes it an effective way to introduce a candidate early in the campaign.



### BUILD A "NO-CONTACT" CAMPAIGN

Direct mail, television, radio, digital, and phone banking will replace campaign tactics that don't comply with public health or new social norms this campaign cycle.

### VOTERS AT HOME



## 2-in-3

Americans don't feel comfortable going to a polling place[i]



# Establish Trust with Voters Throughout the Campaign





## AAPC Tips



### DEVELOP VOTER TRUST WITH MAIL

Direct mail is one of the most trusted channels by voters. Mail enables campaigns to back up what they say by citing facts and being transparent with sources.



### USE MAIL TO EFFECTIVELY CRITIQUE OPPONENTS

Direct mail is a highly effective way to illustrate the differences between candidates. It's highly targeted and powerfully visual, so you can offer a unique contrast between messages depending on the voter universe.



### TARGET VOTERS WITH DIRECT MAIL

Voter targeting has really evolved, having become increasingly data and model driven, and direct mail can now be used with precisely tailored messaging to specific voter demographics.



# 3 Leverage the Media Mix to Inform & Influence Voter Decisions





## AAPC Tips



### VOTERS MAKE UP THEIR MINDS EARLY

Campaigns should consider reaching out to voters earlier because they are increasingly determining who to support months before Election Day. Direct mail can be effectively used to introduce a candidate or issue in a thoughtful, in-depth way.



### TRACK YOUR MAIL PIECES IN REAL-TIME

The Postal Service's Informed Visibility®Service brings near real-time tracking data to deliveries of direct mail pieces.[33] Campaigns can use the service to execute phased communications -knowing that the mail piece has arrived enables you to then contact voters through other channels to reinforce the messaging.



### DIGITALLY INTEGRATE YOUR MAIL PROGRAM

The Postal Service's Informed Delivery®Service is the email notification service that allows residents to digitally preview incoming direct mail and packages scheduled to arrive soon.[36] It offers campaigns the opportunity to engage voters through synchronized direct mail and digital marketing-voters can see the mail piece that has arrived at their house, and then click on the link to a campaign or donation web page.



# 4 **Spark Voters to Cast Their Ballots**





**AAPC Tips**



### START EARLY

If absentee ballots play an expanded role in the election, campaigns should start contacting voters in the months before the election to ensure they understand the options to cast their ballot. This may mean state and local campaigns should not wait for national campaigns to start educating voters on their voting options.



### GET THE DETAILS RIGHT

Explain the mechanics of absentee voting, such as how to return absentee ballot requests. It varies by state, but some campaigns plan to send supporters pre-paid envelopes for absentee ballot request forms and voter registration forms.



### START WRITING GOTV CONTENT NOW

Volunteers who are engaged months before an election may be looking for ways to contribute early. Utilize them now to prepare handwritten GOTV postcards that can be mailed in the final weeks before Election Day to voters who may need an extra push to get to the polls.



### USE SHARE MAIL® SERVICE

For voter registration and vote by-mail, Share Mail® service is a customized direct mail product that works like a word of-mouth marketing tactic. It enables campaigns to pre-pay for postage and then track usage – the invoice comes at the end of the month and the campaign only pays return postage for mail pieces that are sent.[42]

## MAIL NOTICES AND INQUIRIES



https://tools.usps.com/political-mail.htm

## DELIVER THE WIN® WEBSITE



deliverthewin.com

# QUESTIONS?



# CONTACT ME

★ ★ ★

**Donald Nichols** – *National Lead, Political & Mailing Services*

Donald.R.Nichols@usps.gov

www.LinkedIn.com/in/Donald-Nichols

@DonNicholsUSPS

**LINKS:**

- **https://tools.usps.com/political-mail.htm**
- **https://informeddelivery.usps.com/box/pages/intro/start.action**
- **https://www.uspsdelivers.com/track-your-direct-mail-with-informed-visibility/**
- **https://faq.usps.com/s/article/USPS-Share-Mail-The-Basics**
- **https://www.deliverthewin.com/**

 PACIFIC



**Cameron Bradley**
Product Manager
**&**
**Steve Wolffis**
Vice President

AREAS INSPIRING MAIL

71

**250 + ELECTIONS**
RAN ACROSS ALL COUNTIES & CITIES

**50 MILLION +**
BALLOTS TRACKED

**28 MILLION +**
REGISTERED VOTERS IN OUR PLATFORM

# Track Your Ballot at wheresmyballot.sos.ca.gov



*Mail Ballot Locator & Notification System*

BallotTrax tracks mail ballots and absentee ballots through the postal stream and proactively pushes status notifications and reminders to voters, thus increasing election visibility, turn-out and vendor accountability. Bring voter confidence back to the democratic process with this proprietary, patent-pending solution, proven effective for over 10 years of extensive election testing.

## Voter Alert Features

★ Mail Ballot Status
★ Election Reminders
★ Cure Notices
★ Drop Box Locations
★ Customizable Email / Text / Voice
★ Multiple Languages
★ Year-Round Citizen Communications

## For more information visit
## wheresmyballot.sos.ca.gov or ballottrax.com





 PACIFIC

# SACRAMENTO PCC UPDATES

## Robert Garza, Postal Co-Chair

## John Millet, Industry Co-Chair



AREAS INSPIRING MAIL



# Sacramento PCC Upcoming Events

**Event 1:**　　　　**Thursday, August 27th 9:30 AM PT**

**"Town Hall" with Steven Mills and Victoria Stephen.**

**EDDM Promotion and Loyalty Program, Small Business Growth**

**Register now at www.SacPCC.com**



**Event 2:** **Tuesday, September 22nd HQ "National PCC Week" Event**

**Possible Event:** **MDP Course in October… Are you interested?**

**Contact Gina.M.Segura@usps.gov**

**AREAS INSPIRING MAIL**



**UPDATES**

Lindsey Taylor

Manager, Customer Outreach, USPS







# Lindsey Taylor
## Manager, Customer Outreach
## Industry Engagement and Outreach
## USPS Marketing

**August 13, 2020**

AREAS INSPIRING MAIL

78

 PACIFIC



## Thursdays, 11 a.m. – 12 p.m.  PT

➢ **August 13:** Innovation, led by Gary Reblin, Vice President, Product Innovation

➢ **August 20:** Informed Analytics, led Jeff Johnson, Vice President, Enterprise Analytics

➢ **August 27:** Leadership, led by Chief Postal Inspector, Gary Barksdale

https://2020summerseries.npf.org/s/npf-virtual-2020-summer-seri/home

AREAS INSPIRING MAIL

79



# National Postal Forum 2021



## Nashville, TN
## Gaylord Opryland Hotel & Convention Center
## May 2 – 5

AREAS INSPIRING MAIL

80





## 11 a.m. – 12 p.m. PT

➢ PMG Address (invited to speak)
➢ State of the Business/Marketing Update
➢ National PCC Program Office and PCC Advisory Committee Updates
➢ Recognition of 2020 PCC Leadership Award Winners
➢ Breakout Sessions:
  • Election and Political Mail
  • Innovation (Informed Delivery)
  • Informed Visibility/Data Metrics
  • Shipping Strategy: Products and Services
  • Small Business Initiatives
  • Mail Repositioning
  • Five Benefits to Belonging to the PCC

AREAS INSPIRING MAIL

81

 PACIFIC

**NPF Summer Series**



## Save the Dates

National Postal Forum Announces: NPF Virtual Summer Series Thursdays 2 – 3 p.m. (EST) July 23 – Sept. 3, 2020

Featuring USPS and industry speakers on key postal news, strategies and updates

Learn more at NPF.org



# THANK YOU FOR ATTENDING





Anaheim Plant Virtual Tour

