# Exhibit 36

**Postal Service's Response**
**In Lieu of 30(b)(6) Deposition**
**Regarding Service Standards and Performance**

Pursuant to the parties' agreement that the Postal Service need not produce a 30(b)(6) deponent to testify regarding federally regulated service standards and performance because the of public nature of the information, the Postal Service refers to the following.

Responsive information is compiled and available on the website of the Postal Regulatory Commission (PRC), an independent agency that exercises regulatory oversight over the Postal Service, on the following webpage:

https://www.prc.gov

The Postal Service reports to the PRC, including quarterly and fiscal year service performance reports, and the report on PRC Service Inquiries; and PRC reports related to the Postal Service, including analyses of the Postal Service's annual performance reports and plans, financial analyses, and annual compliance reports, appear on the following page:

https://www.prc.gov/reports

Relevant portions of the U.S. Code; the Federal Regulations; the Mail Classification Schedule; and Commission Orders appear on the following web page:

https://www.prc.gov/references

The web page immediately above includes a pass-through link to the Federal Register's electronic Code of Federal Regulations governing the Postal Service's Service Standards for Market Dominant Products, which may also be accessed directly at:

https://www.ecfr.gov/cgi-bin/text-idx?SID=9da60d8e1ec51dbbd7192def38f1e5c1&mc=true&node=pt39.1.121&rgn=div5

The Postal Service refers specifically to First-Class Mail service standards, which appear at 39 CFR §121.1, and govern whether First Class Mail is delivered on a 1–3 day standard or 2–5 day standard (including any variations based on geography or distance of delivery) in the following manner:

> **(a)(2)** [A] 1-day (overnight) service standard is applied to intra-SCF [Sectional Center Facility] domestic Presort First-Class Mail pieces properly accepted at the SCF before the day-zero CET [Critical Entry Time], except for mail between Puerto Rico and the U.S. Virgin Islands, and mail destened to American Samoa and the following 3-digit ZIP Code areas in Alaska (or designated portions thereof): 995 (5-digit ZIP Codes 99540 through 99599), 996, 997, 998, and 999.

1

***

**(b) (2)** [A] 2-day service standard is applied to intra-SCF single piece domestic First-Class Mail properly accepted before the day-zero CET, inter-SCF domestic First-Class Mail pieces properly accepted before the day-zero CET if the drive time between the origin P&DC/F [Processing & Distribution Center/Facility] and destination SCF is 6 hours or less, Presort First-Class Mail properly accepted before the day-zero CET with an origin and destination that are separately in Puerto Rico and the U.S. Virgin Islands, and intra-SCF Presort First-Class Mail properly accepted before the day-zero CET with an origin or destination that is in American Samoa or one of the following 3-digit ZIP Code areas in Alaska (or designated portions thereof): 995 (5-digit ZIP Codes 99540 through 99599), 996, 997, 998, and 999.

**(c)** A 3-day service standard is applied to domestic First-Class Mail pieces properly accepted before the day-zero CET, if the 1-day and 2-day service standards do not apply, and:

> **(1)** Both the origin and the destination are within the contiguous 48 states;
>
> **(2)** The origin is in the contiguous 48 states, and the destination is in any of the following: the city of Anchorage, Alaska (5-digit ZIP Codes 99501 through 99539); the 968 3-digit ZIP Code area in Hawaii; or the 006, 007, or 009 3-digit ZIP Code areas in Puerto Rico;
>
> **(3)** The origin is in the 006, 007, or 009 3-digit ZIP Code areas in Puerto Rico, and the destination is in the contiguous 48 states;
>
> **(4)** The origin is in Hawaii, and the destination is in Guam, or vice versa;
>
> **(5)** The origin is in Hawaii, and the destination is in American Samoa, or vice versa; or
>
> **(6)** Both the origin and destination are within Alaska.

**(d)** A 4-day service standard is applied to domestic First-Class Mail pieces properly accepted before the day-zero CET, if the 1-day, 2-day, and 3-day service standards do not apply, and:

> **(1)** The origin is in the contiguous 48 states and the destination is in any of the following: any portion of Alaska other than the city of Anchorage (5-digit ZIP Codes 99501 through 99539); any portion of Hawaii other than the 968 3-digit ZIP Code area; or the U.S. Virgin Islands;
>
> **(2)** The destination is in the contiguous 48 states and the origin is in Alaska, Hawaii, or the U.S. Virgin Islands; or
>
> **(3)** The origin and destination are in different non-contiguous states or territories, excluding mail to and from Guam and mail between Puerto Rico and the U.S. Virgin Islands.

**(e)** A 5-day service standard is applied to all remaining domestic First-Class Mail pieces properly accepted before the day-zero CET.

**(f)** The service standard for Outbound Single-Piece First-Class Mail International ™; pieces properly accepted before the day-zero CET is equivalent to the service standard for domestic First-Class Mail pieces originating from the same 3-digit ZIP Code area and destined to the 3-digit ZIP Code area in which the designated International Service Center is located.

**(g)** The service standard for Inbound Single-Piece First-Class Mail International pieces properly accepted before the day-zero CET is equivalent to the service standard for domestic First-Class Mail pieces destined to the same 3-digit ZIP Code area and originating from the 3-digit ZIP Code area in which the designated International Service Center is located.

Moreover, the Postal Service refers to Appendix A to 39 CFR § 121, for tables depicting service standard day ranges resulting from the application of the business rules applicable to the market-dominant mail products referenced in 39 CFR §§121.1 (governing First Class Mail) through 121.4 (governing other products), which appear on the following page, and are reprinted below:

https://www.ecfr.gov/cgi-bin/text-idx?SID=96350e58f42a7f68af3f7463a4343d5e&mc=true&node=ap39.1.121_14.a&rgn=div9

\*\*\*\*

Table 2:  On and after January 5, 2015, end-to-end service standard day ranges for mail originating and destinating within the contiguous 48 states and the District of Columbia.

**CONTIGUOUS UNITED STATES**

| Mail class | End-to-end range (days) |
|---|---:|
| First-Class Mail | 1-3 |
| Periodicals | 3-9 |
| Standard Mail | 3-10 |
| Package Services | 2-8 |

\*\*\*\*

Table 4. On and after January 5, 2015, end-to-end service standard day ranges for mail originating and/or destinating in non-contiguous states and territories.

**NON-CONTIGUOUS STATES AND TERRITORIES**

| Mail class | End-to-end ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| | Intra state/territory ||| To/from contiguous 48 states ||| To/from states of Alaska and Hawaii, and the territories of Guam, Puerto Rico and the U.S. Virgin Islands |||
| | Alaska | Hawaii, Guam & American Samoa | Puerto Rico & USVI | Alaska | Hawaii, Guam, & American Samoa | Puerto Rico & USVI | Alaska | Hawaii, Guam, & American Samoa | Puerto Rico & USVI |
| First-Class Mail | 1-3 | 1-3 | 1-2 | 3-4 | 3-5 | 3-4 | 4-5 | 4-5 | 4-5 |
| Periodicals | 3-4 | 3-4 | 3 | 13-19 | 12-22 | 11-16 | 21-25 | 21-26 | 23-26 |
| Standard Mail | 3-5 | 3-5 | 3-4 | 14-20 | 13-23 | 12-17 | 23-26 | 23-27 | 24-27 |
| Package Services | *2-4 | 2-4 | 2-3 | 12-18 | 11-21 | 10-15 | 21-26 | 20-26 | 20-24 |

*Excluding bypass mail.