# Exhibit 38

THOMAS J. MARSHALL
GENERAL COUNSEL
AND EXECUTIVE VICE PRESIDENT


UNITED STATES
POSTAL SERVICE

June 25, 2020

Dr. Julia Nesheiwat
Deputy Assistant to the President
Senior Director for Homeland Security & Resilience
1600 Pennsylvania Avenue, NW
Washington, DC  20500-0003

Dear Dr. Nesheiwat:

Re:  Election Mail

Thank you very much for the telephonic discussion yesterday with the Postmaster General and our team to discuss Election Mail, and for your offer to assist us in spreading the message regarding how to ensure the efficient and timely handling of mail pertaining to elections (which includes ballots as well as registration cards, absentee-ballot applications, polling-place notifications, or other materials sent from authorized election officials to allow citizens to participate in the voting process, and is collectively referred to as "Election Mail").  Due to the impacts of the COVID-19 pandemic, we agree with your prediction that many more voters may choose to use the mail to participate in upcoming elections, including the 2020 General Election in November.

With regard to your specific question, this letter lists some key aspects of the Postal Service's delivery processes which we would love you to highlight, to help ensure that election officials and others take those processes into account when making decisions and when educating the public on what to expect when using the mail to vote.  To summarize the key points which are more fully explained below:

1.  **The time it takes for the Postal Service to transport, process, and deliver both blank ballots to voters and the return of completed voter ballots to election officials must be considered in establishing vote-by-mail deadlines.  The Postal Service recommends the use of First-Class Mail to deliver blank ballots to voters, and requires using First-Class Mail (or an expedited class of service) for the return of completed ballots.**

2.  **The Postal Service recommends that both blank ballots being sent to voters, and completed ballots being returned by voters to election officials, should be sent in mailpieces that include the Official Election Mail logo and an Intelligent Mail barcode.**

3.  **The Postal Service recommends consultation with our election mail coordinators and our mailpiece design analysts concerning the logistics of any election and related mailpiece design, to ensure that all Election Mail can be processed on our automation equipment and will be postmarked.**

By way of further explanation of these key items, we offer the following information:

**Mail Processing Times Need to be Considered when Communicating Deadlines**

As a general matter, election materials (including blank absentee ballots) mailed from state or local election officials to voters may be sent by either First-Class Mail or Marketing Mail.  All Election Mail

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-1100
PHONE: 202-268-5555
FAX: 202-268-6981
THOMAS.J.MARSHALL@USPS.GOV
www.usps.com

(including ballots) mailed from individual voters to state or local election officials must be sent using at least First-Class Mail. However, it is important to note that First-Class Mail and Marketing Mail have different delivery standards, and that delivery times further depend on the origin and destination of a given mailpiece. Most domestic First-Class Mail is delivered in 2-5 days. Most domestic Marketing Mail is delivered in 3-10 days. *However, the Postal Service cannot guarantee a specific delivery date or alter standards to comport with individual state election laws.*

To account for delivery standards and to allow for contingencies (e.g., weather issues or unforeseen events), the Postal Service recommends that for election materials (such as blank ballots) sent to voters, state or local election officials use First-Class Mail and allow 1 week for delivery to voters. Election officials should also consider that the ballot needs to be in the hands of the voter so that he or she has adequate time to prepare it and to put it back in the mail stream so that it can be processed and delivered to the election officials to meet the applicable deadline. Similarly, voters should mail their return ballots at least 1 week prior to the due date established by state law, and are required to use First-Class Mail or an expedited class of service (e.g., Priority Mail).

It is critical that the Postal Service's delivery standards be kept in mind when informing voters how to successfully participate in an election using the mail, and when state and local election officials are making decisions as to the establishment of deadlines and the means used to send a piece of Election Mail to voters. Voters should be made aware of these transit times when offered the opportunity to request that an absentee ballot be mailed to them, and when deciding when to mail a ballot back to election officials. For example, if a state law requires completed ballots to be received by election officials by a specified date (such as Election Day) in order to be counted, voters should be aware of the possibility that completed ballots mailed less than a week before that date may not, in fact, arrive by the state's deadline. Similarly, if a state law allows a qualified voter to request an absentee ballot shortly before Election Day and requires the state or local election official to mail that ballot to the voter, voters should be made aware that the absentee ballot may not reach the voter before Election Day if requested less than a week before the election.

**Proper Labeling Helps Avoid Delivery Delays and Increases Mailpiece Visibility**

The Postal Service is committed to the efficient and timely processing and delivery of Election Mail in accordance with its delivery standards, and has developed labeling to provide greater visibility for these mailpieces during processing, including **the Official Election Mail logo**, which is used on all Election Mail, and **Tag 191, *Domestic and International Ballots***, which is used specifically for ballots. Neither Tag 191 nor the Official Election Mail logo is mandatory, and they do not upgrade service or substitute for postage, but they help to alert the Postal Service of the presence of Election Mail in the postal network and distinguish Election Mail from the millions of other mailpieces that are moving through the network.

The Postal Service further recommends that election officials use **Intelligent Mail barcodes** for their Election Mail. These barcodes are used to improve a mailer's ability to track individual mailpieces and gain greater mailstream visibility. The Postal Service also offers an Intelligent Mail barcode identifier specifically for ballots that increases mailpiece visibility within the processing system, is used by the Postal Service to sort individual mailpieces, and can be used both by the Postal Service and by the mailer to track the delivery and return of ballots.

**Consult with Election Mail Coordinators BEFORE Printing Mailpieces**

In addition, the Postal Service has assigned election mail coordinators to each locality that stand ready to assist and consult with state and local election officials concerning the logistics of their mailings and the services that are available. A list of election mail coordinators may be found on our website at: https://about.usps.com/election-mail/political-election-mail-coordinators.pdf.

Also, mailpiece design analysts will assist election officials in designing and preparing envelopes that are consistent with postal regulations, increase mailpiece visibility, facilitate the application of postmarks, and allow officials to receive available postage discounts. You may reach a mailpiece design analyst by calling the MDA Customer Service Help Desk at 855-593-6093 (between 8 a.m. and 5 p.m. Central Time, Monday through Friday) or by sending an email to MDA@usps.gov.

Mailpieces that do not adhere to the Postal Service's requirements may experience longer processing times or other delivery problems. To avoid incurring delivery delays and unnecessary costs, the Postal Service strongly recommends that state and local election officials work with the Postal Service *before* designing and printing any mailpieces for use in elections.

Thank you once again for our telephone call, and for your offer to assist. We look forward to our continuing coordination, and to working with you in the event we identify any vulnerabilities or gaps that should be referred to your expertise. In the interim, please do not hesitate to give me a call if you have any questions or concerns.

Sincerely,

*(signature)*

Thomas J. Marshall

cc: Mr. Louis DeJoy
    Mr. Michael J. Elston
    Mr. David E. Williams, Jr.

USPS_EDPA00000398