# Exhibit 41



# AVP TELEPRESENCE

## July 10, 2020



AVP Telepresence – July 10, 2020

# 64M WORK HOURS

# T-83 DAYS



AVP Telepresence – July 10, 2020

# BELIEF THAT IT IS ACHIEVABLE AND WE CAN MAKE IT SO



AVP Telepresence – July 10, 2020

# ALL IN

# VS

# OPT IN



**AVP Telepresence – July 10, 2020**

# AFFORDABLE, EFFICIENT & RELIABLE SERVICE
# VS
# COSTLY & HEROIC SERVICE



**AVP Telepresence – July 10, 2020**

# BE PURPOSE DRIVEN INSTEAD OF FEAR DRIVEN



**AVP Telepresence – July 10, 2020**

# OUR PURPOSE IS TO OPERATE A FINELY TUNED OPERATIONAL SERVICE MACHINE THAT PROVIDES AFFORDABLE, EFFICIENT & RELIABLE SERVICE



## AVP Telepresence – July 10, 2020

# OUR FIRST TEST



AVP Telepresence – July 10, 2020

# NO EXTRA TRANSPORTATION

# NO LATE TRANSPORTATION



**AVP Telepresence – July 10, 2020**

# Unauthorized Extra Trips and Late Trips

- Effective July 13 all extra trips and Postal caused late trips are unauthorized contractual commitments



**AVP Telepresence – July 10, 2020**

# Unauthorized Extra Trips and Late Trips

- Follow Management Instruction MI SP-G4-2006-2

- Area Vice President is the ratifying official and must ratify and submit to COO

- Area Vice President will call COO daily if extra trips or late trips occur the prior day to discuss next steps



**AVP Telepresence – July 10, 2020**

# B x C x M x D x V x F > R

B = Belief that change is achievable and confidence we can make it so

C = Courage to act in the presence of fear and to take risks

M = Message saturation so everyone understands why the change needs to happen and their role, responsibility & expectation

D = Dissatisfaction with the status quo

V = Vision of what is possible

F = First intentional action steps

R = Resistance to change



## Surrender Our Resistance

- Fear of failure

- Fear of repercussions and personal impacts

- Fear of making the wrong decision

- Fear of the unknown

- Fear that the new way may not be better


# Surrender Our Resistance

- No obvious need

- Loss of control

- Closed mindedness

- Unwillingness to learn

- Concern about support systems

- Creatures of habit



AVP Telepresence – July 10, 2020

# COVID COMMAND UPDATE

## Simon Storey

**Vice President Employee Resource Management**

15



**AVP Telepresence – July 10, 2020**

# COVID-19 Areas of Focus

- Reinforce social distancing and proper use of face coverings

- Ensure social distancing signage is prominently displayed in all facilities

- Face covering orders by jurisdiction – now available on Playbook tab

- Pulse Report and key metrics


