# Exhibit 44

**From:** Cintron, Robert - Washington, DC
**Sent:** Mon Jul 13 15:59:00 2020
**To:** Mitchell, Jeff A - Indianapolis, IN; Raney, Brent A - Washington, DC
**Cc:** Gambhir, Shibani S - Washington, DC; Costello, Timothy R - South Florida District, FL; Shen, Chung H - Merrifield, VA
**Subject:** RE: Torrid No Pickup Yesterday
**Importance:** Normal
**Attachments:** image002.png; image003.jpg

Hello Jeff

Customer pick ups should not be cancelled

Easier if we set up a call to discuss tomorrow

Thanks

Robert

From: Mitchell, Jeff A - Indianapolis, IN
Sent: Monday, July 13, 2020 9:39 AM
To: Cintron, Robert - Washington, DC <robert.cintron@usps.gov>; Raney, Brent A - Washington, DC <brent.a.raney@usps.gov>
Cc: Gambhir, Shibani S - Washington, DC <Shibani.S.Gambhir@usps.gov>; Costello, Timothy R - South Florida District, FL <timothy.r.costello@usps.gov>
Subject: FW: Torrid No Pickup Yesterday
Importance: High

Good morning!  Just seeking some clarification on the extras as it relates to mailer pickups.  Is there an official policy as it relates to mailer pick ups?  If so, how was this communicated to our customers?

I'm told this customer's pickup was submitted 6 months ago and denied so they've been running extras (2 a day), we didn't pick up yesterday and aren't planning to pick up today.

Just trying to understand the policy and how it applies to mailer pickups.

Jeff A Mitchell
Director, Sales Operational Solutions
US Postal Service
O: (317)870-8220
C: (317)695-2927

From: Helton, Alicia - Washington, DC
Sent: Monday, July 13, 2020 9:30 AM
To: Mitchell, Jeff A - Indianapolis, IN <jeff.a.mitchell@usps.gov<mailto:jeff.a.mitchell@usps.gov>>
Cc: Smith, Jay L - Washington, DC <Jay.L.Smith@usps.gov<mailto:Jay.L.Smith@usps.gov>>; McKamey, Frank - Harrisburg, PA <Warren.F.Mckamey@usps.gov<mailto:Warren.F.Mckamey@usps.gov>>
Subject: FW: Torrid No Pickup Yesterday - PMG
Importance: High


Good morning Jeff. As requested, please see below inquiry from Torrid. I've copied in the SAM for additional information as needed. Thank you in advance for any help.  I believe Frank also forwarded to Mike D.

Thank you
_____
Alicia P. Helton | Manager, Strategic Account Operations | US Postal Service - HQ Sales
501-352-8515 (c)  | 501-945-6654 (o)   alicia.p.helton@usps.gov<mailto:alicia.p.helton@usps.gov> |
www.usps.com<http://www.usps.com/>

NOTICE: This email message and all attachments transmitted with it contains confidential and proprietary information intended solely for the use of the addressee in its interactions with USPS. You are hereby notified that any dissemination, distribution, copying, or other use

of this message or its attachments is strictly prohibited.

From: McKamey, Frank - Harrisburg, PA
Sent: Monday, July 13, 2020 7:53 AM
To: Helton, Alicia - Washington, DC <alicia.p.helton@usps.gov<mailto:alicia.p.helton@usps.gov>>
Subject: URGENT PMG new decree - FW: Torrid No Pickup Yesterday
Importance: High

Alicia,

It is being reported through my TANS manager in Columbus OH that he got word thru Eastern Area VP, Local DM etc.- that the PMG has put a STOP to any additional transportation runs effective immediately. From what I'm told any trip that has to be entered into the system (not contracted for) is off limits and can no longer be done. He also went on to say that if when we pick up a regularly scheduled pick up and we do not have enough room on the truck - the remaining packages/mail is to sit until the next day as we will NOT be running out additional trips to pick up.

If the TANS mgr goes ahead and sends a truck off schedule - he may be liable for the costs out of his/her pocket.

I'm sure you know this will be a huge issue for all of strategic accounts but for Torrid - to have this happen on today when I have a final contract call for their approval of our rates and terms could likely be killer to the sale.

The line TANs is giving me if the customer can transport it to us - we'll take it. . . that's not good enough especially since there was not prior notice given to our customers.

Can you find out if this is accurate?

W. Frank McKamey
Strategic Account Manager
US Postal Service - HQ Sales
717-856-7285 Cell
717-265-0419 Desk

[cid:image002.png@01D6590C.FE144830]
USPS Informed Delivery(r) - know what's coming to your mailbox before you get there!
See it in action here: https://www.youtube.com/watch?v=GV5m_y5i5WQ&feature=youtu.be
Sign up for it here: https://informeddelivery.usps.com/box/pages/intro/start.action

From: Rich Byrnes [mailto:RByrnes@torrid.com]
Sent: Monday, July 13, 2020 8:25 AM
To: Sviben, Frederick A - Harrisburg, PA <Frederick.A.Sviben@usps.gov<mailto:Frederick.A.Sviben@usps.gov>>; McKamey, Frank - Harrisburg, PA <Warren.F.Mckamey@usps.gov<mailto:Warren.F.Mckamey@usps.gov>>
Cc: Jay Ross <JayR@torrid.com<mailto:JayR@torrid.com>>
Subject: [EXTERNAL] No Pickup Yesterday


CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.
Hi Fred,

Can you have somebody come in this morning. We didn't have any pickups yesterday and we now have 14 gaylords on the dock.

Best regards,
Rich

Rich Byrnes
Director of Transportation
rbyrnes@torrid.com<mailto:rbyrnes@torrid.com>
cell    740.963.4521
direct 614.385.1390.x 30
[1torrid]