# Exhibit 45



**From:** Cintron, Robert - Washington, DC
**Sent:** Tuesday, July 14, 2020 2:46 PM
**To:** _AREA VICE PRESIDENTS <_AREAVICEPRESIDENTS@usps.gov>; _MOS <_MOS@usps.gov>; _MOS <_MOS@usps.gov>; _NO Mgrs. <_NOMgrs@usps.gov>
**Cc:** McAdams, Kevin L - Merrifield, VA <kevin.l.mcadams@usps.gov>; Colin, Joshua D - Pittsburgh, PA <joshua.d.colin@usps.gov>; Cintron, Robert - Washington, DC <robert.cintron@usps.gov>; Raney, Brent A - Washington, DC <brent.a.raney@usps.gov>; Taylor, Mary T - Washington, DC <mary.t.taylor@usps.gov>; DeChambeau, Jason R - Greensboro, NC <jason.r.dechambeau@usps.gov>; Vo, Jennifer T - Washington, DC <Jennifer.T.Vo@usps.gov>; Perez Redondo, Claire I - Washington, DC <Claire.I.PerezRedondo@usps.gov>; Hagenstein, Stephen B - Pittsburgh, PA <Stephen.B.Hagenstein@usps.gov>
**Subject:** Extra Guideline

Good Afternoon

Attached please find the latest version

Our focus is to eliminate unplanned extra transportation and fully utilize our assets.

We should not impact the customers we have been providing pick ups for , however over the next week we should be utilizing under utilized trips to eliminate the extras
Deviations to the extent possible should be utilized to eliminate the extras

The operating plan must be met

Trips must depart on time

The use of SV is imperative

TSA printers must be activated this week

Consolidation and double stacking are a requirement

Please continue to send me questions or concerns

Thanks

Robert

USPS00000217