# Exhibit 46

|   | B | C | D | E | F |
|---|---|---|---|---|---|
| 1 | **Keys to Success for Elimination of Extras and Lates** | | | | |
| 2 | - TSA Printer must be activated this week | | | | |
| 3 | - Use of SV is imperative | | | | |
| 4 | - Double Stacking is a requirement when bulking out | | | | |
| 5 | - Repurpose underutilized afternoon DU runs to pickup mailer volume | | | | |
| 6 | | | | | |
| 7 | **Extra Trip Reasons:** | **Decision Point** | **If Yes** | **If No** | **Note** |
| 8 | Late FedEx Flight | Can it be processed in time to meet service | Acceptable | Not Acceptable | |
| 9 | Extra Flight due to Mitigation | Was extra flight authorized by HQ | Acceptable | Not Acceptable | |
| 10 | THS Pickup | Normal Flight - Scheduled | Acceptable | Not Acceptable | THS runs should be scheduled and aligned properly to arrival - should not be extra service |
| 11 | Current Customer Pickup | Is it a scheduled trip | Acceptable | Not Acceptable | Must be fully utilized |
| 12 | New Customer | Must be approved through HQ | Acceptable | Not Acceptable | Must be utilized , deviation first |
| 13 | THS Drop | Should be scheduled - not an extra | Acceptable | Not Acceptable | SV will be utilized to determine if the extra is allowable, Operating plan must be met |
| 14 | Late Break at THS | HQ Notification- Can we make service | Acceptable | Not Acceptable | Normal Trip should be held and run late.  Late trip for this reason is authorized. |
| 15 | Regularly Scheduled Network Extra | Requires HQ approval | See notes | See notes | Consult with HQ Surface Operations to set up regular trip and find offsetting cuts |
| 16 | DRO | Are you RPGs and volume aligned properly | See notes | See notes | Ensure RPGs reflect actual processing times and volumes.  Adjust last trip to current processing capabilities |
| 17 | Unplanned Excess Volume | Will you make service and is the last service responsive trip Double stacked | Acceptable | Not Acceptable | SV will be utilized to determine if the extra is allowable, Operating plan must be met |
| 18 | Contractor Omitted Service | Did the contractor fail to run the trip | Acceptable | Not Acceptable | will it be service responsive , if not can it be combined the following day |
| 19 | Contractor Late trip | Can service be achieved | See notes | See notes | Extra only if service can be made and if the late will not be service responsive |
| 20 | Driver health Emergency | Will this cause regular trip to not run | Acceptable | Not Acceptable | Notify HQ NOCC |
| 21 | Contingency Planned Offloads | Are these trips approved by Area | Acceptable | Not Acceptable | Should be part  of mitigation |
| 22 | ISC Offloads | Are current trips being fully utilized | Acceptable | Not Acceptable | Notify HQ operations |
| 23 | Emergency (civil unrest, Covid related, weather) | Notify/Approval from NOCC | Acceptable | Not Acceptable | Notify HQ NOCC/STO |
| 24 | Sunday Transportation | Bulk out expected on Monday, Trips on both days will be fully utilized | Acceptable | Not Acceptable | SV will be utilized,  if you run Sunday , must eliminate Monday unless SV supports bulk out |
| 25 | Directs via the STC | Extra or regular service to move directs to the STC - Requires HQ approval - STO | Acceptable | Not Acceptable | Directs must not be moved to the STC , trip should be double stacked and dispatched from origin |
| 26 | MTE | Have 48 postions been loaded on the trailer | Acceptable | Not Acceptable | Requires HQ Approval, trips to the MTESC must follow SOP - 48 scans |
| 27 | Parcel returns | Requires HQ approval | Acceptable | Not Acceptable | Request approval, we should not be running transportation for returns unless we have it in an NSA |

|    | B   | C                 | D         | E         | F                         |
|----|-----|-------------------|-----------|-----------|---------------------------|
| 28 | STC | Same as the Plants | See notes | See notes | Same rules as above apply |
| 29 |     |                   |           |           |                           |

USPS00000192