# Exhibit 47



# Stand-Up Talk
# Expedited to Street/Afternoon Sortation (ESAS)
# City Carrier

The Postal Service is introducing a new initiative called Expedited to Street/Afternoon Sortation (ESAS).  This program is an enhancement to the current Expedited Preferential Mail (EPM) Delivery Program which reduces morning office time to allow carriers to leave for the street earlier.  Upon returning from the street, the carriers then work any unsorted mail into delivery sequence for delivery the next scheduled day.

In this initiative, City carriers will not sort any mail during the morning operation.  They will clock in, retrieve mail that was pulled down from the previous day and load with the following items:

- Scanner
- Mail in the Hot Case
- Accountables
- SPRS
- Parcels
- Sequenced sets as directed by management
- DPS/FSS (as applicable)

Any unsorted First Class flats will go directly to the street with the carrier and will be routed in delivery sequence while on the street.

Upon return from the street delivery, carriers will sort all mail, as directed by management.  During this time they will also handle any ancillary duties previously performed in the morning (edit books, hold mail, etc.)

In summary, the basic guidelines of Expedited to Street/Afternoon Sortation are:

- No morning sortation
- Retrieve, Load, and Go
- Minimal morning office time (vehicle inspection, service/safety talk, accountables)
- Afternoon Duties
    - Sort all available mail
    - Pull down route and stage for next delivery day
    - Edit books, hold mail, etc.



# EXPEDITED TO STREET AFTERNOON SORTATION (ESAS)

## JULY 16, 2020

1



# Why We Need to Change



Cased volume has declined significantly over the past ten years while delivery points continue to expand.

Source: eFlash



## Why We Need to Change



Monthly City Carrier Overtime Hours

Source: eFlash, Payroll Summary Report – Dollar Amounts are an estimate based on current OT Hour rate of $39.72



**The Questions**

- What is an effective and efficient way of reducing City Carrier overtime in a declining mail volume environment?

- How do we reduce waiting time and better prepare our delivery unit managers to more effectively match workhours to workload?

> "In life,
> change is inevitable.
> In business,
> change is vital."
>
> Warren Bennis

5

UNITED STATES
POSTAL SERVICE®

**An Answer**

# **E**xpedited to **S**treet **A**fternoon **S**ortation (ESAS)

 **What is ESAS?**

# Expedited to Street/Afternoon Sortation

- Enhancement of Expedited Preferential Mail (EPM) Delivery Program

- Reduces Morning Office Time for City Carriers

  - Provides More Consistent Delivery Times

  - No Letters/Flats Sorted Prior to Departing for the Route

- Afternoon Sortation and Pull Down Route After Street Delivery

  - Stage for Delivery the Next Scheduled Day

 **Benefits of ESAS**

## Advantages of ESAS:

- Consistent Delivery Times for our Customers
- Greater Opportunity for Organizing, Directing, Coordinating, and Controlling City Delivery Operations
  - All Sortable Volume Staged at Carrier's Case Prior to Return from Street
- Increased Efficiency
- Reduce Costs
  - Workload Management--Auxiliary Assistance/Overtime
- Flexibility in Assigning Assistance to Routes
- Expedited Vehicle Availability for Collection/Courtesy Routes
- Advancement of Mail Back to the Plants

 **F1 Roles and Responsibilities**

## Processing's Role in the Success

<u>Letters</u>

- DPS Maximization
- Do Not Send Mail that Failed to Make First Pass
  - Re-Run for Next Day
- Only Second Pass Rejects
  - Must be Carrier Routed



<u>Flats</u>

- Separate Standard and First Class Flats
- Marketing Mail Bundles
  - In Delivery Units No Later than Day 2
  - Color Codes Must be Applied
  - Placarding

9

  **F1 Roles and Responsibilities**

## Processing's Role in the Success



Parcels/SPRs

- All Available Sent Every Trip
  - Do Not Wait for Run Finalization
- No Extras After Scheduled DOV Trip
- Clear Communication with Delivery Units on Processing Delays

Communication

- SWI's and SUT's to Employees

# All Morning Trips Must be on Time

10





# F4 ESAS Process



12

 **UNITED STATES POSTAL SERVICE®**                    **F4 Roles and Responsibilities**

## Function 4's Role in the Success

Prior to Distribution Up Time (DUT)

- All Parcels, SPRs and First Class Flats are Finalized Before DUT
  - Separate SPRs from Parcels
  - First Class Flats Sorted into Hot Case
- Prepare Accountable Cart Prior to City Carrier Begin Tour
- Perform All Bundle Visibility Scans



After DUT

- Process All Residual Volumes, Spread Pre-sort/Sequenced Bundles, Carrier Route and AFSM Mail to Cases Prior to 1400
- Sort Misthrows and Carrier Endorsed Mail
- Sort Any Parcels/SPRs Received After DUT

13



# F2 Current Process







## F2 ESAS Process

### Morning Duties



### Afternoon Duties



15

 **F2 Roles and Responsibilities**

## Function 2's Role in the Success

<u>Reduce Morning Office Time</u>

- Do NOT Sort Mail While in the Office in the Morning
- Fixed Office Time (FOT) Duties
  - Service/Safety Talk (L21), Vehicle Inspection (L19), Accountable Cart(L14)
  - Retrieve Scanner, Parcels, SPRs, Sequenced Mail and Retrieve Mail Pulled Down Previous Day (L21)
  - Take First Class Flats from the Hot Case (L21)
    - To be Routed in Delivery Order While on the Street
  - Leave on Schedule / Return on Schedule

16

 **F2 Roles and Responsibilities**

## Function 2's Role in the Success

Report for work promptly as scheduled (M-41 112.22)

Deliver mail along a prescribed route, on a regular schedule (M-41 122.11)

Return to the delivery unit immediately on completion of assigned street duties and promptly clock in on arrival (M-41 112.29)

17

 **UNITED STATES POSTAL SERVICE®**          **F2 Roles and Responsibilities**

## Function 2's Role in the Success

<u>Afternoon Sortation Time</u>



- Pull Distribution (Hot) Case
- Sort All Mail at Case
- Pull Down Route
- Stage Pulled Down Mail for Next Delivery Day
  - Placard

*2 Into 1 Units will need to stagger start times according to street base

18

 **Local Management Roles and Responsibilities**

## Local Management's Role in the Success

<u>Oversight to Ensure ESAS is Properly Implemented</u>

- Communication
  - Guidebooks, SWIs, and SUTs
  - Scheduling
    - City Carrier Start Times **Reset** at DUT or Later
  - Office Expectations
    - DPS Hold-outs Reviewed and Approved
  - Street Expectations
    - Carriers MUST Maintain Schedule
- Monitor Performance Using Scorecard Metrics
- Determine ESAS Effectiveness
- Proper Reporting in CSDRS

19

 **Local Management Roles and Responsibilities**

## Local Management's Role in the Success

<u>Expectations</u>

- Reduce City Carrier Overtime
  - Eliminate Pre-Tour Overtime
- Eliminate Standby Time
- Street Observations
- Afternoon Supervision is a **MUST**
  - Observing City Carrier Sortation
  - 3996 Process



20

 **Roles and Responsibilities—District Leadership**

## District Leadership's Role in the Success

Facilitate Partnership and Communication
- Between Plants and ESAS Delivery Units
- Ensure All Necessary Operational Adjustments are Implemented

Evaluate Performance of all ESAS Delivery Units
- Monitor Performance Against Scorecard Metrics
- Determine ESAS Effectiveness

Expectations
- Mail Processing, Distribution and Delivery
  - Utilize Findings and Provide Feedback
  - Suggest Enhancements for Improved Efficiency

21



ESAS Test Details

- 384 Delivery Units Nationwide

- Start Date of Test is Saturday July 25, 2020
  - Test for a Period of 30 Days (Go/No Go)
  - Extension May be up to 60 Days

- Progress Tracked Using the Metrics Scorecard
  - C360 Metric to be Added

- Support Materials
  - Standard Work Instructions (SWI's)
  - Stand-up Talks (SUTs)
  - Guidebook

23

| Standard Work Instructions: | Expedited to Street/Afternoon Sortation (ESAS) First Class Flats and Go | City Delivery Operations |
|---|---|---|
| Purpose: | To Assist Management of the Expedited to Street/Afternoon Sortation Initiative | |
| Updated on: | 07-16-2020 | Version 4 |

 Clock In →  Retrieve Pulled Down Mail and All Mail Assigned for Current Day Delivery → Case and Pull Down All Mail as Instructed by Management upon return from street →  End Tour



| | **Key Points** | **Reasons for Key Points** |
|---|---|---|
|   | **Morning duties**<br><br>• Stand Up talk<br>• Vehicle inspection<br>• Retrieve scanner<br>• Accountable cart<br>• Parcels and SPRs<br>• Sequenced sets as directed by management<br>• Pull First Class flats from Hot Case*<br>• DPS/FSS (as applicable)<br>• Load Vehicle<br><br>*Routed into delivery sequence while on the street  | • Carriers are not to sort mail into a case in the morning<br><br>• Carriers are to have minimal morning office duties to allow for earlier leaving time<br><br>• Improve consistency in delivery time to our customer<br><br>• Earlier return from street |
|  | **Afternoon Duties**<br><br>• Case all available mail as directed by management (may advance color codes) This includes, but is not limited to:<br>  • Residual<br>  • Mis-sequenced<br>  • Carrier Route/NLM/non-preferential AFSM<br>• Ancillary duties<br>  • Hold mail<br>  • PS Form 3982/COARS labels<br>  • Alert Cards<br>  • Edit book<br>• Complete PS Form 1571 for any unworked non-preferential mail<br>• Pull down route and stage for next delivery day at designated area | • All mail is available upon return from street<br><br>• Reduced office waiting time<br><br>• Carrier has majority of mail prepared for next day delivery |

| Standard Work Instructions: | Expedited to Street/Afternoon Sortation (ESAS) First Class Flats and Go | Retail Operations |
|---|---|---|
| Purpose: | To Provide Guidelines for Priority of Duties under the Expedited to Street/Afternoon Sortation (ESAS) | |
| Updated on: | 07-16-2020 | Version 3 |

## Duties Prior to DUT



## Duties After DUT

| | **Key Points** | **Reasons for Key Points** |
|---|---|---|
| | **Duties Prior to DUT**<br><br>• **Parcels and SPRs to be worked first and finalized before Distribution Up Time (DUT)**<br>  • SPRs must be separated from parcels<br>• **First Class flats**<br>  • Residual First Class Flats worked into Hot Case before DUT<br>• **Accountable cart preparation**<br>  • MyPO orders<br>  • Accountable items<br>• **Stage DPS/FSS**<br>• **Scan DUT after Parcel, SPR and First Class Flat sortation is complete**<br>• **Letter and non-preferential flats are only to be worked if all parcels, SPRs and First Class flat distribution is finalized**<br>• **Perform all Bundle Visibility scans** | • Finalize the distribution of parcels, SPRs and First Class flats prior to DUT<br><br>• Allow resources to be focused on key product lines in order to better achieve the target DUT |
|  | **Duties After DUT**<br><br>• **Work all remaining volumes**<br>  • Residual letters and flats<br>  • Carrier route and AFSM non-preferential volumes<br>  • Presort/sequenced bundle distribution<br>  • All parcels/SPRs received after DUT<br>  • Mail from throwback case<br>  • 3M mail | • Ensure all mail is finalized prior to carrier's return from street<br><br>• Ensure all available parcels/SPRs are distributed to reduce AM working volume |


**UNITED STATES POSTAL SERVICE ®**

## Stand-Up Talk
## Expedited to Street/Afternoon Sortation (ESAS)
## Clerk

The Postal Service is introducing a new initiative called Expedited to Street/Afternoon Sortation (ESAS).  This program is an enhancement of the current Expedited Preferential Mail (EPM) Delivery Program which reduces morning office time to allow carriers to get on the street earlier.  Upon returning from the street, City Carriers then work any unsorted mail into the delivery sequence for delivery the next scheduled day.

In this initiative, clerks will work the following items prior to Distribution Up-Time (DUT):
- Parcels
- SPRs (Small Parcels and Rolls)
- Case First Class flats into "Hot Case"
- Stage DPS/FSS
- Accountable cart
    - MyPO orders
    - Accountable items (certifieds, keys, etc.)
- Scan DUT after Parcel, SPR and First Class flat sortation is complete
- Perform all Bundle Visibility Scans

After DUT and prior to carrier return from the street (by 1400), the below are to be completed:
- Spread presort/sequenced bundles to cases
- Spread Carrier route and AFSM non-preferential volumes to cases
- Residual letters and flats
- Mail from throwback cases
- 3M mail
- All parcels/SPRs received after DUT (Prior to Last Clerk's End Tour)

Clerks will be better able to achieve the target DUT by focusing our resources on the key product lines: Parcels, SPRs, and First Class flats.  This will allow our carriers to go directly to the street in the morning, thus providing our customers a more consistent delivery time.  Service is part of our name, and a great customer service experience is a way to continue to build the brand.

Expedited to Street/Afternoon Sortation
July 2020

 **UNITED STATES POSTAL SERVICE** ®

## Stand-Up Talk
## Expedited to Street/Afternoon Sortation (ESAS)
## City Carrier

The Postal Service is introducing a new initiative called Expedited to Street/Afternoon Sortation (ESAS).  This program is an enhancement to the current Expedited Preferential Mail (EPM) Delivery Program which reduces morning office time to allow carriers to leave for the street earlier.  Upon returning from the street, the carriers then work any unsorted mail into delivery sequence for delivery the next scheduled day.

In this initiative, City carriers will not sort any mail during the morning operation.  They will clock in, retrieve mail that was pulled down from the previous day and load with the following items:

- Scanner
- Mail in the Hot Case
- Accountables
- SPRS
- Parcels
- Sequenced sets as directed by management
- DPS/FSS (as applicable)

Any unsorted First Class flats will go directly to the street with the carrier and will be routed in delivery sequence while on the street.

Upon return from the street delivery, carriers will sort all mail, as directed by management.  During this time they will also handle any ancillary duties previously performed in the morning (edit books, hold mail, etc.)

In summary, the basic guidelines of Expedited to Street/Afternoon Sortation are:

- No morning sortation
- Retrieve, Load, and Go
- Minimal morning office time (vehicle inspection, service/safety talk, accountables)
- Afternoon Duties
  - Sort all available mail
  - Pull down route and stage for next delivery day
  - Edit books, hold mail, etc.

Expedited to Street/Afternoon Sortation
July 2020