# Exhibit 48

### News & information

July 21, 2020

**USPS announces new ESAS delivery initiative test**

In a letter dated July 16, 2020, the Postal Service informed NALC of a new delivery initiative test titled Expedited Street/Afternoon Sortation (ESAS). Rather than discuss this concept with NALC in the Joint City Delivery Task Force, USPS chose to test it unilaterally without NALC participation. USPS states the purpose of this test is to determine if the Expedited Preferential Mail (EPM) program can be enhanced to assist in reducing the morning office time for city letter carriers by enabling them to get on the street earlier. EPM is a long-time program established in Handbook M-39 and Handbook M-41 that involves casing non-preferential mail in the afternoon after completing street duties. USPS believes that their new version of this program will enhance customer service by providing more consistent delivery times. The test is scheduled to begin on July 25, 2020, and anticipated to continue for approximately thirty to sixty days in 384 selected sites. The list of test sites can be found **here**.

This unilateral test of ESAS should not be confused with the EPM program outlined in the handbooks. EPM is a long-established program in which letter carriers normally case only preferential and time-value mail in the morning. The casing of non-preferential mail and markup work is done in the afternoon when the carrier returns from the route. This is designed to move the majority of carrier casing time to the afternoon. In an EPM office, city carriers would clock-in, withdraw and case only preferential mail, obtain and process accountable items and small parcels and rolls (SPRs), pull-down, obtain parcels, load their vehicles, and leave for normal street delivery. After completion of street duties, city carriers would perform normal return-to-office functions and then begin casing all non-preferential mail. After all non-preferential mail has been cased, the mail will be left in the case until the next morning.

Several guidelines related to the EPM program are contained in Handbook M-39, *Management of Delivery Services* and Handbook M-41, *City Delivery Carriers Duties and Responsibilities*. These and other **USPS handbooks** can be found on the NALC website.

The ESAS initiative, as described, does not appear to conform to the handbook provisions contained in the M-39 and M-41 relating to EPM and other office activities. The ESAS test requires carriers to clock-in, attend any service or safety talk, perform vehicle inspections, obtain accountable items, set-up their scanner, retrieve the parcel hamper, line up the SPRs, and retrieve the mail cased and pulled down the previous afternoon. Instead of casing their SPRs, carriers will line them up in delivery order prior to pulling their hot case mail and then immediately clock to the street to load their vehicle and begin delivery. Under the test, there is to be no casing of mail in the morning. Letter carriers will withdraw hot case preferential flats and are expected to route them in order of delivery on the street. Upon returning to the office, carriers will complete the normal return-to-office afternoon duties. After completion of these duties, carriers will then case and pull down all mail distributed to the route in preparation for the next day's delivery.

As previously stated, this test as communicated to NALC, is not fully compliant with Article 19 of the National Agreement related to the applicable handbook provisions. NALC representatives are discussing the issues we have with this initiative with USPS representatives at the headquarters level. Shop stewards and branch officers should monitor the test process, review applicable contractual and handbook provisions, and file appropriate grievances where contract violations occur. Please contact your National Business Agent's office for guidance, assistance, and communication regarding the test.

**Positive SSL Wildcard**

## Expedited to Street Afternoon Sortation (ESAS) Test Sites

| AREA | DISTRICT | OFFICE NAME | DOIS ROUTES | ZIP Codes 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAPITAL METRO | ATLANTA PFC | ATL-DORAVILLE BR | 43 | 30340 | 30341 | 30360 | | | | | |
| CAPITAL METRO | ATLANTA PFC | DECATUR PO | 59 | 30030 | 30032 | 30033 | | | | | |
| CAPITAL METRO | ATLANTA PFC | NORCROSS PO | 38 | 30071 | 30093 | | | | | | |
| CAPITAL METRO | ATLANTA PFC | ATL-NORTHRIDGE BR | 49 | 30328 | 30350 | | | | | | |
| CAPITAL METRO | ATLANTA PFC | MAR-MOUNT BETHEL BR | 52 | 30067 | 30068 | | | | | | |
| CAPITAL METRO | ATLANTA PFC | ATL-RALPH MCGILL CARR | 50 | 30306 | 30307 | 30308 | | | | | |
| CAPITAL METRO | BALTIMORE PFC | BAL-PIKESVILLE-BR | 28 | 21208 | | | | | | | |
| CAPITAL METRO | BALTIMORE PFC | BAL-RASPEBURG STA | 35 | 21206 | | | | | | | |
| CAPITAL METRO | BALTIMORE PFC | BAL-ARLINGTON STA | 45 | 21215 | | | | | | | |
| CAPITAL METRO | BALTIMORE PFC | HAGERSTOWN PO | 51 | 21740 | 21742 | | | | | | |
| CAPITAL METRO | BALTIMORE PFC | GLEN BURNIE PO | 51 | 21060 | 21061 | | | | | | |
| CAPITAL METRO | BALTIMORE PFC | BAL-WAVERLY STA | 37 | 21218 | | | | | | | |
| CAPITAL METRO | CAPITAL PFC | WDC-ANACOSTA STA | 30 | 20020 | | | | | | | |
| CAPITAL METRO | CAPITAL PFC | WDC-RIVER TERRACE CR | 42 | 20019 | | | | | | | |
| CAPITAL METRO | CAPITAL PFC | GBG-DIAMOND FARMS STA | 38 | 20878 | | | | | | | |
| CAPITAL METRO | CAPITAL PFC | TEMPLE HILLS PO | 27 | 20748 | | | | | | | |
| CAPITAL METRO | CAPITAL PFC | SSP-CARRIER ANX | 85 | 20901 | 20903 | 20904 | | | | | |
| CAPITAL METRO | CAPITAL PFC | FT WASHINGTON PO | 40 | 20744 | | | | | | | |
| CAPITAL METRO | GREATER SOUTH CAROLIN PFC | CAE-DUTCH FORK BR | 32 | 29210 | 29212 | | | | | | |
| CAPITAL METRO | GREATER SOUTH CAROLIN PFC | GREENWOOD PO | 17 | 29646 | 29649 | | | | | | |
| CAPITAL METRO | GREATER SOUTH CAROLIN PFC | SUMTER PO | 25 | 29150 | 29153 | 29154 | | | | | |
| CAPITAL METRO | GREATER SOUTH CAROLIN PFC | CAE-MAIN OFFICE STA | 76 | 29201 | 29203 | 29204 | 29205 | | | | |
| CAPITAL METRO | GREATER SOUTH CAROLIN PFC | FLORENCE PO | 34 | 29501 | 29505 | 29506 | | | | | |
| CAPITAL METRO | GREATER SOUTH CAROLIN PFC | SPARTANBURG PO | 47 | 29302 | 29303 | 29306 | 29307 | | | | |
| CAPITAL METRO | GREENSBORO PFC | HICKORY PO | 33 | 28601 | 28602 | | | | | | |
| CAPITAL METRO | GREENSBORO PFC | WIN-MAIN OFFICE STA | 48 | 27101 | 27105 | | | | | | |
| CAPITAL METRO | GREENSBORO PFC | WIN-WAUGHTOWN STA | 39 | 27107 | 27127 | | | | | | |
| CAPITAL METRO | GREENSBORO PFC | BURLINGTON PO | 36 | 27215 | 27217 | | | | | | |
| CAPITAL METRO | GREENSBORO PFC | WIN-NORTH POINT STA | 31 | 27106 | | | | | | | |
| CAPITAL METRO | GREENSBORO PFC | DUR-SHANNON PLAZA STA | 34 | 27707 | | | | | | | |
| CAPITAL METRO | MID-CAROLINAS PFC | CLT- NORTH TRYON STA | 27 | 28206 | 28213 | 28262 | | | | | |
| CAPITAL METRO | MID-CAROLINAS PFC | CLT-INDEPENDENCE CARR | 81 | 28205 | 28207 | 28211 | | | | | |
| CAPITAL METRO | MID-CAROLINAS PFC | CLT-MINUET CARRIER AN | 62 | 28209 | 28210 | | | | | | |
| CAPITAL METRO | MID-CAROLINAS PFC | CLT-YORKMONT STA | 45 | 28208 | 28217 | | | | | | |
| CAPITAL METRO | MID-CAROLINAS PFC | FAY-TOKAY CARR ANX | 35 | 28301 | 28311 | 28312 | | | | | |
| CAPITAL METRO | MID-CAROLINAS PFC | CLT-DOWNTOWN STA | 46 | 28202 | 28203 | 28204 | | | | | |
| CAPITAL METRO | NORTHERN VIRGINIA PFC | ARLINGTON PO | 29 | 22201 | 22211 | | | | | | |
| CAPITAL METRO | NORTHERN VIRGINIA PFC | SPRINGFIELD PO | 36 | 22150 | 22153 | | | | | | |
| CAPITAL METRO | NORTHERN VIRGINIA PFC | FAIRFAX PO | 26 | 22030 | | | | | | | |
| CAPITAL METRO | NORTHERN VIRGINIA PFC | FALLS CHURCH PO | 40 | 22042 | 22043 | | | | | | |
| CAPITAL METRO | NORTHERN VIRGINIA PFC | ALX-KINGSTOWNE BR | 38 | 22310 | 22315 | | | | | | |
| CAPITAL METRO | NORTHERN VIRGINIA PFC | SPR-BURKE BR | 35 | 22015 | 22151 | | | | | | |
| CAPITAL METRO | RICHMOND PFC | VAB-BAYSIDE STA | 31 | 23455 | | | | | | | |
| CAPITAL METRO | RICHMOND PFC | HAMPTON PO | 75 | 23661 | 23666 | 23669 | | | | | |
| CAPITAL METRO | RICHMOND PFC | RIC-AMPTHILL BR | 25 | 23234 | 23237 | | | | | | |
| CAPITAL METRO | RICHMOND PFC | RIC-MONTROSE HEIGHTS | 52 | 23075 | 23223 | 23231 | | | | | |
| CAPITAL METRO | RICHMOND PFC | VIRGINIA BEACH PO | 44 | 23452 | | | | | | | |
| CAPITAL METRO | RICHMOND PFC | RICHMOND PO | 63 | 23219 | 23220 | 23222 | 23227 | | | | |
| EASTERN | APPALACHIAN PFC | FAIRMONT PO | 20 | 26554 | | | | | | | |
| EASTERN | APPALACHIAN PFC | CHARLESTON PO | 64 | 25015 | 25301 | 25302 | 25304 | 25306 | 25311 | 25314 | 25315 |
| EASTERN | APPALACHIAN PFC | SALEM PO | 19 | 24153 | | | | | | | |
| EASTERN | APPALACHIAN PFC | SAINT ALBANS PO | 23 | 25143 | 25177 | | | | | | |
| EASTERN | APPALACHIAN PFC | MORGANTOWN PO | 36 | 26501 | 26505 | | | | | | |
| EASTERN | APPALACHIAN PFC | MARTINSVILLE PO | 11 | 24112 | | | | | | | |
| EASTERN | CENTRAL PENNSYLVANIA PFC | SCR-MAIN OFFICE DELIV | 72 | 18503 | 18505 | 18508 | 18509 | 18510 | 18519 | | |
| EASTERN | CENTRAL PENNSYLVANIA PFC | HBG-LOWER PAXTON BR | 43 | 17109 | 17112 | | | | | | |
| EASTERN | CENTRAL PENNSYLVANIA PFC | LEBANON PO | 36 | 17042 | 17046 | | | | | | |
| EASTERN | CENTRAL PENNSYLVANIA PFC | RDG-READING STA | 31 | 19602 | 19606 | | | | | | |
| EASTERN | CENTRAL PENNSYLVANIA PFC | EASTON PO | 47 | 18040 | 18042 | 18045 | | | | | |
| EASTERN | CENTRAL PENNSYLVANIA PFC | YRK-WEST BR | 66 | 17315 | 17401 | 17403 | 17404 | 17408 | | | |
| EASTERN | KENTUCKIANA PFC | LEX-BRENTWOOD STA | 32 | 40507 | 40508 | 40511 | | | | | |
| EASTERN | KENTUCKIANA PFC | LOU-LYNDON BR | 38 | 40222 | 40241 | 40242 | | | | | |
| EASTERN | KENTUCKIANA PFC | LOU-OKOLONA BR | 51 | 40219 | 40229 | | | | | | |
| EASTERN | KENTUCKIANA PFC | LEX-BLUE GRASS STA | 78 | 40502 | 40515 | 40517 | | | | | |
| EASTERN | KENTUCKIANA PFC | EVN-DIAMOND VALLEY ST | 44 | 47710 | 47711 | 47725 | | | | | |
| EASTERN | KENTUCKIANA PFC | EVN-WEST WABASH STA | 36 | 47708 | 47712 | 47713 | 47720 | | | | |
| EASTERN | NORTHERN OHIO PFC | LORAIN PO | 55 | 44052 | 44053 | 44054 | 44055 | | | | |
| EASTERN | NORTHERN OHIO PFC | LIMA PO | 58 | 45801 | 45804 | 45805 | 45806 | 45807 | | | |
| EASTERN | NORTHERN OHIO PFC | CLE-WEST PARK STA | 38 | 44111 | | | | | | | |
| EASTERN | NORTHERN OHIO PFC | MENTOR PO | 57 | 44060 | | | | | | | |
| EASTERN | NORTHERN OHIO PFC | CLE-BEDFORD BR | 49 | 44137 | 44146 | | | | | | |
| EASTERN | NORTHERN OHIO PFC | CLE-SHAKER HTS STA | 65 | 44120 | 44128 | | | | | | |
| EASTERN | OHIO VALLEY PFC | DAY-DAYTON VIEW STA | 53 | 45402 | 45405 | 45406 | | | | | |
| EASTERN | OHIO VALLEY PFC | ZANESVILLE PO | 30 | 43701 | | | | | | | |
| EASTERN | OHIO VALLEY PFC | COL-SOUTH COLUMBUS ST | 31 | 43207 | | | | | | | |

Expedited to Street Afternoon Sortation (ESAS) Test Sites

| AREA | DISTRICT | OFFICE NAME | DOIS ROUTES | ZIP Codes 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EASTERN | OHIO VALLEY PFC | NEWPORT PO | 45 | 41071 | 41073 | 41074 | 41075 | 41076 | | | |
| EASTERN | OHIO VALLEY PFC | DAY-HUBER HEIGHTS BR | 40 | 45424 | | | | | | | |
| EASTERN | OHIO VALLEY PFC | WESTERVILLE PO | 37 | 43081 | 43082 | 43240 | | | | | |
| EASTERN | PHILADELPHIA METROPO PFC | PHI-WEST PARK STA | 25 | 19131 | | | | | | | |
| EASTERN | PHILADELPHIA METROPO PFC | LANSDOWNE PO | 45 | 19050 | 19064 | | | | | | |
| EASTERN | PHILADELPHIA METROPO PFC | LEVITTOWN PO | 62 | 19030 | 19054 | 19055 | 19056 | 19057 | | | |
| EASTERN | PHILADELPHIA METROPO PFC | MORRISVILLE PO | 46 | 19067 | | | | | | | |
| EASTERN | PHILADELPHIA METROPO PFC | UPR-HAVERTOWN-U DARBY | 48 | 19083 | 19096 | | | | | | |
| EASTERN | PHILADELPHIA METROPO PFC | LANGHORNE PO | 47 | 19047 | 19053 | | | | | | |
| EASTERN | SOUTH JERSEY PFC | ATLANTIC CITY PO | 42 | 08203 | 08401 | 08406 | | | | | |
| EASTERN | SOUTH JERSEY PFC | HOWELL PO | 23 | 07727 | 07731 | | | | | | |
| EASTERN | SOUTH JERSEY PFC | RED BANK PO | 48 | 07701 | 07702 | 07704 | 07739 | | | | |
| EASTERN | SOUTH JERSEY PFC | ASBURY PARK PO | 32 | 07711 | 07712 | 07723 | | | | | |
| EASTERN | SOUTH JERSEY PFC | LAKEHURST PO | 28 | 08733 | 08759 | | | | | | |
| EASTERN | SOUTH JERSEY PFC | LONG BRANCH PO | 28 | 07740 | | | | | | | |
| EASTERN | TENNESSEE PFC | JOH-CARROLL REESE STA | 15 | 37604 | | | | | | | |
| EASTERN | TENNESSEE PFC | CLEVELAND PO | 33 | 37311 | 37312 | 37323 | | | | | |
| EASTERN | TENNESSEE PFC | KNO-CONCORD BR | 7 | 37934 | | | | | | | |
| EASTERN | TENNESSEE PFC | KNO-NORTHWEST CARRIER | 41 | 37909 | 37912 | 37921 | | | | | |
| EASTERN | TENNESSEE PFC | CHA-EASTGATE STA | 43 | 37411 | 37421 | | | | | | |
| EASTERN | TENNESSEE PFC | ROSSVILLE PO | 19 | 30741 | 30742 | | | | | | |
| EASTERN | WESTERN NEW YORK PFC | BFL-SOUTHSIDE STA | 33 | 14218 | 14220 | | | | | | |
| EASTERN | WESTERN NEW YORK PFC | BFL-CENTRAL PARK STA | 47 | 14209 | 14214 | 14215 | | | | | |
| EASTERN | WESTERN NEW YORK PFC | BFL-CHEEKTOWAGA BR | 51 | 14225 | 14227 | | | | | | |
| EASTERN | WESTERN NEW YORK PFC | ROC-LEXINGTON STA | 47 | 14606 | 14613 | 14615 | | | | | |
| EASTERN | WESTERN NEW YORK PFC | BFL-NORTHSIDE STA | 58 | 14207 | 14216 | 14217 | | | | | |
| EASTERN | WESTERN NEW YORK PFC | BFL-AMHERST BR | 45 | 14226 | 14228 | | | | | | |
| EASTERN | WESTERN PENNSYLVANIA PFC | PIT-E LIBERTY STA | 67 | 15206 | 15208 | 15217 | 15232 | | | | |
| EASTERN | WESTERN PENNSYLVANIA PFC | PIT-MT OLIVER BR | 39 | 15203 | 15210 | 15211 | | | | | |
| EASTERN | WESTERN PENNSYLVANIA PFC | PIT-WOODS RUN STA | 64 | 15202 | 15212 | 15214 | 15225 | 15233 | | | |
| EASTERN | WESTERN PENNSYLVANIA PFC | WHEELING PO | 34 | 26003 | 26031 | 26040 | | | | | |
| EASTERN | WESTERN PENNSYLVANIA PFC | PIT-GREENTREE BR | 65 | 15106 | 15204 | 15205 | 15220 | | | | |
| EASTERN | WESTERN PENNSYLVANIA PFC | PIT-PENN HILLS BR | 63 | 15221 | 15235 | | | | | | |
| GREAT LAKES | CENTRAL ILLINOIS PFC | BERWYN PO | 39 | 60402 | | | | | | | |
| GREAT LAKES | CENTRAL ILLINOIS PFC | ELMHURST PO | 52 | 60126 | | | | | | | |
| GREAT LAKES | CENTRAL ILLINOIS PFC | GLEN ELLYN PO | 36 | 60137 | | | | | | | |
| GREAT LAKES | CENTRAL ILLINOIS PFC | MELROSE PARK PO | 39 | 60160 | 60164 | 60165 | | | | | |
| GREAT LAKES | CENTRAL ILLINOIS PFC | TINLEY PARK PO | 43 | 60477 | 60478 | | | | | | |
| GREAT LAKES | CENTRAL ILLINOIS PFC | OAK PARK PO | 38 | 60301 | 60302 | | | | | | |
| GREAT LAKES | CHICAGO PFC | CHI-GRACELAND CARRIER | 59 | 60657 | | | | | | | |
| GREAT LAKES | CHICAGO PFC | CHI-SOUTH WEST CARRIE | 96 | 60629 | 60632 | | | | | | |
| GREAT LAKES | CHICAGO PFC | CHI-IRVING PARK STA | 43 | 60641 | | | | | | | |
| GREAT LAKES | CHICAGO PFC | CHI-CICERO BR | 36 | 60804 | | | | | | | |
| GREAT LAKES | CHICAGO PFC | CHI-JEFFERSON PARK CA | 41 | 60630 | | | | | | | |
| GREAT LAKES | CHICAGO PFC | CHI-JOHN J BUCHANAN S | 57 | 60617 | | | | | | | |
| GREAT LAKES | DETROIT PFC | PORT HURON PO | 55 | 48040 | 48049 | 48059 | 48060 | 48074 | | | |
| GREAT LAKES | DETROIT PFC | MOUNT CLEMENS PO | 87 | 48035 | 48036 | 48043 | 48045 | | | | |
| GREAT LAKES | DETROIT PFC | JACKSON PO | 60 | 49201 | 49202 | 49203 | 49254 | | | | |
| GREAT LAKES | DETROIT PFC | ST CLAIR SHORES PO | 72 | 48080 | 48081 | 48082 | | | | | |
| GREAT LAKES | DETROIT PFC | TRENTON PO | 40 | 48183 | | | | | | | |
| GREAT LAKES | DETROIT PFC | SOUTHFIELD PO | 110 | 48025 | 48033 | 48034 | 48075 | 48076 | | | |
| GREAT LAKES | GATEWAY PFC | BEL-DUTCH HOLLOW STA | 53 | 62208 | 62223 | 62226 | | | | | |
| GREAT LAKES | GATEWAY PFC | SPF-NORTHEAST CARRIER | 70 | 62702 | 62703 | | | | | | |
| GREAT LAKES | GATEWAY PFC | COLUMBIA MO PO | 38 | 65203 | | | | | | | |
| GREAT LAKES | GATEWAY PFC | FENTON PO | 31 | 63026 | | | | | | | |
| GREAT LAKES | GATEWAY PFC | HAZELWOOD PO | 35 | 63042 | 63044 | | | | | | |
| GREAT LAKES | GATEWAY PFC | JEF-CAPITAL VIEW STA | 38 | 65101 | 65109 | | | | | | |
| GREAT LAKES | GREATER INDIANA PFC | BLOOMINGTON PO | 28 | 47403 | 47404 | | | | | | |
| GREAT LAKES | GREATER INDIANA PFC | KOKOMO PO | 49 | 46901 | 46902 | | | | | | |
| GREAT LAKES | GREATER INDIANA PFC | IND-BACON STA | 58 | 46205 | 46220 | | | | | | |
| GREAT LAKES | GREATER INDIANA PFC | HMD-FSTA | 35 | 46320 | 46324 | 46327 | | | | | |
| GREAT LAKES | GREATER INDIANA PFC | FWA-NORTHWOOD STA | 29 | 46815 | 46835 | | | | | | |
| GREAT LAKES | GREATER INDIANA PFC | ANDERSON PO | 59 | 46011 | 46012 | 46013 | 46016 | 46017 | | | |
| GREAT LAKES | GREATER MICHIGAN PFC | SAG-CUMBERLAND STREET | 55 | 48601 | 48602 | 48607 | | | | | |
| GREAT LAKES | GREATER MICHIGAN PFC | MUSKEGON PO | 55 | 49440 | 49441 | 49442 | | | | | |
| GREAT LAKES | GREATER MICHIGAN PFC | BATTLE CREEK PO | 54 | 49014 | 49015 | 49017 | 49037 | | | | |
| GREAT LAKES | GREATER MICHIGAN PFC | SAG-BOARDWALK BR | 44 | 48603 | 48604 | 48609 | 48638 | | | | |
| GREAT LAKES | GREATER MICHIGAN PFC | LAN-SW CARRIER ANX | 63 | 48910 | 48911 | | | | | | |
| GREAT LAKES | GREATER MICHIGAN PFC | GRR-NORTHWEST BR | 51 | 49504 | 49534 | 49544 | | | | | |
| GREAT LAKES | LAKELAND PFC | MIL-N MILWAUKEE STA | 36 | 53209 | | | | | | | |
| GREAT LAKES | LAKELAND PFC | MADISON MAIN CARRIER | 63 | 53704 | 53706 | 53714 | 53716 | | | | |
| GREAT LAKES | LAKELAND PFC | MAD-WESTSIDE STA | 46 | 53711 | 53717 | 53719 | | | | | |
| GREAT LAKES | LAKELAND PFC | APPLETON PO | 61 | 54911 | 54914 | 54915 | | | | | |
| GREAT LAKES | LAKELAND PFC | MIL-FRED JOHN STA | 44 | 53222 | 53225 | | | | | | |
| GREAT LAKES | LAKELAND PFC | RAC-FOUR MILE STA | 54 | 53402 | 53403 | 53404 | | | | | |

Expedited to Street Afternoon Sortation (ESAS) Test Sites

| AREA | DISTRICT | OFFICE NAME | DOIS ROUTES | ZIP Codes | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| NORTHEAST | ALBANY PFC | LIVERPOOL PO | 20 | 13088 | | | | | | | |
| NORTHEAST | ALBANY PFC | ROME PO | 24 | 13440 | 13441 | | | | | | |
| NORTHEAST | ALBANY PFC | SYR-SOLVAY BR | 30 | 13031 | 13209 | 13219 | | | | | |
| NORTHEAST | ALBANY PFC | UTICA PO | 56 | 13501 | 13502 | | | | | | |
| NORTHEAST | ALBANY PFC | SYR-FRANKLIN SQUARE S | 38 | 13202 | 13204 | 13208 | | | | | |
| NORTHEAST | ALBANY PFC | BINGHAMTON PO | 60 | 13790 | 13901 | 13903 | 13904 | 13905 | | | |
| NORTHEAST | CONNECTICUT VALLEY PFC | SHELTON PO | 34 | 06484 | | | | | | | |
| NORTHEAST | CONNECTICUT VALLEY PFC | HFD-WASHINGTON ST STA | 49 | 06106 | 06112 | 06120 | | | | | |
| NORTHEAST | CONNECTICUT VALLEY PFC | WATERBURY PO | 43 | 06702 | 06706 | 06708 | | | | | |
| NORTHEAST | CONNECTICUT VALLEY PFC | MIDDLETOWN PO | 34 | 06457 | | | | | | | |
| NORTHEAST | CONNECTICUT VALLEY PFC | MERIDEN PO | 46 | 06450 | 06451 | | | | | | |
| NORTHEAST | CONNECTICUT VALLEY PFC | HFD-ELMWOOD BR | 76 | 06105 | 06107 | 06110 | 06119 | | | | |
| NORTHEAST | GREATER BOSTON PFC | BOS-ROXBURY STA | 67 | 02118 | 02119 | 02120 | 02125 | | | | |
| NORTHEAST | GREATER BOSTON PFC | PAWTUCKET PO | 31 | 02860 | | | | | | | |
| NORTHEAST | GREATER BOSTON PFC | BEVERLY PO | 38 | 01915 | | | | | | | |
| NORTHEAST | GREATER BOSTON PFC | BOS-BROOKLINE BR | 45 | 02445 | 02446 | | | | | | |
| NORTHEAST | GREATER BOSTON PFC | LAWRENCE PO | 76 | 01840 | 01841 | 01843 | 01844 | 01845 | | | |
| NORTHEAST | GREATER BOSTON PFC | BOS-MEDFORD BR | 42 | 02155 | | | | | | | |
| NORTHEAST | LONG ISLAND PFC | PORT WASHINGTON PO | 31 | 11050 | | | | | | | |
| NORTHEAST | LONG ISLAND PFC | DEER PARK PO | 29 | 11729 | | | | | | | |
| NORTHEAST | LONG ISLAND PFC | ROCKVILLE CENTRE PO | 30 | 11570 | | | | | | | |
| NORTHEAST | LONG ISLAND PFC | GARDEN CITY PO | 39 | 11530 | | | | | | | |
| NORTHEAST | LONG ISLAND PFC | EAST MEADOW PO | 33 | 11554 | | | | | | | |
| NORTHEAST | LONG ISLAND PFC | NEW HYDE PARK PO | 45 | 11040 | 11042 | | | | | | |
| NORTHEAST | NEW YORK PFC | NYC-FORT GEORGE STA | 18 | 10040 | | | | | | | |
| NORTHEAST | NEW YORK PFC | BRX-SOUNDVIEW STA | 20 | 10472 | | | | | | | |
| NORTHEAST | NEW YORK PFC | BRX-CORNELL STA | 26 | 10473 | | | | | | | |
| NORTHEAST | NEW YORK PFC | BRX-HIGHBRIDGE STA | 22 | 10452 | | | | | | | |
| NORTHEAST | NEW YORK PFC | BRX-MORRISANIA STA | 29 | 10456 | | | | | | | |
| NORTHEAST | NEW YORK PFC | BRX-WESTCHESTER STA | 34 | 10461 | | | | | | | |
| NORTHEAST | NORTHERN NEW ENGLAND PFC | AUBURN PO | 13 | 04210 | | | | | | | |
| NORTHEAST | NORTHERN NEW ENGLAND PFC | LACONIA PO | 12 | 03246 | 03249 | | | | | | |
| NORTHEAST | NORTHERN NEW ENGLAND PFC | PORTSMOUTH PO | 24 | 03801 | | | | | | | |
| NORTHEAST | NORTHERN NEW ENGLAND PFC | DOVER PO | 20 | 03820 | | | | | | | |
| NORTHEAST | NORTHERN NEW ENGLAND PFC | NASHUA PO | 61 | 03060 | 03063 | 03064 | | | | | |
| NORTHEAST | NORTHERN NEW ENGLAND PFC | MAN-SOUTH DDU STA | 76 | 03101 | 03103 | 03104 | 03109 | | | | |
| NORTHEAST | NORTHERN NEW JERSEY PFC | WESTWOOD PO | 17 | 07675 | 07677 | | | | | | |
| NORTHEAST | NORTHERN NEW JERSEY PFC | RUTHERFORD PO | 16 | 07070 | | | | | | | |
| NORTHEAST | NORTHERN NEW JERSEY PFC | HAK-SOUTH HACKENSACK | 70 | 07601 | 07603 | 07604 | 07605 | 07606 | 07607 | 07608 | 07643 |
| NORTHEAST | NORTHERN NEW JERSEY PFC | WESTFIELD PO | 34 | 07090 | | | | | | | |
| NORTHEAST | NORTHERN NEW JERSEY PFC | EDISON PO | 60 | 08817 | 08820 | | | | | | |
| NORTHEAST | NORTHERN NEW JERSEY PFC | HILLSBOROUGH PO | 25 | 08835 | 08844 | | | | | | |
| NORTHEAST | TRIBORO PFC | JAM-QUEENS VILLAGE ST | 39 | 11427 | 11428 | 11429 | | | | | |
| NORTHEAST | TRIBORO PFC | STI-SOUTH SHORE CARRI | 64 | 10309 | 10312 | | | | | | |
| NORTHEAST | TRIBORO PFC | FLG-LINDEN HILL STA | 26 | 11354 | | | | | | | |
| NORTHEAST | TRIBORO PFC | BKN-FLATBUSH STA | 35 | 11226 | | | | | | | |
| NORTHEAST | TRIBORO PFC | FAR ROCKAWAY PO | 29 | 11096 | 11691 | | | | | | |
| NORTHEAST | TRIBORO PFC | JAM-MAIN OFFICE STA | 41 | 11432 | 11433 | | | | | | |
| NORTHEAST | WESTCHESTER PFC | MIDDLETOWN PO | 27 | 10940 | 10941 | | | | | | |
| NORTHEAST | WESTCHESTER PFC | MONSEY PO | 43 | 10952 | 10977 | | | | | | |
| NORTHEAST | WESTCHESTER PFC | NEW CITY PO | 24 | 10956 | | | | | | | |
| NORTHEAST | WESTCHESTER PFC | YORKTOWN HEIGHTS PO | 19 | 10598 | | | | | | | |
| NORTHEAST | WESTCHESTER PFC | MONROE PO | 14 | 10950 | | | | | | | |
| NORTHEAST | WESTCHESTER PFC | WHITE PLAINS PO | 74 | 10601 | 10603 | 10604 | 10605 | 10606 | 10607 | | |
| PACIFIC | BAY-VALLEY PFC | HAYWARD PO | 116 | 94541 | 94542 | 94544 | 94545 | | | | |
| PACIFIC | BAY-VALLEY PFC | OAK-AIRPORT STA | 56 | 94601 | 94603 | 94621 | | | | | |
| PACIFIC | BAY-VALLEY PFC | CUPERTINO PO | 50 | 95014 | | | | | | | |
| PACIFIC | BAY-VALLEY PFC | PITTSBURG PO | 43 | 94565 | | | | | | | |
| PACIFIC | BAY-VALLEY PFC | NEWARK PO | 28 | 94560 | | | | | | | |
| PACIFIC | BAY-VALLEY PFC | UNION CITY PO | 41 | 94587 | | | | | | | |
| PACIFIC | LOS ANGELES PFC | ING-INGLEWOOD CARRIER | 60 | 90301 | 90303 | 90304 | 90305 | | | | |
| PACIFIC | LOS ANGELES PFC | LAX-LINCOLN ANX | 35 | 90031 | 90032 | | | | | | |
| PACIFIC | LOS ANGELES PFC | COMPTON PO | 62 | 90220 | 90221 | 90222 | | | | | |
| PACIFIC | LOS ANGELES PFC | LAX-DOCKWEILER STA | 80 | 90006 | 90007 | 90018 | 90037 | | | | |
| PACIFIC | LOS ANGELES PFC | LBC-NORTH CARRIER ANX | 64 | 90805 | 90807 | | | | | | |
| PACIFIC | LOS ANGELES PFC | LBC-DOWNTOWN STA | 63 | 90802 | 90810 | 90813 | 90831 | | | | |
| PACIFIC | SACRAMENTO PFC | OROVILLE PO | 18 | 95965 | 95966 | | | | | | |
| PACIFIC | SACRAMENTO PFC | FRE-HUGHES STA | 34 | 93705 | 93722 | | | | | | |
| PACIFIC | SACRAMENTO PFC | SAC-FORT SUTTER STA | 55 | 95816 | 95818 | 95819 | | | | | |
| PACIFIC | SACRAMENTO PFC | MERCED PO | 39 | 95340 | 95341 | 95348 | | | | | |
| PACIFIC | SACRAMENTO PFC | STK-MAIN OFFICE STA | 81 | 95202 | 95203 | 95204 | 95207 | 95212 | | | |
| PACIFIC | SACRAMENTO PFC | MOD-PARADISE STA | 26 | 95351 | 95358 | | | | | | |
| PACIFIC | SAN DIEGO PFC | BARSTOW PO | 17 | 92310 | 92311 | | | | | | |
| PACIFIC | SAN DIEGO PFC | PALM SPRINGS PO | 42 | 92262 | 92264 | | | | | | |
| PACIFIC | SAN DIEGO PFC | VICTORVILLE PO | 29 | 92392 | 92394 | 92395 | | | | | |

## Expedited to Street Afternoon Sortation (ESAS) Test Sites

| AREA | DISTRICT | OFFICE NAME | DOIS ROUTES | ZIP Codes 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PACIFIC | SAN DIEGO PFC | PALM DESERT PO | 50 | 92210 | 92211 | 92260 | | | | | |
| PACIFIC | SAN DIEGO PFC | SDC-ENCANTO STA | 54 | 92102 | 92114 | | | | | | |
| PACIFIC | SAN DIEGO PFC | INDIO PO | 29 | 92201 | | | | | | | |
| PACIFIC | SAN FRANCISCO PFC | PALO ALTO PO | 106 | 94301 | 94303 | 94304 | 94305 | 94306 | | | |
| PACIFIC | SAN FRANCISCO PFC | SFC-MENDELL CARRIER A | 136 | 94102 | 94107 | 94121 | 94122 | | | | |
| PACIFIC | SAN FRANCISCO PFC | SANTA ROSA PO | 72 | 95404 | 95405 | 95409 | | | | | |
| PACIFIC | SAN FRANCISCO PFC | MENLO PARK PO | 65 | 94025 | 94027 | 94028 | | | | | |
| PACIFIC | SAN FRANCISCO PFC | SRA-CARRIER ANX | 76 | 95401 | 95403 | 95407 | | | | | |
| PACIFIC | SAN FRANCISCO PFC | SFC-TOWNSEND CARRIER | 61 | 94103 | 94104 | 94105 | 94130 | 94158 | | | |
| PACIFIC | SANTA ANA PFC | ONTARIO PO | 66 | 91761 | 91762 | 91764 | | | | | |
| PACIFIC | SANTA ANA PFC | CORONA PO | 24 | 92882 | | | | | | | |
| PACIFIC | SANTA ANA PFC | MONTEBELLO PO | 32 | 90640 | | | | | | | |
| PACIFIC | SANTA ANA PFC | ANAHEIM PO | 66 | 92801 | 92805 | | | | | | |
| PACIFIC | SANTA ANA PFC | NORWALK PO | 47 | 90650 | | | | | | | |
| PACIFIC | SANTA ANA PFC | LA PUENTE PO | 89 | 91744 | 91745 | 91746 | | | | | |
| PACIFIC | SIERRA COASTAL PFC | SANTA MARIA PO | 55 | 93454 | 93455 | 93458 | | | | | |
| PACIFIC | SIERRA COASTAL PFC | PORTERVILLE PO | 18 | 93257 | | | | | | | |
| PACIFIC | SIERRA COASTAL PFC | BAK-HILLCREST ANX | 25 | 93306 | | | | | | | |
| PACIFIC | SIERRA COASTAL PFC | BAK-STOCKDALE ANX | 32 | 93309 | | | | | | | |
| PACIFIC | SIERRA COASTAL PFC | CANOGA PARK PO | 41 | 91303 | 91304 | | | | | | |
| PACIFIC | SIERRA COASTAL PFC | SFC-SYLMAR BR | 56 | 91340 | 91342 | | | | | | |
| SOUTHERN | ALABAMA PFC | HSV-HAYSLAND STA | 34 | 35802 | 35803 | | | | | | |
| SOUTHERN | ALABAMA PFC | BHM-GREEN SPRINGS CAR | 60 | 35209 | 35216 | | | | | | |
| SOUTHERN | ALABAMA PFC | BHM-HOOVER BR | 38 | 35226 | 35244 | | | | | | |
| SOUTHERN | ALABAMA PFC | TCL-SKYLAND STA | 30 | 35404 | 35405 | | | | | | |
| SOUTHERN | ALABAMA PFC | TUSCALOOSA PO | 30 | 35401 | 35406 | | | | | | |
| SOUTHERN | ALABAMA PFC | BHM-DOWNTOWN CARRIER | 55 | 35203 | 35204 | 35205 | 35233 | 35234 | | | |
| SOUTHERN | ARKANSAS PFC | FAYETTEVILLE PO | 15 | 72701 | | | | | | | |
| SOUTHERN | ARKANSAS PFC | LIT-WESTSIDE STA | 40 | 72211 | 72212 | 72227 | | | | | |
| SOUTHERN | ARKANSAS PFC | ROGERS PO | 17 | 72756 | 72758 | | | | | | |
| SOUTHERN | ARKANSAS PFC | SPRINGDALE PO | 24 | 72762 | 72764 | | | | | | |
| SOUTHERN | ARKANSAS PFC | BENTONVILLE PO | 9 | 72712 | | | | | | | |
| SOUTHERN | ARKANSAS PFC | CONWAY PO | 15 | 72032 | 72034 | | | | | | |
| SOUTHERN | DALLAS PFC | CARROLLTON PO | 33 | 75006 | | | | | | | |
| SOUTHERN | DALLAS PFC | RICHARDSON PO | 34 | 75080 | | | | | | | |
| SOUTHERN | DALLAS PFC | DAL-PARKDALE STA | 26 | 75227 | | | | | | | |
| SOUTHERN | DALLAS PFC | LGV-NORTHWEST STA | 26 | 75604 | 75605 | | | | | | |
| SOUTHERN | DALLAS PFC | DAL-PLEASANT GROVE ST | 37 | 75217 | | | | | | | |
| SOUTHERN | DALLAS PFC | DAL-CAESAR CLARK STA | 39 | 75203 | 75216 | | | | | | |
| SOUTHERN | FORT WORTH PFC | FWT-NO RICHLAND HILLS | 45 | 76118 | 76148 | 76180 | 76182 | | | | |
| SOUTHERN | FORT WORTH PFC | BROWNWOOD PO | 12 | 76801 | | | | | | | |
| SOUTHERN | FORT WORTH PFC | WFL-BRIDGE CREEK STA | 36 | 76302 | 76308 | 76310 | | | | | |
| SOUTHERN | FORT WORTH PFC | FWT-RIDGLEA STA | 37 | 76116 | | | | | | | |
| SOUTHERN | FORT WORTH PFC | AMA-JORDAN STA | 37 | 79106 | 79121 | 79124 | | | | | |
| SOUTHERN | FORT WORTH PFC | GAINESVILLE PO | 10 | 76240 | | | | | | | |
| SOUTHERN | GULF ATLANTIC PFC | WARNER ROBINS PO | 33 | 31028 | 31088 | 31093 | 31098 | | | | |
| SOUTHERN | GULF ATLANTIC PFC | JAX-MURRAY HILL STA | 54 | 32204 | 32205 | 32220 | 32221 | 32254 | | | |
| SOUTHERN | GULF ATLANTIC PFC | MAC-ZEBULON BR | 34 | 31204 | 31210 | | | | | | |
| SOUTHERN | GULF ATLANTIC PFC | AUG-MAIN OFFICE STA | 34 | 30901 | 30904 | | | | | | |
| SOUTHERN | GULF ATLANTIC PFC | SAV-MAIN OFFICE STA | 38 | 31401 | 31407 | 31408 | 31415 | | | | |
| SOUTHERN | GULF ATLANTIC PFC | JAX-ARLINGTON STA | 39 | 32211 | 32277 | | | | | | |
| SOUTHERN | HOUSTON PFC | BRYAN PO | 35 | 77801 | 77802 | 77803 | | | | | |
| SOUTHERN | HOUSTON PFC | HOU-ROY ROYALL | 44 | 77016 | 77028 | 77044 | 77050 | 77078 | | | |
| SOUTHERN | HOUSTON PFC | BMT-TOBE HAHN STA | 47 | 77703 | 77706 | 77708 | | | | | |
| SOUTHERN | HOUSTON PFC | HOU-WINDMILL | 68 | 77034 | 77075 | 77089 | | | | | |
| SOUTHERN | HOUSTON PFC | HOU-ALMEDA | 51 | 77045 | 77047 | 77053 | 77085 | | | | |
| SOUTHERN | HOUSTON PFC | HOU-BEECHNUT | 78 | 77072 | 77083 | 77099 | | | | | |
| SOUTHERN | LOUISIANA PFC | NOR-ALGIERS STA A | 32 | 70114 | 70131 | | | | | | |
| SOUTHERN | LOUISIANA PFC | NOR-LAKE FOREST STA | 37 | 70126 | 70127 | 70128 | 70129 | | | | |
| SOUTHERN | LOUISIANA PFC | BTR-COMMERCE PARK STA | 40 | 70809 | 70810 | 70836 | | | | | |
| SOUTHERN | LOUISIANA PFC | BTR-SOUTHEAST STA | 35 | 70808 | 70820 | | | | | | |
| SOUTHERN | LOUISIANA PFC | NOR-CENTRAL CARRIER S | 81 | 70119 | 70122 | 70124 | | | | | |
| SOUTHERN | LOUISIANA PFC | LAF-BERTRAND STA | 36 | 70503 | 70506 | | | | | | |
| SOUTHERN | MISSISSIPPI PFC | MERIDIAN PO | 7 | 39301 | | | | | | | |
| SOUTHERN | MISSISSIPPI PFC | RIDGELAND PO | 4 | 39157 | | | | | | | |
| SOUTHERN | MISSISSIPPI PFC | BRANDON PO | 9 | 39042 | | | | | | | |
| SOUTHERN | MISSISSIPPI PFC | LAUREL PO | 15 | 39440 | | | | | | | |
| SOUTHERN | MISSISSIPPI PFC | NATCHEZ PO | 14 | 39120 | | | | | | | |
| SOUTHERN | MISSISSIPPI PFC | TUPELO PO | 15 | 38801 | 38804 | | | | | | |
| SOUTHERN | OKLAHOMA PFC | LAWTON PO | 21 | 73501 | 73503 | 73507 | | | | | |
| SOUTHERN | OKLAHOMA PFC | LAW-SHERIDAN STA | 25 | 73505 | | | | | | | |
| SOUTHERN | OKLAHOMA PFC | SHAWNEE PO | 18 | 74801 | 74804 | | | | | | |
| SOUTHERN | OKLAHOMA PFC | PONCA CITY PO | 18 | 74601 | 74604 | | | | | | |
| SOUTHERN | OKLAHOMA PFC | NORMAN PO | 29 | 73069 | 73071 | | | | | | |
| SOUTHERN | OKLAHOMA PFC | TUL-ROBERT W JENKINS | 52 | 74105 | 74136 | | | | | | |

Expedited to Street Afternoon Sortation (ESAS) Test Sites

| AREA | DISTRICT | OFFICE NAME | DOIS ROUTES | ZIP Codes 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | RIO GRANDE PFC | EL PASO PO | 29 | 79904 | 79930 | | | | | | |
| SOUTHERN | RIO GRANDE PFC | SAT-FRANK TEJEDA STA | 47 | 78211 | 78214 | 78221 | 78224 | 78225 | 78226 | | |
| SOUTHERN | RIO GRANDE PFC | AUS-CENTRAL PARK STA | 37 | 78703 | 78751 | | | | | | |
| SOUTHERN | RIO GRANDE PFC | ELP-PEBBLE HILLS STA | 42 | 79925 | 79935 | | | | | | |
| SOUTHERN | RIO GRANDE PFC | SAT-CEDAR ELM STA | 42 | 78240 | 78249 | | | | | | |
| SOUTHERN | RIO GRANDE PFC | ELP-WASHINGTON PARK S | 46 | 79901 | 79902 | 79903 | 79905 | | | | |
| SOUTHERN | SOUTH FLORIDA PFC | OPA LOCKA PO | 17 | 33054 | | | | | | | |
| SOUTHERN | SOUTH FLORIDA PFC | HIA-MIAMI GARDENS BR | 30 | 33015 | | | | | | | |
| SOUTHERN | SOUTH FLORIDA PFC | MIA-MILAM DAIRY BR | 35 | 33178 | | | | | | | |
| SOUTHERN | SOUTH FLORIDA PFC | FTL-SUNRISE BR | 38 | 33322 | 33323 | | | | | | |
| SOUTHERN | SOUTH FLORIDA PFC | HOL-FLAMINGO BR | 32 | 33026 | 33028 | | | | | | |
| SOUTHERN | SOUTH FLORIDA PFC | FTL-MO CARRIER ANX | 70 | 33309 | 33311 | | | | | | |
| SOUTHERN | SUNCOAST PFC | SPT-GULFWINDS STA | 49 | 33707 | 33711 | 33715 | | | | | |
| SOUTHERN | SUNCOAST PFC | LARGO PO | 43 | 33770 | 33771 | 33773 | 33778 | | | | |
| SOUTHERN | SUNCOAST PFC | TPA-HILLDALE STA | 38 | 33614 | 33634 | | | | | | |
| SOUTHERN | SUNCOAST PFC | TPA-CARRIER ANX | 61 | 33606 | 33607 | 33609 | | | | | |
| SOUTHERN | SUNCOAST PFC | SPT-CROSSROADS STA | 49 | 33709 | 33710 | | | | | | |
| SOUTHERN | SUNCOAST PFC | ORL-LEE VISTA STA | 56 | 32812 | 32822 | 32827 | | | | | |
| WESTERN | ARIZONA PFC | KINGMAN PO | 24 | 86401 | 86409 | | | | | | |
| WESTERN | ARIZONA PFC | FLAGSTAFF PO | 25 | 86001 | 86004 | 86005 | | | | | |
| WESTERN | ARIZONA PFC | ABQ-FIVE POINTS STA | 45 | 87105 | 87121 | | | | | | |
| WESTERN | ARIZONA PFC | SFE-CORONADO STA | 35 | 87505 | 87507 | | | | | | |
| WESTERN | ARIZONA PFC | YUMA PO | 44 | 85364 | 85365 | | | | | | |
| WESTERN | ARIZONA PFC | PHX-ARCADIA STA | 66 | 85008 | 85018 | | | | | | |
| WESTERN | CENTRAL PLAINS PFC | JUNCTION CITY PO | 11 | 66441 | | | | | | | |
| WESTERN | CENTRAL PLAINS PFC | WIC-MUNGER STA | 42 | 67208 | 67218 | 67220 | | | | | |
| WESTERN | CENTRAL PLAINS PFC | DERBY PO | 11 | 67037 | 67110 | | | | | | |
| WESTERN | CENTRAL PLAINS PFC | GRAND ISLAND PO | 29 | 68801 | 68803 | | | | | | |
| WESTERN | CENTRAL PLAINS PFC | OMA-ELMWOOD PARK STA | 40 | 68105 | 68106 | | | | | | |
| WESTERN | CENTRAL PLAINS PFC | MANHATTAN PO | 27 | 66502 | 66503 | | | | | | |
| WESTERN | COLORADO/WYOMING PFC | AUR-MAIN OFFICE STA | 53 | 80013 | 80017 | | | | | | |
| WESTERN | COLORADO/WYOMING PFC | ARV-INDIAN TREE STA | 46 | 80003 | 80005 | | | | | | |
| WESTERN | COLORADO/WYOMING PFC | COS-GMF STA | 36 | 80910 | 80916 | | | | | | |
| WESTERN | COLORADO/WYOMING PFC | LIT-CENTENNIAL BR | 45 | 80121 | 80122 | | | | | | |
| WESTERN | COLORADO/WYOMING PFC | COS-CIMARRON HILLS ST | 42 | 80915 | 80922 | 80923 | | | | | |
| WESTERN | COLORADO/WYOMING PFC | DEN-NORTHGLENN BR | 43 | 80233 | 80241 | | | | | | |
| WESTERN | DAKOTAS PFC | SIO-SOUTHWEST ANX | 46 | 57105 | 57106 | 57108 | | | | | |
| WESTERN | DAKOTAS PFC | BISMARCK PO | 40 | 58501 | 58503 | 58504 | | | | | |
| WESTERN | DAKOTAS PFC | MINOT PO | 31 | 58701 | 58703 | 58704 | | | | | |
| WESTERN | DAKOTAS PFC | SIO-DOWNTOWN STA | 39 | 57103 | 57104 | | | | | | |
| WESTERN | DAKOTAS PFC | MANDAN PO | 8 | 58554 | | | | | | | |
| WESTERN | DAKOTAS PFC | WEST FARGO PO | 11 | 58078 | | | | | | | |
| WESTERN | HAWKEYE PFC | BETTENDORF PO | 22 | 52722 | | | | | | | |
| WESTERN | HAWKEYE PFC | CDR-WEST STA | 52 | 52401 | 52404 | 52405 | | | | | |
| WESTERN | HAWKEYE PFC | WATERLOO CARRIER ANX | 43 | 50701 | 50702 | | | | | | |
| WESTERN | HAWKEYE PFC | MOLINE PO | 39 | 61265 | | | | | | | |
| WESTERN | HAWKEYE PFC | SIOUX CITY PO | 67 | 51101 | 51103 | 51104 | 51105 | 51106 | 51108 | 51109 | 51111 |
| WESTERN | HAWKEYE PFC | DSM-PLEASANT HILL BR | 38 | 50009 | 50317 | 50327 | | | | | |
| WESTERN | MID-AMERICA PFC | SPR-GLENSTONE STA | 33 | 65804 | 65809 | | | | | | |
| WESTERN | MID-AMERICA PFC | SHAWNEE MISSION PO | 91 | 66202 | 66203 | 66204 | 66205 | 66208 | | | |
| WESTERN | MID-AMERICA PFC | SPR-GREISEMER CARRIER | 46 | 65802 | 65803 | 65806 | | | | | |
| WESTERN | MID-AMERICA PFC | KCM-JAMES CREWS STA | 60 | 64120 | 64123 | 64124 | 64125 | 64126 | 64127 | 64128 | |
| WESTERN | MID-AMERICA PFC | KCM-SOUTH TROOST STA | 50 | 64110 | 64131 | 64132 | | | | | |
| WESTERN | MID-AMERICA PFC | SPR-SOUTHWEST CARRIER | 33 | 65807 | 65810 | | | | | | |
| WESTERN | NEVADA-SIERRA PFC | NOR-MEADOW MESA STA | 57 | 89031 | 89032 | 89081 | | | | | |
| WESTERN | NEVADA-SIERRA PFC | LAS-CROSSROADS STA | 68 | 89130 | 89131 | 89143 | 89149 | | | | |
| WESTERN | NEVADA-SIERRA PFC | LAS-SUNRISE ANX | 69 | 89110 | 89115 | 89156 | | | | | |
| WESTERN | NEVADA-SIERRA PFC | LAS-WESTRIDGE STA | 77 | 89113 | 89139 | 89148 | | | | | |
| WESTERN | NEVADA-SIERRA PFC | HENDERSON PO | 51 | 89002 | 89011 | 89015 | | | | | |
| WESTERN | NEVADA-SIERRA PFC | LAS-SPRING VALLEY STA | 62 | 89117 | 89147 | | | | | | |
| WESTERN | NORTHLAND PFC | ROCHESTER PO | 44 | 55901 | 55902 | | | | | | |
| WESTERN | NORTHLAND PFC | STP-EAGAN BR | 77 | 55118 | 55120 | 55121 | 55122 | 55123 | | | |
| WESTERN | NORTHLAND PFC | MIN-ELMWOOD BR | 49 | 55416 | 55424 | | | | | | |
| WESTERN | NORTHLAND PFC | EAU-CARRIER ANX | 51 | 54701 | 54703 | 54720 | | | | | |
| WESTERN | NORTHLAND PFC | LA CROSSE PO | 47 | 54601 | 54603 | 54650 | | | | | |
| WESTERN | NORTHLAND PFC | MIN-BROOKLYN CTR BR | 61 | 55428 | 55429 | 55430 | | | | | |
| WESTERN | PORTLAND PFC | POR-CRESTON STA | 40 | 97206 | | | | | | | |
| WESTERN | PORTLAND PFC | POR-TIGARD BR | 48 | 97223 | 97224 | | | | | | |
| WESTERN | PORTLAND PFC | WOODBURN | 9 | 97071 | 97026 | | | | | | |
| WESTERN | PORTLAND PFC | EUG-MAIN OFFICE STA | 34 | 97401 | | | | | | | |
| WESTERN | PORTLAND PFC | POR-ROSE CITY PARK ST | 43 | 97213 | 97218 | | | | | | |
| WESTERN | PORTLAND PFC | MED-CARRIER ANNEX | 49 | 97501 | 97504 | | | | | | |
| WESTERN | SALT LAKE CITY PFC | IDAHO FALLS PO | 27 | 83401 | 83404 | 83406 | | | | | |
| WESTERN | SALT LAKE CITY PFC | SAL-SUGARHOUSE STA | 45 | 84105 | 84106 | | | | | | |
| WESTERN | SALT LAKE CITY PFC | SAL-HOLLADAY BR | 38 | 84117 | 84124 | | | | | | |

## Expedited to Street Afternoon Sortation (ESAS) Test Sites

| AREA | DISTRICT | OFFICE NAME | DOIS ROUTES | ZIP Codes 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WESTERN | SALT LAKE CITY PFC | SANDY PO | 34 | 84070 | 84094 | | | | | | |
| WESTERN | SALT LAKE CITY PFC | SAL-MURRAY BR | 47 | 84107 | 84123 | | | | | | |
| WESTERN | SALT LAKE CITY PFC | BOI-MAIN OFFICE STA | 68 | 83702 | 83703 | 83706 | 83712 | | | | |
| WESTERN | SEATTLE PFC | RIC-WEST RICHLAND STA | 27 | 99352 | 99353 | 99354 | | | | | |
| WESTERN | SEATTLE PFC | WENATCHEE PO | 39 | 98801 | 98802 | | | | | | |
| WESTERN | SEATTLE PFC | SEA-WALLINGFORD STA | 46 | 98103 | | | | | | | |
| WESTERN | SEATTLE PFC | PASCO PO | 49 | 99301 | 99336 | 99337 | | | | | |
| WESTERN | SEATTLE PFC | SEA-BITTERLAKE STA | 47 | 98133 | 98177 | | | | | | |
| WESTERN | SEATTLE PFC | SEA-INTERBAY CARRIER | 46 | 98119 | 98199 | | | | | | |