# Exhibit 51



# SERVICE PERFORMANCE MEASUREMENT
## PMG Briefing

August 12, 2020



# Presort First-Class Mail Score Breakdown – Processing vs Last Mile



Last Mile Impact represents the score decrease caused by time spent in the last mile (from last processing scan to delivery); Processing score represents service performance from USPS possession to last processing scan at the destination plant measured against the service expectation; Overall score represents service performance from USPS possession to delivery (i.e. it includes the last mile) measured against the service expectation; 1 Extra Day represents the overall score if the mailpiece had 1 extra day to meet service expectations; Scores are NOT weighted and will NOT match the official scores in slide 3 which are weighted.

5



# USPS Marketing Mail Score Breakdown – Processing vs Last Mile

**OVERALL 8.42% LOWER THAN BASELINE**

**PROCESSING 7.58% LOWER THAN BASELINE**

**LAST MILE 0.84% HIGHER THAN BASELINE**

Legend: Overall Score — Processing Score — 1 Extra Day — Last Mile Impact

Last Mile Impact represents the score decrease caused by time spent in the last mile (from last processing scan to delivery); Processing score represents service performance from USPS possession to last processing scan at the destination plant measured against the service expectation; Overall score represents service performance from USPS possession to delivery (i.e. it includes the last mile) measured against the service expectation; 1 Extra Day represents the overall score if the mailpiece had 1 extra day to meet service expectations; Scores are NOT weighted and will NOT match the official scores in slide 3 which are weighted. **Does not include Saturation and EDDM.**

17

UNITED STATES POSTAL SERVICE®

# Periodicals
# Score Breakdown – Processing vs Last Mile

Last Mile Impact represents the score decrease caused by time spent in the last mile (from last processing scan to delivery); Processing score represents service performance from USPS possession to last processing scan at the destination plant measured against the service expectation; Overall score represents service performance from USPS possession to delivery (i.e. it includes the last mile) measured against the service expectation; 1 Extra Day represents the overall score if the mailpiece had 1 extra day to meet service expectations; Scores are NOT weighted and will NOT match the official scores in slide 3 which are weighted.

