# Exhibit 61




PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

*Revision: Postmark of Ballots................................................................................................2

Executive Summary ........................................................................................................4

General............................................................................................................................5

Purpose ...........................................................................................................................5

Identifying Political Campaign Mail .................................................................................5

Identifying Political Message Mail ...................................................................................6

Use of Tag 57..................................................................................................................6

Identifying Official Election Mail ......................................................................................7

Ballot Design ...................................................................................................................7

Ballot – Absentee and Early Voting.................................................................................8

Use of Tag 191................................................................................................................9

Identifying Franked Mail ..................................................................................................9

Postal Service Responsibility ........................................................................................11

Handling of Undeliverable as Addressed Mail ..............................................................11

Political Mail Log ...........................................................................................................12

Processing and Delivery Records .................................................................................13

*Election Mail Cancelling...............................................................................................13

Military and Overseas Absentee Ballot Mail .................................................................14

Political/Election Mail Tracking......................................................................................16

Mail Condition Visualization (MCV) ...............................................................................18

Area/District Political/Election Mail Coordinators .........................................................19

Political and Election Mail Certification .........................................................................21

Political and Election Mail Compliance Audit ................................................................21

Mail Search Checklist....................................................................................................23

*Process Flow Map........................................................................................................24

*Revision information pertaining to the handling of mail-in ballots and the cancellation process.

3

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



### EXECUTIVE SUMMARY

The USPS will play a very critical role in the outcome of the 2019/2020 national elections; with the general elections in November 2020.

The purpose of this Processing Operations Management Order (POMO) is to define and establish a nationally standardized procedure to receive, process, and deliver Political Campaign, Election, and Message Mail.

Identification of Political and Election Mail via the **Tag** 57 (Political and Message Mail) and **Tag** 191 (Election Mail), respectively, are important components of our process. Both will require thorough and precise documentation of arrival and processing into our political mail logs.

Tag 57 - Political Campaign Mail for use by registered Political Candidates, Campaign Committees, and Political Party Committees. Political Message Mail is for use by Political Action Committees (PACs), Super-PACs, and other organizations engaged in issue advocacy or voter mobilization

Tag 191 - Official Election Mail is any mail piece created by an authorized voting registration official mailed to a US citizen for the purpose of voting. Election Mail includes Mail-In Ballots, Ballot Materials, Voter Registration Cards, Absentee Applications, Polling place notifications, and Military Ballots. Military Balloting materials for federal elections will be sent without prepayment of postage to and from: Member Armed Forces in active service, Member U.S. Merchant Marine, Expatriates, and Spouses and dependents of the above.

The number of "Vote by mail" states and absentee voting volumes will increase this year. Ballot processing, both outgoing and incoming will be very important and critical to the election results. ALL return ballots must be cancelled on our AFCS's and AFSM 100's or hand cancelled. The cancellation mark with dates on the ballots provides the official time stamps for ballot to be counted.

IV-Internal Mail Tracking will be used to track Political and Election mail flow and service performance. Each district should have an IV-Internal Mail Tracking SME who can monitor daily Political and Election mail performance, as well as diagnose specific mail processing issues and implement countermeasures to fix mail flow problems.

MCV Option lines will be activated to monitor daily Political and Election mail conditions daily in our facilities. These conditions will be reported out from the NOC through a daily push. Sites with reported high inventories and delays will be required to send in their action plans.

Each district will have 2 Political and Election mail coordinators; one representing operations for plant operations activities and the other representing Marketing for outreach and communication between the Election Commissions and the USPS.

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order





## Identifying Official Election Mail

Official Election Mail is any mail piece created by an authorized voting registration official mailed to a US citizen for the purpose of voting

- Mail-In Ballots
- Ballot Materials
- Voter Registration Cards
- Absentee Applications
- Polling place notifications
- Military Ballots

## Ballot Design

Some of the considerations given to Election mail by the mailer are whether they would like the ballots to be returned as a Letter or Flat. The USPS recommends an automation compatible 1-2 oz letter.

The quality of Cancellation on the ballots is very important, especially in the *"BALLOT by POSTMARK"* states. In *"BALLOT in HAND"* states, quality is still important. However, those ballots must be in the hands of the election offices by Election officials have indicated illegible or missing postmarks are an issue. Each state sets its own requirements for the method and timing of returning ballots. Some use a "ballot in hand" system where ballots must be received by election officials by a certain time on Election Day to be counted. Others use a "ballot by postmark date" system where ballots must be postmarked by a certain date and received within an allowable time period after an election in order to be counted.

Election commissions and jurisdictions rely on the postmark as their official timestamp of a return ballot. So it is essential that we ensure that every mail piece gets a postmark with a date. This includes metered letters, all flats, and all manual mail to be hand cancelled. Working with Election Officials to develop requirement and best practice mail piece design and preparation guidance will improve ballot hygiene and success.

USPS00000109

# PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



Effective October 7, 2013, the Postal Service revised balloting mailing postage standards in the Domestic Mail Manual (DMM®) 703.8. The rule requires that election officials prominently mark the postage required on all returned ballot materials

In response to election officials and municipal mailer requests, the Postal Service began applying a cancellation mark to all letter pieces processed on USPS Letter Automation Compatible Postage Cancellation Systems in March 2014. In addition, for flat shape ballots, the flat machines were modified to provide cancellation marks as well. This change will have a variety of uses for voter communications with election officials by including the mailing date of ballot materials, voter registration cards, and absentee applications

**Ballot – Absentee and Early Voting (excerpt from:** http://www.ncsl.org/research/elections-and-campaigns/absentee-and-early-voting.aspx )

Most states have a method for any eligible voter to cast a ballot before Election Day, either during the early voting period or by requesting an absentee ballot. In 13 states, early voting is not available and an excuse is required to request an absentee ballot.

States offer three ways for voters to cast a ballot before Election Day:

1. **Early Voting**: In 37 states (including 3 that mail ballots to all voters) and the District of Columbia, any qualified voter may cast a ballot in person during a designated period prior to Election Day. No excuse or justification is required.

2. **Absentee** Voting: All states will mail an absentee ballot to certain voters who request one. The voter may return the ballot by mail or in person. In 20 states, an excuse is required, while 27 states and the District of Columbia permit any qualified voter to vote absentee without offering an excuse. Some states offer a permanent absentee ballot list: once a voter asks to be added to the list, s/he will automatically receive an absentee ballot for all future elections.

3. **Mail Voting**: A ballot is automatically mailed to every eligible voter (no request or application is necessary). In-person voting sites may also be available for voters who would like to vote in-person and to provide additional services to voters. Three states mail ballots to all eligible voters for every election. Other states may provide this option for some types of elections.

USPS00000110

# PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



### Use of Tag 191

The use of the Tag 191 provides immediate visibility to Election mail it enters into our processing facilities. Tag 191 is used for Domestic and International Ballots only and is available at local Post Office or Business Mail Entry Unit (BMEU). Tag 191 may only be used to identify ballot mail addressed for domestic or international delivery. The green Tag 191 may be used *only* to identify *ballots* addressed for domestic or international delivery. The tag may be used to identify "sample ballots" sent by election officials, but may not to be used to identify containers of other types of OEM, such as polling place notices, voter registration notices, or other election-related materials. Tag 191 may not be used by other organizations or individuals who are not election officials. The tag is not to be used to identify containers of other types of Official Election Mail™ such as polling place notices, voter registration notices, or other election-related materials. Tag 191 may not be used by organizations or individuals for Political Campaign Mail that promotes political candidates, referendums, or political campaigns.




### Identifying Franked Mail

Franked Mail, also referenced as Congressional Mail, is defined as official mail sent **without** postage prepayment, which can be utilized by Members and Members-elect of Congress, the Vice-President, and other authorized individuals. Franked Mail is identified by the facsimile signature of the Member of Congress in the upper right corner of the envelope or franked label, followed by "M.C." standing for Member of Congress, or "U.S.S." for U.S. Senate.

Franked mail can be sent as single piece or mass congressional mailings. Most mass congressional mailings are sent from Washington, DC. Members of Congress may, however, dispatch these mailings from Post Offices other than Washington, DC. Members of Congress occasionally enter mass mailings at local Post Offices outside Washington, DC. Members or their vendors must submit a PS Form 3615, *Mailing Permit Application and Customer Profile*, to the entry Post Office when the first franked mass mailing is made there.

9

USPS00000111

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



**Franked Mail Envelopes** – It is permissible for congressional offices to secure their franked envelope to various other envelopes or packaging, when placing items in the mailstream. If such an item is identified, do not return it to the congressional office and do not detain it unless there is a question of mail security.

Congressional mass mailings do **not** receive a PS Tag 57: *Political Campaign Mailing*, which is used to identify Political Campaign Mail. PS Tag 11, *Congressional Mail,* "Postmaster — Open and Distribute" is used on all sacks or trays of congressional mail. This tag helps identify the franked congressional mailing as it moves through the mailstream.



*Example of a franked mail envelope.*

**Franking Blackout Period** – With the exception of individual piece mailings and those in response to a request, Members of Congress who are seeking re-election are prohibited from sending franked mass mailings during the designated "Franking Blackout" period before Election Day, whether for a primary, special, or general election.

For Members of the House of Representatives who are seeking re-election, the Franking Blackout period is 90 days before an election.  For example, for the General Election on November 3, 2020 the Franking Blackout period begins August 05, 2020 and extends through Election Day.

For Members of the Senate who are seeking re-election, the Franking Blackout period is 60 days before an election.

As noted above, this does **not** include individual piece franked mailings. If you receive a mass franked mailing with PS Tag 57 in your unit, please contact your supervisor or BME Manager.   If there are indications of abuse, local management may escalate the issue by making a copy of the mailing and submitting a completed Issue Report to the District Election and Political Mail Coordinator.

10

USPS00000112

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



**Detention of Franked Mail** – Employees should be aware that Franked Mail is **not** to be detained. In 2009, the Postal Operations Manual (POM) was revised to give specific guidelines concerning how to handle this mail in response to an incident where a franked mailing was improperly detained. It is important that these guidelines are adhered to in order to ensure there are no delays when dealing with Franked (Congressional) Mail. With the exception of mail security, Franked Mail must be dispatched and delivered as addressed. If there are indications of abuse of the franking privilege, this must be reported to the Pricing and Classification Service Center (PCSC), who will in turn refer the case to the Postal Inspection Service and Government Relations, Headquarters.

<u>Postal Service Responsibility</u>

The Postal Service is responsible for providing information to assist in the knowledgeable preparation and deposit of political campaign and message mailings, as well as for the proper acceptance, processing, delivery, and recording of these mailings. Our job is to ensure that each mailing is handled properly and with equal care and attention. Be alert for the red Tag 57. We must expedite any political campaign and message mailings through our operations.

<u>Handling of Undeliverable as Addressed Mail</u>
- If a significant amount of a Political Mailing (greater than 20% of a total mailing) is received that is undeliverable as addressed, postmasters must inform the applicable campaign office before any action to dispose of such mail. Postmasters should also coordinate any such situations with their Area Political Campaign Mail Coordinator.
- If a significant amount of a Political Mailing is identified at a PARS/CIOSS site as undeliverable and assigned to waste, the site PARS Coordinator must submit an Issues Report to the District Election and Political Mail Coordinator(s). Submit the Issues Report to the assigned coordinators with a digitized copy of the individual mailing attached and include a brief description of the issues and approximate volumes. Each processing facility will determine the parameters defining significant amounts based on their average daily mail volumes and waste levels.

USPS00000113

# PROCESSING OPERATIONS
## HEADQUARTERS
### UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Political Mail Log/Tracking Arrival/Clearance (All Clear declaration)

**Plant Located BMEU Political / Election Mail Log**     Office: _____

| Pol. Campaign Mail or Official Election Mail (PCM / OEM) | Permit No. | Name of Candidate, Committee, or Mailer (try to be descriptive) | Date/Time Rec'd at BMEU | No. of Pieces | Class of Mail (Std., 1C, etc.) | Processing Category | BMEU Empl. Who Ensured Mail was Tagged and Notified BME Supv. | PVDS Job (Y/N) | Signature of Plant Supervisor Taking Responsibility for the Mail | Date/Time of Dispatch to Workfloor | Location in Plant Where Plant Supv. Directed Mail be Brought to |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | | | | | | | | | | | |
| 2) | | | | | | | | | | | |
| 3) | | | | | | | | | | | |
| 4) | | | | | | | | | | | |
| 5) | | | | | | | | | | | |

("N/A" if it's a PVDS Mailing)

**Plant Located BMEU to Operations Log**

**Post Office Located BME Political / Election Mail Log**     Office: _____

| Pol. Campaign Mail or Official Election Mail (PCM / OEM) | Permit No. | Name of Candidate, Committee, or Mailer (try to be descriptive) | Date/Time Rec'd at BME | No. of Pieces | Class of Mail (Std., 1C, etc.) | Processing Category | Acceptance Empl. who Ensured Mail was Political/Election Mail Tagged and Notified Supv. | PVDS Job (Y/N) | Date / Time of Dispatch From Post Office | Did You Ensure That Tags Were Clearly Visable When Mail Left BME Area |
|---|---|---|---|---|---|---|---|---|---|---|
| 1) | | | | | | | | | | |
| 2) | | | | | | | | | | |
| 3) | | | | | | | | | | |
| 4) | | | | | | | | | | |
| 5) | | | | | | | | | | |

("N/A" if it's a PVDS Mailing)

**Post Office Located BMEU to Operations Log**

### Election & Political Mail Log
#### 2016

| Election Mail (EM) or Political Mail (PM) | Name of Political Group (sender) Permit # | # of Pieces | Date Rcvd | Time Rcvd | Mail Class | Ltr or Flat | Election Date (if Shown) | Disposition of Mailing/To Op | Accptg Empl. Initials | Position Contact Info, Time, Date & Time | Name of Supervisor Notified | Date Released | Time Released | Local Ref # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | Sample Entry PM# xxxxx | 14993 pcs | 3/1 | 1400 | STD | L | 30-Mar | PE Bullpen | PSS | Name | Tiger | 3/1/16 | 1600 | SCF### |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

**Mail Processing Ops Log**

- All Political Mail and Election Mail must be logged through entire mail stream
- Compare logs between functions to ensure all entered mail is processed and delivered. The Operations Supervisor, or their designee, must sign the BMEU Political Mail Log when responsibility for mail is transferred.
- Clearance must be communicated with Election and Political Mail Coordinators and Teams
- Forward completed Logs to plant management & Election and Political Mail Team
- The Processing & Distribution Election and Political Mailing Log and other required Election and Political Mail materials are available at http://blue.usps.gov/marketing/election.htm.

12

**PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



Any delay in processing political campaign or message mailings must be documented.

Late Deposit
- Inform mailers of the potential for late delivery if they attempt to deposit political campaign and message mailings too late for delivery by the election date. Document and maintain this advice.

Report of Delays
- Give immediate attention to any reported delay in processing or delivering political campaign and message mailings and fully document inquiries made and subsequent actions taken.

## Processing and Delivery Records

Managers, Business Mail Entry, and postmasters must keep documented records of all political campaign and message mailings that are deposited or received at their offices, with particular attention to those deposited or received too late for timely delivery.

At a minimum, these documented records must include the following:
- The name of the mailer.
- A sample, photocopy, or description of the mailing.
- The date and time the mailing was received for dispatch or delivery.
- The Election Day deadline and, if applicable, the date of requested delivery.
- If applicable, the approximate number of pieces not delivered before the Election Day deadline and/or the date of requested delivery and the reasons why delivery was not timely.
- The approximate volume of any Standard Mail consigned to waste upon instruction by the mailer.

In most cases, this type of documentation is necessary if inquiries are made regarding a specific mailing and if investigation of a mailing is required resulting from a service related issue.

## Election Mail Canceling

The number of "Vote by mail" states and absentee voting volumes will increase this year. Ballot processing, both outgoing and incoming will be very important and critical to the election results. **ALL ballots being mailed back MUST be cancelled on our AFCS's and AFSM 100's or hand cancelled.** For the AFSM 100, The IJCs must be activated and utilized. Daily reports that show 0 volume cancelled will be provided that shows the AFSM cancellations. The cancellation mark with dates on the ballots provides the official time stamps for ballot to be counted.

However, In order to cancel mail on our AFCS, the use of letter size 1-2 oz. First-Class Mail pieces is being communicated to the Election Commissions. For the most part, the First Class Letter Mail is an automated cancellation process. Business Reply Mail also falls under the First Class cancelling process on the AFCS.

13

**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



The following are areas to monitor and processes that must be in place and followed for each ballot mail type:

**Ballots - Flats**
- Direct to AFSM100 console with Canceller capability.
- Manual Case: Postmark un-cancelled volumes

**Ballots - Letters**
- All Ballots must be processed and cancelled on AFCS/AFCS200
- AFCS Bin 12 from Operation 004 must be rerun once and then processed through Operation 007
- Rejects from AFCS Operation 007 Bin 12, must be verified. All ballots, including metered and BRM, must be hand canceled
- Ballots from AFCS Flat extractor must be hand canceled or flow to AFSM100 canceller.
- Trayed Ballots must be processed on AFCS/AFCS200
- Manual Case: Postmark all Un-Cancelled Volumes including metered and BRM

**Ballots – Priority Express/Priority**
- All Ballots must have postmark validated
- Postmark Un-Cancelled volumes

**Ballots - Irregulars**
- Watch For Ballots Mailed In Irregular Envelopes
- Postmark all Un-Cancelled volumes, including metered and BRM

Each facility must also *certify* that their manual operations have a *Round-Date Hand Canceller* and ensure that the date is updated correctly and verified each day.

***Important: If a mail ballot already has a postmark do not apply a second postmark. There can only be one postmark.***

<u>Military and Overseas Absentee Ballots</u>

Balloting materials for federal elections may be sent without prepayment of postage to and from:
- Member Armed Forces in active service
- Member U.S. Merchant Marine
- Expatriates
- Spouses and dependents of above

Mail processing plants will process voted absentee ballots for the general election. Ballots in free Election Mail envelopes, mailed to the United States from overseas Military Post Office, an American Embassy or an American Consulate requires EM Label 11-DOD. Ballots in free Election Mail envelopes, mailed to the United States from abroad through the local mail service, must bear appropriate international postage to cover the transit of the mail piece to the US, after which it travels free. Without such postage, the ballot will not be delivered to the USPS.

The Military mail addressing format has been revised. All APO/FPO/DPO addresses must now conform to domestic addressing standards. The delivery line (the second line from the bottom in the address) must show the word "UNIT", "CMR" or "PSC" and number; and box number assigned. The bottom line

14

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order


of the address must contain APO, FPO, or DPO as the "city" designation and the appropriate two-letter "state" abbreviation (AA, AE, or AP) followed by the ZIP Code or ZIP+4 Code.
Examples of a UNIT and PSC designation is as follows

SEAMAN JOHN DOE
UNIT 100100 BOX 4120
FPO AP 96691
JOHN DOE
PSC 5698 BOX 2002
APO AE 09400

However, for the 2019/2020 General Elections, despite the addressing formatting change, the USPS will continue to process the mail using the old and the new addressing format s on the sort programs.

Below are some additional details re: the new addressing criteria:
- 5D ZIP Codes not changed
- New AMS compatible unique UNIT/BOX numbers
- New AMS +4 range assigned - Legacy unique +4 dropped
- Automation sorts to 5 digit ZIP Code level
- Manual operations sort shared base 5D to UNIT separation (instead of +4)
    - Manual operations are labeled with:
        - Legacy +4 ZIP Code – enables legacy +4 sorting
        - New UNIT number – enables new UNIT number sorting
  - If applicable, the approximate number of pieces not delivered before the Election Day deadline and/or the date of requested delivery and the reasons why delivery was not timely.
  - The approximate volume of any Standard Mail consigned to waste upon instruction by the mailer.

In most cases, this type of documentation is necessary if inquiries are made regarding a specific mailing and if investigation of a mailing is required resulting from a service related issue.


- Ship or unit's name – provides secondary separation information

15

USPS00000117



PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

Return Military Absentee Ballot



<u>Political/Election Mail Tracking</u>

The visibility of Election mail will be vital for the election period. This is not only true for the USPS but for the customer as well. Political and Election mail is critical to the success or failure of a candidate's or political action's outcome. The ability to track and trace each election ballot (Absentee and Vote by Mail) will be of great benefit. Internally, the 2 tools to ensure visibility are IV and Mail History Tracking System (MHTS). With the IMb information for the returning ballots, MHTS will be used to determine where the ballots are in the mail stream and to diagnose problems that may arise during the ballot mail flow process. Each District should have a MHTS SME who can drill into the tool for appropriate mail flow diagnosis.

Each district should also have an IV SME who can drill into IV to solve specific Political/Election mail issues. IV has several reports with Political Mail filters that produces valuable data and performance diagnostics specifically for political and election mail, as shown:

16

USPS00000118