# EXHIBIT 33

| | |
|---|---|
| **State of New York,** *et al.,*<br><br>                              Plaintiffs,<br><br>v.<br><br>**Trump,** *et al.,*<br><br>                              Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

## DECLARATION OF LISSE GARRETT

I, Lisse Garrett, under penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. § 1746, hereby declare as follows:

1. I am currently employed by the United States Postal Service as Manager, Delivery Programs Support, for the Southern Area. In this role, one of my responsibilities is to coordinate preparation for, and response after, weather disruptions, such as hurricanes in the Area.

2. This declaration is based on my personal knowledge, as well as information conveyed to me by other knowledgeable Postal Service personnel in the course of my official duties and responsibilities.

3. The following table reflects the impact of the three hurricanes that hit in 2020 to date, Hurricanes Laura, Sally, and Delta.

|  | Hurricane Laura Impacts | Hurricane Sally Impacts | Hurricane Delta Impacts |
|---|---|---|---|
| Number of offices impacted | 216 | 145 | 383 |
| Number of offices with damage | 54 | 14 | 37 |
| Number of offices that lost power/internet | 202 | 126 | 160 |
| Number of impacted deliveries | 377,814 | 763,367 | 356,134 |
| Number of impacted PO boxes | 65,290 | 82,271 | 33,766 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Plano, Texas, on this 26th day of October, 2020

_____
Lisse Garrett

2