UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 20 Civ. 2340 (EGS) |

**PLAINTIFFS' NOTICE OF INTENT TO RESPOND**

  The undersigned counsel attended today's hearing in *NAACP v. U.S. Postal Service*, *Vote Forward v. DeJoy*, and *Richardson v. Trump* by telephone and noted the Court's observation that the *New York* Plaintiffs had not yet responded to Defendants' October 23 Status Report, and have not sought emergency relief (apart from their motion for preliminary injunction). The *New York* Plaintiffs file this notice to advise the Court of their position on both of those matters.

  Just over a week ago, on October 19, the *New York* Plaintiffs filed a motion for summary judgment on all of their claims for relief, as well as a motion to expedite. ECF Nos. 58, 61. The express purpose of both motions was to secure immediate permanent relief as warranted, and before Election Day. The Court granted the *New York* Plaintiffs' motion to expedite and directed that the cross-motions for summary judgment be fully submitted by November 2, before Election Day. *See* Oct. 20, 2020 Minute Order Granting Motion to Expedite. Defendants filed a Status Report on October 23, and Defendants filed their opposition to and cross-motion for summary judgment on October 26. ECF Nos. 64, 66.

  In the interest of conserving judicial and party resources, and having already sought permanent injunctive and declaratory relief through their expedited motion for summary

judgment, the *New York* Plaintiffs intended to respond to the October 23 Status Report as part of their reply in support of their motion for summary judgment (and opposition to Defendants' motion for summary judgment) due in two days, on October 27.  Similarly, having already sought and obtained expedited consideration of their motion for summary judgment—and because the *NAACP*, *Vote Forward*, and *Richardson* plaintiffs separately and very effectively sought emergency relief on their motions to enforce—the *New York* Plaintiffs elected not to seek interim emergency relief themselves during the pendency of their summary judgment briefing. For the avoidance of any doubt, the *New York* Plaintiffs advise the Court that they have reviewed and agree with the arguments presented and relief requested in the emergency motions to enforce in the *NAACP*, *Vote Forward*, and *Richardson* matters.

DATED:  October 27, 2020

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo
   *Chief Counsel for Federal Initiatives*
Morenike Fajana, *Special Counsel*
Elena Goldstein, *Deputy Chief, Civil Rights Bureau*
Lindsay McKenzie, *Assistant Attorney General*
Laura Mirman-Heslin, *Assistant Attorney General*
Daniela L. Nogueira, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

Joshua Tallent, *Assistant Attorney General*
Office of the New York State Attorney General
The Capitol
Albany, NY 12224

*Attorneys for the Plaintiffs*