**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | Case No. 20 Civ. 2340 (EGS) |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., | DECLARATION OF MORENIKE FAJANA |
| Defendants. | |

Morenike Fajana, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney in the Office of the New York State Attorney General and counsel to Plaintiffs in this action.  I submit this Declaration and index of exhibits pursuant to Rule 12(c) of the Standing Order Governing Civil Cases before Judge Emmet G. Sullivan (ECF No. 9) in support of Plaintiffs' motion for summary judgment.  Attached to this Declaration are true and correct copies of the following numbered exhibits:

62. Declaration of Jessica Clarke, Chief of the Civil Rights Bureau, New York State Office of the Attorney General (Oct. 29, 2020).

63. Supplemental Declaration of Douglas A. Kellner, Commissioner and Co-Chair, New York State Board of Elections (Oct. 28, 2020).

64. Defendants' Notice of Data in Response to the Court's October 27, 2020 Order (October 28, 2020) in *Vote Forward v. DeJoy*, No. 20-cv-2405 (EGS).

65. Defendants' Data on Late Trips and Extra Trips in Response to the Court's October 27, 2020 Order (October 29, 2020) in *Vote Forward v. DeJoy*, No. 20-cv-2405 (EGS).

66. Defendants' Data on Service Performance in Response to the Court's October 27, 2020 Order (October 29, 2020) in *Vote Forward v. DeJoy*, No. 20-cv-2405 (EGS).

67. Defendants' Data on Ballot Delivery in Response to the Court's October 27, 2020 Order (October 29, 2020) in *Vote Forward v. DeJoy*, No. 20-cv-2405 (EGS).

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 29, 2020

*/s/ Morenike Fajana*
Morenike Fajana
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6134
morenike.fajana@ag.ny.gov

*Attorney for the Plaintiffs*