# Exhibit 67

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|------|------|----------|-------------------:|-------------------:|-------------------:|
| 10/24/2020 | Nation | | 94.73% | 94.09% | 95.93% |
| 10/26/2020 | Nation | | 93.39% | 95.27% | 57.40% |
| 10/27/2020 | Nation | | 94.87% | 91.30% | 29.88% |
| 10/28/2020 | Nation | | 97.13% | 97.60% | 63.58% |
| | | | | | |
| 10/24/2020 | Capital Metro | | 88.74% | 51.90% | 75.43% |
| 10/24/2020 | Eastern | | 91.41% | 98.33% | 75.26% |
| 10/24/2020 | Great Lakes | | 88.53% | 71.33% | 94.34% |
| 10/24/2020 | Northeast | | 95.16% | 99.10% | 95.87% |
| 10/24/2020 | Pacific | | 98.28% | 96.07% | 99.87% |
| 10/24/2020 | Southern | | 93.73% | 57.74% | 95.50% |
| 10/24/2020 | Western | | 95.02% | 77.88% | 98.85% |
| 10/26/2020 | Capital Metro | | 89.53% | 85.08% | 54.78% |
| 10/26/2020 | Eastern | | 90.73% | 98.45% | 12.40% |
| 10/26/2020 | Great Lakes | | 88.42% | 77.59% | 97.71% |
| 10/26/2020 | Northeast | | 95.82% | 97.45% | 51.84% |
| 10/26/2020 | Pacific | | 97.23% | 93.95% | 95.90% |
| 10/26/2020 | Southern | | 90.70% | 68.18% | 84.80% |
| 10/26/2020 | Western | | 93.37% | 79.96% | 97.65% |
| 10/27/2020 | Capital Metro | | 75.94% | 66.41% | 47.67% |
| 10/27/2020 | Eastern | | 92.41% | 91.43% | 2.64% |
| 10/27/2020 | Great Lakes | | 80.06% | 37.12% | 31.74% |
| 10/27/2020 | Northeast | | 95.14% | 99.90% | 60.58% |
| 10/27/2020 | Pacific | | 98.83% | 82.31% | 85.82% |
| 10/27/2020 | Southern | | 93.23% | 86.38% | 18.44% |
| 10/27/2020 | Western | | 95.84% | 38.58% | 52.58% |
| 10/28/2020 | Capital Metro | | 94.91% | 16.05% | 71.85% |
| 10/28/2020 | Eastern | | 95.62% | 97.53% | 3.27% |
| 10/28/2020 | Great Lakes | | 94.52% | 26.15% | 95.79% |
| 10/28/2020 | Northeast | | 97.37% | 99.26% | 17.76% |
| 10/28/2020 | Pacific | | 99.08% | 94.36% | 32.58% |
| 10/28/2020 | Southern | | 95.57% | 87.71% | 85.87% |
| 10/28/2020 | Western | | 97.20% | 85.11% | 26.90% |
| | | | | | |
| 10/24/2020 | Capital Metro | Atlanta | 84.88% | 1.78% | 25.59% |
| 10/24/2020 | Capital Metro | Baltimore | 84.22% | 96.87% | 71.03% |
| 10/24/2020 | Capital Metro | Capital | 92.97% | 49.43% | 90.95% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 92.20% | 36.84% | 13.17% |
| 10/24/2020 | Capital Metro | Greensboro | 83.62% | 97.15% | 89.59% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 90.57% | 91.19% | 62.34% |
| 10/24/2020 | Capital Metro | Norther Virginia | 91.57% | 44.44% | 95.05% |
| 10/24/2020 | Capital Metro | Richmond | 92.45% | 84.75% | 92.36% |

| Date | Region | District | | | |
|------|--------|----------|--------|--------|--------|
| 10/24/2020 | Eastern | Appalachian | 59.15% | 68.57% | 68.22% |
| 10/24/2020 | Eastern | Central Pennsylvania | 78.59% | 1.35% | 0.78% |
| 10/24/2020 | Eastern | Kentuckiana | 38.20% | 61.11% | 99.89% |
| 10/24/2020 | Eastern | Norther Ohio | 91.85% | 4.88% | 71.21% |
| 10/24/2020 | Eastern | Ohio Valley | 95.08% | 95.02% | 89.47% |
| 10/24/2020 | Eastern | Philadelphia | 91.57% | 40.30% | 4.75% |
| 10/24/2020 | Eastern | South Jersey | 95.55% | 99.97% | 47.00% |
| 10/24/2020 | Eastern | Tennessee | 88.85% | 39.37% | 12.64% |
| 10/24/2020 | Eastern | Western New York | 96.20% | 57.14% | 23.81% |
| 10/24/2020 | Eastern | Western | 98.08% | 98.08% | 36.03% |
| 10/24/2020 | Great Lakes | Central Illinois | 89.84% | 2.75% | 99.08% |
| 10/24/2020 | Great Lakes | Chicago | 90.70% | 81.36% | 10.16% |
| 10/24/2020 | Great Lakes | Detroit | 73.96% | 80.20% | 0.11% |
| 10/24/2020 | Great Lakes | Gateway | 93.46% | 83.84% | 99.99% |
| 10/24/2020 | Great Lakes | Greater Indiana | 72.98% | 78.40% | 96.35% |
| 10/24/2020 | Great Lakes | Greater Michigan | 91.67% | 83.56% | 97.32% |
| 10/24/2020 | Great Lakes | Lakeland | 81.91% | 26.85% | 98.61% |
| 10/24/2020 | Northeast | Albany | 95.20% | 66.67% | 78.85% |
| 10/24/2020 | Northeast | Caribbean | 99.62% | 100.00% | 80.00% |
| 10/24/2020 | Northeast | Connecticut Valley | 95.56% | 98.86% | 78.90% |
| 10/24/2020 | Northeast | Greater Boston | 96.03% | 87.07% | 99.45% |
| 10/24/2020 | Northeast | Long Island | 96.62% | 83.33% | 92.47% |
| 10/24/2020 | Northeast | New York | 91.19% | 90.91% | 37.78% |
| 10/24/2020 | Northeast | Northern New | 76.86% | 81.82% | 98.93% |
| 10/24/2020 | Northeast | Northern New Jersey | 96.50% | 99.59% | 99.84% |
| 10/24/2020 | Northeast | Triboro | 83.10% | 72.60% | 11.38% |
| 10/24/2020 | Northeast | Westchester | 92.77% | 81.25% | 94.03% |
| 10/24/2020 | Pacific | Bay-Valley | 98.43% | 21.43% | 90.67% |
| 10/24/2020 | Pacific | Honolulu | 97.19% | 32.31% | 62.24% |
| 10/24/2020 | Pacific | Los Angeles | 98.59% | 80.00% | 99.89% |
| 10/24/2020 | Pacific | Sacramento | 96.75% | 81.36% | 97.46% |
| 10/24/2020 | Pacific | San Diego | 98.84% | 99.70% | 98.32% |
| 10/24/2020 | Pacific | San Francisco | 98.32% | 45.65% | 98.14% |
| 10/24/2020 | Pacific | Santa Ana | 99.02% | 96.61% | 99.97% |
| 10/24/2020 | Pacific | Sierra Coastal | 98.49% | 99.30% | 99.99% |
| 10/24/2020 | Southern | Alabama | 66.61% | 33.93% | 53.33% |
| 10/24/2020 | Southern | Arkansas | 91.54% | 45.16% | 69.23% |
| 10/24/2020 | Southern | Dallas | 94.63% | 69.57% | 35.96% |
| 10/24/2020 | Southern | Ft. Worth | 90.06% | 97.39% | 30.89% |
| 10/24/2020 | Southern | Gulf Atlantic | 90.83% | 3.62% | 99.10% |
| 10/24/2020 | Southern | Houston | 84.68% | 19.05% | 5.59% |
| 10/24/2020 | Southern | Louisiana | 78.08% | 34.62% | 7.99% |
| 10/24/2020 | Southern | Mississippi | 85.53% | 36.84% | 9.81% |
| 10/24/2020 | Southern | Oklahoma | 76.13% | 70.00% | 99.94% |
| 10/24/2020 | Southern | Rio Grande | 91.21% | 55.56% | 99.56% |
| 10/24/2020 | Southern | South Florida | 92.92% | 23.19% | 52.08% |
| 10/24/2020 | Southern | Suncoast | 96.62% | 60.76% | 85.80% |

| | | | | | |
|---|---|---|---|---|---|
| 10/24/2020 | Western | Alaska | 79.64% | 36.00% | 65.00% |
| 10/24/2020 | Western | Arizona | 97.56% | 78.84% | 99.86% |
| 10/24/2020 | Western | Central Plains | 96.73% | 68.57% | 99.99% |
| 10/24/2020 | Western | Colorado/Wyoming | 71.35% | 63.47% | 91.95% |
| 10/24/2020 | Western | Dakotas | 96.24% | 29.63% | 99.74% |
| 10/24/2020 | Western | Hawkeye | 95.23% | 47.73% | 99.46% |
| 10/24/2020 | Western | Mid-Americas | 93.77% | 69.09% | 99.99% |
| 10/24/2020 | Western | Nevada Sierra | 97.85% | 67.65% | 99.79% |
| 10/24/2020 | Western | Northland | 97.31% | 16.55% | 96.62% |
| 10/24/2020 | Western | Portland | 92.49% | 12.70% | 61.36% |
| 10/24/2020 | Western | Salt Lake City | 98.78% | 96.24% | 94.84% |
| 10/24/2020 | Western | Seattle | 97.75% | 6.17% | 33.07% |
| 10/26/2020 | Capital Metro | Atlanta | 89.48% | 1.77% | 42.49% |
| 10/26/2020 | Capital Metro | Baltimore | 91.26% | 90.68% | 36.52% |
| 10/26/2020 | Capital Metro | Capital | 93.16% | 99.72% | 91.44% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 87.30% | 58.96% | 84.44% |
| 10/26/2020 | Capital Metro | Greensboro | 82.79% | 97.39% | 75.82% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 86.19% | 97.35% | 35.07% |
| 10/26/2020 | Capital Metro | Norther Virginia | 93.47% | 86.58% | 78.40% |
| 10/26/2020 | Capital Metro | Richmond | 91.16% | 35.25% | 96.86% |
| 10/26/2020 | Eastern | Appalachian | 74.96% | 67.24% | 96.74% |
| 10/26/2020 | Eastern | Central Pennsylvania | 78.81% | 8.02% | 1.70% |
| 10/26/2020 | Eastern | Kentuckiana | 65.38% | 78.67% | 99.76% |
| 10/26/2020 | Eastern | Norther Ohio | 92.64% | 35.93% | 40.36% |
| 10/26/2020 | Eastern | Ohio Valley | 94.80% | 22.40% | 52.94% |
| 10/26/2020 | Eastern | Philadelphia | 93.03% | 95.06% | 0.08% |
| 10/26/2020 | Eastern | South Jersey | 90.91% | 99.96% | 3.30% |
| 10/26/2020 | Eastern | Tennessee | 92.82% | 79.59% | 96.88% |
| 10/26/2020 | Eastern | Western New York | 96.60% | 100.00% | 84.91% |
| 10/26/2020 | Eastern | Western | 97.26% | 25.38% | 83.74% |
| 10/26/2020 | Great Lakes | Central Illinois | 94.35% | 78.03% | 99.79% |
| 10/26/2020 | Great Lakes | Chicago | 87.65% | 77.86% | 78.86% |
| 10/26/2020 | Great Lakes | Detroit | 73.94% | 57.14% | 26.00% |
| 10/26/2020 | Great Lakes | Gateway | 93.16% | 98.77% | 99.90% |
| 10/26/2020 | Great Lakes | Greater Indiana | 79.93% | 92.45% | 94.76% |
| 10/26/2020 | Great Lakes | Greater Michigan | 87.32% | 7.43% | 99.88% |
| 10/26/2020 | Great Lakes | Lakeland | 87.48% | 13.23% | 90.78% |
| 10/26/2020 | Northeast | Albany | 96.31% | 93.66% | 68.56% |
| 10/26/2020 | Northeast | Caribbean | 98.59% | 32.26% | 98.05% |
| 10/26/2020 | Northeast | Connecticut Valley | 94.79% | 98.10% | 76.35% |
| 10/26/2020 | Northeast | Greater Boston | 96.96% | 88.15% | 80.42% |
| 10/26/2020 | Northeast | Long Island | 96.02% | 90.70% | 78.47% |
| 10/26/2020 | Northeast | New York | 96.48% | 94.10% | 34.43% |
| 10/26/2020 | Northeast | Northern New | 84.46% | 91.49% | 94.37% |
| 10/26/2020 | Northeast | Northern New Jersey | 96.75% | 97.47% | 12.32% |
| 10/26/2020 | Northeast | Triboro | 89.11% | 93.67% | 16.72% |
| 10/26/2020 | Northeast | Westchester | 94.52% | 97.14% | 81.48% |

| | | | | | |
|---|---|---|---|---|---|
| 10/26/2020 | Pacific | Bay-Valley | 96.84% | 44.59% | 98.00% |
| 10/26/2020 | Pacific | Honolulu | 94.73% | 63.16% | 99.49% |
| 10/26/2020 | Pacific | Los Angeles | 96.37% | 73.94% | 92.18% |
| 10/26/2020 | Pacific | Sacramento | 97.06% | 95.41% | 82.25% |
| 10/26/2020 | Pacific | San Diego | 98.07% | 84.86% | 99.35% |
| 10/26/2020 | Pacific | San Francisco | 97.76% | 80.00% | 99.55% |
| 10/26/2020 | Pacific | Santa Ana | 97.65% | 98.80% | 99.34% |
| 10/26/2020 | Pacific | Sierra Coastal | 97.96% | 86.90% | 94.84% |
| 10/26/2020 | Southern | Alabama | 74.30% | 60.90% | 85.50% |
| 10/26/2020 | Southern | Arkansas | 91.98% | 87.50% | 98.30% |
| 10/26/2020 | Southern | Dallas | 91.98% | 84.76% | 86.10% |
| 10/26/2020 | Southern | Ft. Worth | 88.60% | 14.71% | 47.88% |
| 10/26/2020 | Southern | Gulf Atlantic | 85.89% | 10.52% | 28.04% |
| 10/26/2020 | Southern | Houston | 90.25% | 84.62% | 97.38% |
| 10/26/2020 | Southern | Louisiana | 74.23% | 55.77% | 98.37% |
| 10/26/2020 | Southern | Mississippi | 74.09% | 65.91% | 82.08% |
| 10/26/2020 | Southern | Oklahoma | 78.92% | 90.00% | 99.73% |
| 10/26/2020 | Southern | Rio Grande | 87.62% | 85.47% | 93.09% |
| 10/26/2020 | Southern | South Florida | 90.40% | 81.01% | 87.16% |
| 10/26/2020 | Southern | Suncoast | 94.38% | 72.20% | 92.83% |
| 10/26/2020 | Western | Alaska | 82.86% | 68.42% | 94.53% |
| 10/26/2020 | Western | Arizona | 97.90% | 83.30% | 92.30% |
| 10/26/2020 | Western | Central Plains | 90.85% | 28.80% | 99.70% |
| 10/26/2020 | Western | Colorado/Wyoming | 62.58% | 47.11% | 69.14% |
| 10/26/2020 | Western | Dakotas | 94.99% | 58.46% | 93.60% |
| 10/26/2020 | Western | Hawkeye | 97.56% | 81.97% | 99.84% |
| 10/26/2020 | Western | Mid-Americas | 86.70% | 83.19% | 99.88% |
| 10/26/2020 | Western | Nevada Sierra | 87.17% | 64.12% | 98.69% |
| 10/26/2020 | Western | Northland | 92.28% | 85.71% | 97.59% |
| 10/26/2020 | Western | Portland | 97.24% | 59.02% | 62.43% |
| 10/26/2020 | Western | Salt Lake City | 97.83% | 88.35% | 94.66% |
| 10/26/2020 | Western | Seattle | 96.25% | 12.39% | 97.22% |
| 10/27/2020 | Capital Metro | Atlanta | 44.25% | 0.87% | 27.67% |
| 10/27/2020 | Capital Metro | Baltimore | 85.55% | 67.95% | 4.01% |
| 10/27/2020 | Capital Metro | Capital | 89.27% | 99.93% | 22.52% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 80.71% | 69.51% | 26.20% |
| 10/27/2020 | Capital Metro | Greensboro | 77.20% | 98.27% | 48.38% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 72.16% | 89.73% | 75.32% |
| 10/27/2020 | Capital Metro | Norther Virginia | 66.01% | 75.47% | 83.28% |
| 10/27/2020 | Capital Metro | Richmond | 84.37% | 86.39% | 89.73% |
| 10/27/2020 | Eastern | Appalachian | 51.84% | 48.86% | 31.08% |
| 10/27/2020 | Eastern | Central Pennsylvania | 60.72% | 27.41% | 3.03% |
| 10/27/2020 | Eastern | Kentuckiana | 62.72% | 26.98% | 86.38% |
| 10/27/2020 | Eastern | Norther Ohio | 91.37% | 63.31% | 0.38% |
| 10/27/2020 | Eastern | Ohio Valley | 94.94% | 51.92% | 25.82% |
| 10/27/2020 | Eastern | Philadelphia | 96.21% | 87.07% | 0.03% |
| 10/27/2020 | Eastern | South Jersey | 96.70% | 99.72% | 0.14% |

| | | | | | |
|---|---|---|---|---|---|
| 10/27/2020 | Eastern | Tennessee | 92.33% | 84.27% | 72.07% |
| 10/27/2020 | Eastern | Western New York | 98.22% | 95.65% | 68.75% |
| 10/27/2020 | Eastern | Western | 97.27% | 96.42% | 95.29% |
| 10/27/2020 | Great Lakes | Central Illinois | 85.65% | 14.41% | 97.94% |
| 10/27/2020 | Great Lakes | Chicago | 90.22% | 83.33% | 55.46% |
| 10/27/2020 | Great Lakes | Detroit | 56.92% | 57.89% | 4.62% |
| 10/27/2020 | Great Lakes | Gateway | 82.25% | 85.64% | 24.45% |
| 10/27/2020 | Great Lakes | Greater Indiana | 52.36% | 72.03% | 7.91% |
| 10/27/2020 | Great Lakes | Greater Michigan | 58.79% | 3.41% | 0.14% |
| 10/27/2020 | Great Lakes | Lakeland | 60.52% | 88.51% | 6.57% |
| 10/27/2020 | Northeast | Albany | 83.68% | 80.95% | 14.20% |
| 10/27/2020 | Northeast | Caribbean | 99.57% | 31.43% | 75.00% |
| 10/27/2020 | Northeast | Connecticut Valley | 77.94% | 69.39% | 47.94% |
| 10/27/2020 | Northeast | Greater Boston | 93.96% | 90.99% | 91.96% |
| 10/27/2020 | Northeast | Long Island | 97.17% | 87.50% | 10.36% |
| 10/27/2020 | Northeast | New York | 95.12% | 72.16% | 97.98% |
| 10/27/2020 | Northeast | Northern New | 67.12% | 87.50% | 4.12% |
| 10/27/2020 | Northeast | Northern New Jersey | 97.51% | 99.94% | 3.41% |
| 10/27/2020 | Northeast | Triboro | 95.54% | 51.39% | 86.88% |
| 10/27/2020 | Northeast | Westchester | 73.20% | 72.22% | 84.30% |
| 10/27/2020 | Pacific | Bay-Valley | 99.09% | 61.43% | 94.23% |
| 10/27/2020 | Pacific | Honolulu | 96.44% | 93.94% | 94.34% |
| 10/27/2020 | Pacific | Los Angeles | 99.22% | 20.13% | 66.95% |
| 10/27/2020 | Pacific | Sacramento | 97.93% | 47.62% | 35.31% |
| 10/27/2020 | Pacific | San Diego | 99.12% | 18.79% | 98.16% |
| 10/27/2020 | Pacific | San Francisco | 99.27% | 81.36% | 90.75% |
| 10/27/2020 | Pacific | Santa Ana | 99.14% | 85.04% | 74.68% |
| 10/27/2020 | Pacific | Sierra Coastal | 98.73% | 97.43% | 92.85% |
| 10/27/2020 | Southern | Alabama | 62.64% | 65.96% | 6.58% |
| 10/27/2020 | Southern | Arkansas | 72.59% | 90.48% | 8.39% |
| 10/27/2020 | Southern | Dallas | 87.58% | 88.00% | 7.72% |
| 10/27/2020 | Southern | Ft. Worth | 78.10% | 53.93% | 5.44% |
| 10/27/2020 | Southern | Gulf Atlantic | 85.64% | 24.46% | 8.23% |
| 10/27/2020 | Southern | Houston | 79.28% | 84.62% | 28.04% |
| 10/27/2020 | Southern | Louisiana | 72.29% | 90.74% | 19.12% |
| 10/27/2020 | Southern | Mississippi | 85.79% | 100.00% | 6.57% |
| 10/27/2020 | Southern | Oklahoma | 77.86% | 59.76% | 70.05% |
| 10/27/2020 | Southern | Rio Grande | 86.49% | 70.80% | 6.96% |
| 10/27/2020 | Southern | South Florida | 94.71% | 68.00% | 53.69% |
| 10/27/2020 | Southern | Suncoast | 97.18% | 91.04% | 11.36% |
| 10/27/2020 | Western | Alaska | 83.23% | 64.29% | 49.45% |
| 10/27/2020 | Western | Arizona | 98.36% | 38.15% | 36.05% |
| 10/27/2020 | Western | Central Plains | 95.70% | 75.56% | 89.16% |
| 10/27/2020 | Western | Colorado/Wyoming | 79.47% | 3.97% | 4.21% |
| 10/27/2020 | Western | Dakotas | 92.80% | 39.74% | 5.61% |
| 10/27/2020 | Western | Hawkeye | 97.69% | 90.32% | 0.02% |
| 10/27/2020 | Western | Mid-Americas | 95.16% | 80.28% | 0.10% |

| | | | | | |
|---|---|---|---|---:|---:|
| 10/27/2020 | Western | Nevada Sierra | 97.71% | 28.31% | 52.63% |
| 10/27/2020 | Western | Northland | 95.60% | 87.66% | 82.28% |
| 10/27/2020 | Western | Portland | 97.79% | 13.17% | 43.29% |
| 10/27/2020 | Western | Salt Lake City | 89.14% | 43.82% | 49.11% |
| 10/27/2020 | Western | Seattle | 98.09% | 12.45% | 28.33% |
| 10/28/2020 | Capital Metro | Atlanta | 95.92% | 4.30% | 16.60% |
| 10/28/2020 | Capital Metro | Baltimore | 95.44% | 0.60% | 2.39% |
| 10/28/2020 | Capital Metro | Capital | 96.75% | 14.97% | 60.14% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 93.82% | 23.13% | 9.24% |
| 10/28/2020 | Capital Metro | Greensboro | 91.87% | 71.88% | 96.55% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 90.95% | 60.28% | 13.28% |
| 10/28/2020 | Capital Metro | Northern Virginia | 97.50% | 57.14% | 26.98% |
| 10/28/2020 | Capital Metro | Richmond | 97.28% | 23.53% | 6.35% |
| 10/28/2020 | Eastern | Appalachian | 90.24% | 36.11% | 18.64% |
| 10/28/2020 | Eastern | Central Pennsylvania | 87.08% | 35.54% | 75.56% |
| 10/28/2020 | Eastern | Kentuckiana | 75.14% | 81.48% | 9.79% |
| 10/28/2020 | Eastern | Northern Ohio | 97.55% | 58.40% | 2.29% |
| 10/28/2020 | Eastern | Ohio Valley | 97.95% | 42.95% | 62.59% |
| 10/28/2020 | Eastern | Philadelphia | 96.77% | 66.47% | 0.02% |
| 10/28/2020 | Eastern | South Jersey | 97.50% | 98.47% | 0.03% |
| 10/28/2020 | Eastern | Tennessee | 95.52% | 79.59% | 0.56% |
| 10/28/2020 | Eastern | Western New York | 98.60% | 39.29% | 0.74% |
| 10/28/2020 | Eastern | Western | 98.45% | 97.79% | 12.50% |
| 10/28/2020 | Great Lakes | Central Illinois | 96.08% | 15.84% | 51.00% |
| 10/28/2020 | Great Lakes | Chicago | 96.04% | 88.89% | 17.88% |
| 10/28/2020 | Great Lakes | Detroit | 84.24% | 58.33% | 99.92% |
| 10/28/2020 | Great Lakes | Gateway | 95.89% | 74.22% | 20.15% |
| 10/28/2020 | Great Lakes | Greater Indiana | 90.64% | 81.32% | 77.96% |
| 10/28/2020 | Great Lakes | Greater Michigan | 95.87% | 2.14% | 10.58% |
| 10/28/2020 | Great Lakes | Lakeland | 94.03% | 45.33% | 40.01% |
| 10/28/2020 | Northeast | Albany | 98.34% | 71.43% | 9.47% |
| 10/28/2020 | Northeast | Caribbean | 99.51% | | 0.00% |
| 10/28/2020 | Northeast | Connecticut Valley | 98.23% | 61.11% | 64.14% |
| 10/28/2020 | Northeast | Greater Boston | 97.79% | 36.23% | 41.86% |
| 10/28/2020 | Northeast | Long Island | 99.02% | 100.00% | 50.00% |
| 10/28/2020 | Northeast | New York | 97.55% | 98.04% | 41.79% |
| 10/28/2020 | Northeast | Northern New | 87.46% | 12.28% | 5.70% |
| 10/28/2020 | Northeast | Northern New Jersey | 97.33% | 99.29% | 1.01% |
| 10/28/2020 | Northeast | Tribora | 88.84% | 92.73% | 9.52% |
| 10/28/2020 | Northeast | Westchester | 98.02% | 36.67% | 9.83% |
| 10/28/2020 | Pacific | Bay-Valley | 99.10% | 83.33% | 96.21% |
| 10/28/2020 | Pacific | Honolulu | 98.57% | 89.47% | 81.48% |
| 10/28/2020 | Pacific | Los Angeles | 98.76% | 21.79% | 14.98% |
| 10/28/2020 | Pacific | Sacramento | 99.32% | 82.35% | 19.63% |
| 10/28/2020 | Pacific | San Diego | 99.25% | 99.67% | 66.07% |
| 10/28/2020 | Pacific | San Francisco | 98.85% | 86.67% | 94.00% |
| 10/28/2020 | Pacific | Santa Ana | 99.53% | 97.47% | 69.60% |

| | | | | | |
|---|---|---|---|---|---|
| 10/28/2020 | Pacific | Sierra Coastal | 98.73% | 84.93% | 56.39% |
| 10/28/2020 | Southern | Alabama | 86.97% | 31.43% | 7.56% |
| 10/28/2020 | Southern | Arkansas | 95.94% | 50.00% | 50.00% |
| 10/28/2020 | Southern | Dallas | 95.50% | 17.81% | 37.18% |
| 10/28/2020 | Southern | Ft. Worth | 94.24% | 22.86% | 15.38% |
| 10/28/2020 | Southern | Gulf Atlantic | 94.97% | 18.98% | 88.19% |
| 10/28/2020 | Southern | Houston | 95.44% | 50.00% | 26.32% |
| 10/28/2020 | Southern | Louisiana | 88.11% | 100.00% | 23.68% |
| 10/28/2020 | Southern | Mississippi | 94.27% | 66.67% | 6.35% |
| 10/28/2020 | Southern | Oklahoma | 87.16% | 81.82% | 37.50% |
| 10/28/2020 | Southern | Rio Grande | 93.46% | 13.84% | 19.48% |
| 10/28/2020 | Southern | South Florida | 95.47% | 35.71% | 95.64% |
| 10/28/2020 | Southern | Suncoast | 96.62% | 92.42% | 78.26% |
| 10/28/2020 | Western | Alaska | 94.81% | 87.50% | 98.86% |
| 10/28/2020 | Western | Arizona | 98.04% | 90.27% | 3.64% |
| 10/28/2020 | Western | Central Plains | 96.66% | 60.61% | 56.95% |
| 10/28/2020 | Western | Colorado/Wyoming | 81.66% | 3.30% | 8.16% |
| 10/28/2020 | Western | Dakotas | 96.71% | 26.92% | 50.00% |
| 10/28/2020 | Western | Hawkeye | 98.41% | 80.95% | 0.18% |
| 10/28/2020 | Western | Mid-Americas | 95.67% | 76.60% | 14.31% |
| 10/28/2020 | Western | Nevada Sierra | 98.04% | 33.62% | 38.46% |
| 10/28/2020 | Western | Northland | 97.07% | 5.49% | 36.77% |
| 10/28/2020 | Western | Portland | 98.16% | 72.46% | 64.30% |
| 10/28/2020 | Western | Salt Lake City | 98.10% | 97.08% | 70.37% |
| 10/28/2020 | Western | Seattle | 98.16% | 7.69% | 47.73% |