IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants, Donald J. Trump, in his official capacity as President of the United States, Louis DeJoy, in his official capacity as Postmaster General of the United States, and the United States Postal Service, appeal to the United States Court of Appeals for the District of Columbia Circuit from the following orders: this Court's September 27, 2020 Order and Memorandum Opinion (Docket Nos. 51 and 52), and this Court's October 22, 2020 Order (Docket No. 62).

Dated:  November 27, 2020        Respectfully submitted,

                                              JEFFREY BOSSERT CLARK
                                              Acting Assistant Attorney General

                                              ERIC R. WOMACK
                                              Assistant Director, Federal Programs Branch

                                              */s/ Joseph E. Borson*
                                              JOSEPH E. BORSON (Va. Bar No. 85519)
                                              KUNTAL CHOLERA
                                              ALEXIS ECHOLS
                                              DENA M. ROTH
                                              JOHN J. ROBINSON
                                              Trial Attorneys
                                              U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*