UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 1:20-cv-02340 |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.6(c), I, Elena Goldstein, respectfully ask this Court for leave to withdraw as counsel for the State of New York due to my pending departure from the New York State Office of the Attorney General. Attorneys from the New York State Office of the Attorney General will continue to represent the State of New York as the case proceeds.

DATED: January 15, 2021

Respectfully submitted,

**LETITIA JAMES**
*Attorney General of the State of New York*

By: */s/ Elena Goldstein*
Elena Goldstein,
  *Deputy Bureau Chief, Civil Rights Bureau*
Office of the New York State Attorney General
New York, New York 10005
Phone: (212) 416-6201
elena.goldstein@ag.ny.gov

*Attorney for the State of New York*