# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 20 Civ. 2340 (EGS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), notice is hereby given of my withdrawal of appearance as attorney for the State of New York in this matter because of my upcoming departure from the Office of the New York State Attorney General. The State of New York will continue to be represented in this matter by attorneys who have previously entered their appearance, including Morenike Fajana, Lindsay McKenzie, and Daniela Nogueira.

DATED:  January 16, 2021

Respectfully submitted,

By: */s/ Matthew Colangelo*
Matthew Colangelo
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov