# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>                    Plaintiffs,<br><br>            v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>                    Defendants. | Case No. 20 Civ. 2340 |

**PLAINTIFFS' CROSS-MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

Plaintiffs move this Court to order any and all relief necessary to ensure Defendants' compliance with the Court's September 27, 2020 preliminary injunction, which, as relevant here, enjoined Defendants from reducing extra trips. In support of their motion, Plaintiffs submit a memorandum of law and a proposed order.

Following nearly eight months of Defendants' noncompliance with this Court's preliminary injunction, Plaintiffs respectfully request that the Court order Defendants to (1) return extra trips to pre-July 2020 levels, and (2) file a report with the Court within 90 days of the Court's order that identifies trip levels and the steps taken to achieve pre-July 2020 levels.

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Daniela L. Nogueira*
Daniela L. Nogueira, *Assistant Attorney General*
Michael J. Myers, *Special Counsel*
Lindsay McKenzie, *Assistant Attorney General*
Laura Mirman-Heslin, *Assistant Attorney General*

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6544
daniela.nogueira@ag.ny.gov

*Attorneys for Plaintiffs in 20 Civ. 2340*