IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, TO MODIFY THE PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move the Court to extend Defendants' deadline to file their reply in support of their motion for clarification or, in the alternative, to modify the preliminary injunction (ECF No. 90) from June 2, 2021 to June 9, 2021. Plaintiffs consent to this motion.

On May 12, 2021, Defendants filed a motion requesting that the Court clarify that the preliminary injunction does not prohibit the Postal Service from declining to approve extra network trips in two limited circumstances: (1) where an extra trip would not be service responsive, and (2) where not using the extra trip would result in delay of only a small volume of mail, specifically, less than 15% of the truck's capacity. ECF No. 90-1 at 1. Plaintiffs filed its opposition to the motion on May 26, 2021. *See* ECF No. 91. At the same time, Plaintiffs also filed a cross-motion to enforce the preliminary injunction, *see* ECF No. 92. Both the cross-motion and the opposition are supported by identical briefs. Per Local Rule 7(c), Defendants'

reply in support of their motion is currently due on June 2, 2021, while their opposition to Plaintiffs' cross-motion is due on June 9, 2021.

    Defendants now respectfully move for leave to extend the deadline for their reply brief by one week, to June 9, 2021. Defendants request the extension in order to allow Defendants' to respond to both Plaintiffs' identical briefs in opposition and in support of their cross-motion at the same time, and in a single document.  This will simplify briefing and conserve judicial and party resources.  An extension will also provide sufficient time for Defendants to prepare a reply in light of previously scheduled leave and other professional obligations.  Defendants have conferred with Plaintiffs, and Plaintiffs consent to Defendants' requested extension.

Dated:  May 27, 2021          Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Acting Assistant Attorney General

                                         ERIC R. WOMACK
                                         Assistant Director, Federal Programs Branch

                                         /s/ *Joseph E. Borson*
                                         JOSEPH E. BORSON (Va. Bar No. 85519)
                                         KUNTAL CHOLERA
                                         ALEXIS ECHOLS
                                         JOHN ROBINSON
                                         Trial Attorneys
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L. Street, NW
                                         Washington D.C. 20005
                                         (202) 514-1944
                                         Joseph.Borson@usdoj.gov

                                         *Attorneys for Defendants*