IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

### [PROPOSED] ORDER

It is hereby ORDERED that Defendants' Consent Motion for Extension of Time to File Reply in Support of Motion for Clarification, or, in the Alternative, to Modify the Preliminary Injunction is GRANTED. Defendants shall file their reply memorandum on or before June 9, 2021.

DATE: _____

UNITED STATES DISTRICT JUDGE