AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STATE OF NEW YORK, ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-02340 |
| DONALD J. TRUMP, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York                                                                                                                    .

Date:     06/21/2021                                                     /s/ Michael J. Myers
                                                                               *Attorney's signature*

                                                                      Michael J. Myers #444688
                                                                      *Printed name and bar number*

                                                                      Environmental Protection Bureau
                                                                      New York State Attorney General
                                                                      The Capitol
                                                                      Albany, NY 12224
                                                                      *Address*

                                                                      michael.myers@ag.ny.gov
                                                                      *E-mail address*

                                                                      (518) 776-2382
                                                                      *Telephone number*

                                                                      *FAX number*