IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs <br><br> v. <br><br> JOSEPH R. BIDEN, *in his official capacity as President of the United States*, et al., <br><br> Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

## JOINT STATUS REPORT

Pursuant to this Court's August 23, 2021 Order, ECF No. 98, the Parties submit the following Joint Status Report:

On August 23, 2021, the Court directed "that the parties shall file a joint status report by no later than August 30, 2021, proposing the parameters of a data request—to be due 90 days from the date of this Order [*i.e.*, Monday, November 22, 2021]—identifying the number of extra trip requests denied on the grounds that the trip would not be service responsive and the number of extra trip requests denied on the grounds of low volume of mail." Order, ECF No. 98, at 16-17. The Parties have met and conferred, and jointly propose that Defendants shall provide data subject to the following parameters:

1. The total number of "extra trips denied on the grounds that the trip would not be service responsive" for the relevant 90-day time period (if any).

2. The total number of "extra trips denied on the grounds of low volume of mail" for the relevant 90-day time period (if any).

3. The total number of extra trips approved during the 90-day time period. With respect to this number, Defendants will provide an explanation of the relevant "denominator," *i.e.*, whether it is all extra trips, or all extra trips tracked through the newly-implemented reporting system, and if so, what types of trips are captured through that system.

4. With respect to categories (1) through (3) as described above, Defendants will break out these numbers by division.

Dated: August 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ *Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.borson@usdoj.gov

*Attorneys for Defendants*


LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ *Daniela L. Nogueira*
Daniela L. Nogueira, *Assistant Attorney General*
Michael J. Myers, *Special Counsel*
Lindsay McKenzie, *Assistant Attorney General*

Office of the New York State Attorney General

28 Liberty Street
New York, NY 10005
Phone: (212) 416-6544
daniela.nogueira@ag.ny.gov

*Attorneys for Plaintiffs*