**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | Case No. 20 Civ. 2340 |
| JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States*, et al., | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6(c), I, Aaron M. Bloom, respectfully ask this Court for leave to withdraw as counsel for the City of New York due to my pending departure from the New York City Law Department (i.e., the Office of the Corporation Counsel of the City of New York). Joseph Pepe, from the New York City Law Department, will continue to represent the State of New York as the case proceeds.

Dated: June 2, 2022

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel of the City of New York*

By: /s/ Aaron M. Bloom
Aaron M. Bloom, *Senior Counsel*
100 Church Street
New York, NY 10007
Phone: (212) 356-2274
abloom@law.nyc.gov
*Attorney for the City of New York*

1