UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States*, *et al.*,<br><br>          Defendants. | No. 20-cv-2340(EGS) |

**ORDER**

For the reasons stated in the forthcoming Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF No. 58, is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. 66, is **GRANTED IN PART** and **DENIED IN PART**.

SO ORDERED.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**September 30, 2022**