IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

## JOINT STATUS REPORT

Pursuant to this Court's March 29, 2023 Minute Order, the Parties report that they have no objection to the Court entering final judgment in this matter.

The Parties are engaged in discussions to determine the prospects of resolving this proceeding through a mutually acceptable outcome that addresses the key issues that are important to each side. The Parties accordingly request that the Court delay entering final judgment until the Parties have explored whether such discussions are likely to be fruitful. Accordingly, the Parties propose that they file a further Joint Status Report on or before May 3, 2023 to further advise the Court.

Dated:  April 12, 2023      Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar. No. 85519)
KUNTAL CHOLERA
JOHN ROBINSON

       Trial Attorneys
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       1100 L. Street, NW
       Washington D.C. 20005
       (202) 514-1944
       Joseph.Borson@usdoj.gov

       *Attorneys for Defendants*



       LETITIA JAMES
       *Attorney General of the State of New York*

By: */s/ Lindsay McKenzie*
       Michael J. Myers, *Senior Counsel*
       Lindsay McKenzie, *Assistant Attorney General*

       Office of the New York State Attorney General
       28 Liberty Street
       New York, NY 10005
       Phone: (212) 416-8714
       lindsay.mckenzie@ag.ny.gov

       *Attorneys for Plaintiffs in 20 Civ. 2340*