IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

## JOINT STATUS REPORT

Pursuant to this Court's April 13, 2023 Minute Order, the Parties report that they continue to have no objection to the Court entering final judgment at the appropriate time.

The Parties have continued to engage in discussions to determine the prospects of resolving this proceeding through a mutually acceptable outcome that addresses the key issues that are important to each side. The Parties believe there is value in continuing those discussions. The Parties accordingly request that the Court delay entering final judgment until the Parties have explored whether such discussions are likely to result in a mutually acceptable agreement. Accordingly, the Parties propose that they file a further Joint Status Report on or before June 2, 2023 to further advise the Court.[*]

---

[*] Although the Court has not yet entered final judgment, the defendants are filing a notice of appeal from the Court's September 30, 2022 order and October 6, 2022 opinion and injunction, for which the district court denied a Rule 59(e) motion on March 6, 2023. The defendants are doing so only in an abundance of caution to avoid any inadvertent waiver of a jurisdictional appeal deadline.

Dated:  May 3, 2023 	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

/s/ Joseph E. Borson
JOSEPH E. BORSON (Va. Bar. No. 85519)
Senior Trial Counsel
KUNTAL CHOLERA
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ Lindsay McKenzie
Michael J. Myers, *Senior Counsel*
Lindsay McKenzie, *Assistant Attorney General*

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8714
lindsay.mckenzie@ag.ny.gov

*Attorneys for Plaintiffs in 20 Civ. 2340*