IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's September 30, 2022 order, ECF No. 106, the October 6, 2022 opinion and injunction, ECF No. 107, and the Court's March 6, 2023 order denying Defendants' Rule 59(e) motion, ECF No. 114.

Dated:  May 4, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar. No. 85519)
Senior Trial Counsel
KUNTAL CHOLERA
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov
*Attorneys for Defendants*