IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

**JOINT STATUS REPORT**

Pursuant to this Court's May 4, 2023 Minute Order, the Parties report that they continue to have no objection to the Court entering final judgment at the appropriate time.

The Parties continue to engage in discussions to determine the prospects of resolving this proceeding through a mutually acceptable agreement. The Parties believe there is value in continuing those discussions. The Parties accordingly request that the Court delay entering final judgment to allow the parties additional time to explore whether their discussions are likely to result in an agreement. Accordingly, the Parties propose that they file a further Joint Status Report on or before June 30, 2023 to further advise the Court.

Dated:  June 2, 2023               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ John Robinson*
JOSEPH E. BORSON
Senior Trial Counsel
KUNTAL CHOLERA
JOHN ROBINSON (DC Bar No. 1044072)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*


LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Lindsay McKenzie*
Michael J. Myers, *Senior Counsel*
Lindsay McKenzie, *Section Chief, Voting Rights*

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8714
lindsay.mckenzie@ag.ny.gov

*Attorneys for Plaintiffs in 20 Civ. 2340*