IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 02 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

STATE OF NEW YORK, *et al.*,

Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,

Defendants.

Civil Docket No. 20-cv-2340 (EGS)

## FINAL JUDGMENT

For the reasons stated in this Court's October 6, 2022 Memorandum Order, ECF No. 107, clarified as applicable by this Court's March 6, 2023 Order, ECF No. 114, it is hereby ORDERED that Plaintiffs' motion for summary judgment is granted in part and denied in part, and Defendants' motion for summary judgment is granted in part and denied in part. *See* Order (Sept. 30, 2022), ECF No. 106.

It is further ORDERED that:

The Court shall therefore enjoin the Postal Service from prohibiting such [late and extra] trips in total or from curtailing such [late and extra] trips following a decline in nationwide service scores by more than 10 percentage points for a period of at least two-weeks, without first seeking an advisory opinion from the [Postal Regulatory Commission] pursuant to 39 U.S.C. § 3661(b). Nationwide service scores are to be measured by the composite score of service performance measurement data on market dominant services. [ECF No. 114, at 4-5.]

It is FURTHER ORDERED that:

The Court grants declaratory relief to Plaintiffs because USPS's steep reduction in late and extra trips in July 2020 violated Section 3661(b) when the agency failed to first seek an advisory opinion from the PRC. [ECF No. 107, at 65.]

This is a final appealable Order.

DATE: February 2, 2024

*Emmet G. Sullivan* 2024.02.02 16:07:34 -05'00'
_____
UNITED STATES DISTRICT JUDGE