**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF NEW YORK, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP., in his official capacity as President of the United States, *et al.*,

Defendants.

Civil Docket No. 20-cv-2340 (EGS)

**JOINT NOTICE OF PROPOSED ORDER**

Pursuant to this Court's direction, the Parties jointly submit the attached proposed order for the Court's consideration.

Dated: October 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
joseph.borson@usdoj.gov

*Attorneys for Defendants*

LETITIA JAMES
*Attorney General of the State of New York*

By: *Lindsay McKenzie*
Michael J. Myers, *Senior Counsel*
Lindsay McKenzie, *Section Chief, Voting Rights*

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8714
lindsay.mckenzie@ag.ny.gov

*Attorneys for Plaintiffs in 20 Civ. 2340*