**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2340 (EGS) |

**[PROPOSED] ORDER**

Pursuant to the opinion and mandate of the U.S. Court of Appeals for the District of Columbia Circuit, it is hereby ORDERED that this Court's previous grant of partial summary judgment to the Plaintiffs, ECF Nos. 106 & 129, is vacated, and that claim, Count 1 of the Complaint, ECF No. 1, is dismissed without prejudice for lack of jurisdiction. This Court's injunction and declaratory judgment, ECF No. 129, is vacated. Summary judgment on Counts 2 and 3 of the Complaint remain in favor of the Defendants. *See* ECF Nos. 106 & 129.

DATE: ________________________

UNITED STATES DISTRICT JUDGE